Case 2:05-cv-01767-TSZ Document 52 Filed 06/04/2007 Page 1 of 1

I hereby certify that the annexed instruments is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAULA MOOREHEAD,

Plaintiff,

v.

MICHAEL CHERTOFF,

Defendant.

CASE NO. C05-1767JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court directs the clerk to arrange to transfer Plaintiff's Equal Pay Act claim to the United States Court of Federal Claims pursuant to the court's order granting in part and denying in part Defendant's motion for summary judgment (Dkt. # 30).

Filed and entered this 4th day of June, 2007.

BRUCE RIFKIN, Clerk

By s/Mary Duett
Deputy Clerk

## Other Orders/Judgments

2:05-cv-01767-TSZ Moorehead v. Chertoff

JURYDEMAND

**U.S. District Court**

**United States District Court for the Western District of Washington**

## Notice of Electronic Filing

The following transaction was entered on 6/5/2007 at 7:51 AM PDT and filed on 6/4/2007

**Case Name:** Moorehead v. Chertoff
**Case Number:** 2:05-cv-1767
**Filer:**
**Document Number:** 52

**Docket Text:**
MINUTE ORDER - The court directs the clerk to arrange to transfer Plaintiff's Equal Pay Act claim to the US Court of Federal Claims pursuant to the court's order denying in part and transferring in part Defendant's motion for summary judgment [30] Order on Motion to Dismiss, by Judge James L. Robart.

**2:05-cv-1767 Notice has been electronically mailed to:**
Rebecca Shapiro Cohen rebecca.cohen@usdoj.gov, ECF-Civ.USAWAW@usdoj.gov, jing.xu@usdoj.gov
Marion J. Mittet Jamie.Mittet@usdoj.gov, ECF-Civ.USAWAW@usdoj.gov, Sharon.Gore@usdoj.gov, christine.leininger@usdoj.gov
John C Montoya JCMFORLAW@AOL.COM, JCMFORYOU@AOL.COM

**2:05-cv-1767 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=6/5/2007] [FileNumber=2068904-0] [411bd58c479b29dd776b737f0a2bf188ceacc7645429dfbb0d93f453e98160f62f29 58cf2fdbcd05e825d1d58d78396ceb3d9e66c6046663dd69e89f700b9e0b]]