JURYDEMAND

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:05-cv-01767-TSZ
## Internal Use Only

Moorehead v. Chertoff
Assigned to: Hon. Thomas S. Zilly
Cause: 29:206 Collect Unpaid Wages

Date Filed: 10/20/2005
Jury Demand: Plaintiff
Nature of Suit: 790 Labor: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Paula R Moorehead**

represented by **John C Montoya**
JOHN C MONTOYA
ATTORNEY AT LAW
406 BOSTON STREET
SEATTLE, WA 98109
206-352-0500
Email: JCMFORLAW@AOL.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael Chertoff**
*Secretary, U.S. Department of Homeland Security, Transportation Security Administration*

represented by **Marion J. Mittet**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Email: Jamie.Mittet@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Shapiro Cohen**

I hereby certify that the annexed instruments is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By [signature] Deputy Clerk

US ATTORNEY'S OFFICE
(SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-6526
Fax: 206-553-4073
Email: rebecca.cohen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2005 | 1 | COMPLAINT against defendant(s) Michael Chertoff (Summons(es) issued) (Receipt # 853501), filed by Paula R. Moorehead. (Attachments: # 1 Civil Cover Sheet)(DJ) (Entered: 10/21/2005) |
| 10/21/2005 | | (Court only) **NON-PUBLIC** ***Staff notes Preassignment of Judge Theiler in the event of consent. (DJ) (Entered: 10/21/2005) |
| 11/09/2005 | 2 | ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT FRCP 26f Conference Deadline is 12/27/2005.Initial Disclosure Deadline is 1/9/2006. Joint Status Report due by 1/9/2006; by Judge James L. Robart. (GG, ) (Entered: 11/09/2005) |
| 11/15/2005 | 3 | NOTICE of Appearance by attorney Marion J. Mittet on behalf of Defendant Michael Chertoff (Mittet, Marion) (Entered: 11/15/2005) |
| 11/15/2005 | 4 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Michael Chertoff on 11/4/2005 *Proof of Service* (Montoya, John) (Entered: 11/15/2005) |
| 11/23/2005 | 5 | AFFIDAVIT of Mailing Summons and Complaint *Return of Service* to U.S. Attorney on November 7, 2005, filed by Plaintiff Paula R Moorehead. (Montoya, John) (Entered: 11/23/2005) |
| 12/15/2005 | 6 | DISCOVERY PLAN by Plaintiff Paula R Moorehead. (Montoya, John) (Entered: 12/15/2005) |
| 12/15/2005 | 7 | STIPULATION AND ORDER to extend dated for re 2 FORM |

| | | |
|---|---|---|
| | | - Joint Status Report OrderFRCP 26f Conference Deadline is 2/8/2006.Initial Disclosure Deadline is 2/8/2006. by Judge James L. Robart. (MD, ) (Entered: 12/16/2005) |
| 01/05/2006 | 8 | ANSWER to Complaint by Michael Chertoff.(Mittet, Marion) (Entered: 01/05/2006) |
| 02/07/2006 | 9 | JOINT STATUS REPORT filed by all parties. Est. Trial Days: 3 to 5 days by Plaintiffs Paula R Moorehead, Paula R Moorehead.(Montoya, John) (Entered: 02/07/2006) |
| 02/10/2006 | 10 | MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES, AND DESIGNATING CASE FOR MEDIATION; Length of Trial: *4 days*. Mediation shall be completed no later than thirty (30) days prior to the trial date. Bench Trial is set for 3/13/2007 at 09:00 AM before James L. Robart. Joinder of Parties due by 5/5/2006; Amended Pleadings due by 9/14/2006; Expert Witness Disclosure/Reports under FRCP 26 (a)(2) due by 9/14/2006; Motions due by 10/16/2006; Discovery completed by 11/13/2006; Dispositive motions due by 12/13/2006; Settlement conference to be held by 1/12/2007; 39.1 mediation to be completed by 2/12/2007; Motions in Limine due by 2/13/2007; Pretrial Order due by 2/21/2007; Pretrial Conference set for 2/26/2007 at 03:00 PM before James L. Robart. Trial briefs to be submitted by 2/21/2007; Proposed Findings of Fact and Conclusions of Law to be submitted by 2/21/2007; by Judge James L. Robart. (CC, ) (Entered: 02/10/2006) |
| 02/16/2006 | 11 | INITIAL DISCLOSURES by Plaintiff Paula R Moorehead. (Montoya, John) (Entered: 02/16/2006) |
| 12/04/2006 | 12 | STIPULATION AND PROPOSED ORDER *to Extend Dispositive Motion Deadline* by parties. (Mittet, Marion) (Entered: 12/04/2006) |
| 12/04/2006 | 13 | MINUTE ORDER - Court Denies 12 Stipulated motion to extend the deadline for dispositive motions in this matter filed by Michael Chertoff, by Judge James L. Robart. (MD, ) (Entered: 12/05/2006) |
| 12/05/2006 | 14 | STIPULATION AND PROPOSED ORDER *to Extend Trial Date and Related Dates Including Dispositive Motion Deadline* by parties. (Mittet, Marion) (Entered: 12/05/2006) |
| 12/06/2006 | 15 | MINUTE ORDER - COURT GRANTS 14 Stipulation to |

| | | |
|---|---|---|
| | | extend the deadline for dispositive motions and to continue the trial date filed by Michael Chertoff. The Clerk is directed to issue a revised scheduling order that sets the trial date no later than April 10, 2007 with dispositive motions due approximately 90 days before the trial date by Judge James L. Robart. (MD, ) (Entered: 12/06/2006) |
| 12/08/2006 | 16 | MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES, AND DESIGNATING CASE FOR MEDIATION; Length of Trial: *4 days*. Mediation shall be completed no later than thirty (30) days prior to the trial date. Bench Trial is set for 4/17/2007 at 09:00 AM before James L. Robart. Joinder of Parties due by 1/5/2007; Amended Pleadings due by 10/19/2006; Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 10/19/2006; Motions due by 11/20/2006; Discovery completed by 12/18/2006; Dispositive motions due by 1/17/2007; Settlement conference to be held by 2/16/2007; 39.1 mediation to be completed by 3/19/2007; Motions in Limine due by 3/20/2007; Pretrial Order due by 3/29/2007; Pretrial Conference set for 4/2/2007 before James L. Robart. Trial briefs to be submitted by 4/9/2007; Proposed Findings of Fact and Conclusions of Law to be submitted by 4/9/2007; by Judge James L. Robart. (CC, ) (Entered: 12/08/2006) |
| 12/08/2006 | | Set/Reset Hearings: Pretrial Conference set for 4/2/2007 at 03:30 PM before James L. Robart. (CC, ) (Entered: 12/08/2006) |
| 01/12/2007 | | Set/Reset Hearings: The docket shall reflect the trial scheduled to begin April 17, 2007 shall be a jury trial, not a bench trial, as reflected in the minute order scheduling trial. (CC, ) (Entered: 01/12/2007) |
| 01/12/2007 | 17 | Letter from John C Montoya cnsl for plaintiff to Casey Condon, Deputy Clerk dated 1/4/07. (MD, ) (Entered: 01/16/2007) |
| 01/17/2007 | 18 | MOTION to Dismiss *and/or For Summary Judgment* by Defendant Michael Chertoff. Noting Date 2/9/2007. (Attachments: # 1 Exhibit Exhibits A through D# 2 Exhibit Exhibits E through I# 3 Proposed Order)(Mittet, Marion) (Entered: 01/17/2007) |
| 01/17/2007 | 19 | DECLARATION of James McDowell filed by Defendant Michael Chertoff re 18 MOTION to Dismiss *and/or For* |

| | | |
|---|---|---|
| | | *Summary Judgment* (Mittet, Marion) (Entered: 01/17/2007) |
| 01/17/2007 | 20 | DECLARATION of Paul Sheldon filed by Defendant Michael Chertoff re 18 MOTION to Dismiss *and/or For Summary Judgment* (Mittet, Marion) (Entered: 01/17/2007) |
| 01/17/2007 | 21 | DECLARATION of Ron Danielson filed by Defendant Michael Chertoff re 18 MOTION to Dismiss *and/or For Summary Judgment* (Mittet, Marion) (Entered: 01/17/2007) |
| 01/17/2007 | 22 | DECLARATION of Jamie Mittet filed by Defendant Michael Chertoff re 18 MOTION to Dismiss *and/or For Summary Judgment* (Mittet, Marion) (Entered: 01/17/2007) |
| 02/05/2007 | 23 | RESPONSE, by Plaintiff Paula R Moorehead, to 18 MOTION to Dismiss *and/or For Summary Judgment*. (Montoya, John) (Entered: 02/05/2007) |
| 02/05/2007 | 24 | DECLARATION filed by Plaintiff Paula R Moorehead re 18 MOTION to Dismiss *and/or For Summary Judgment* (Montoya, John) (Entered: 02/05/2007) |
| 02/05/2007 | 25 | PROPOSED ORDER (Unsigned) re Motion to Dismiss 18 (Montoya, John) Modified link on 2/6/2007 (ECS, ). (Entered: 02/05/2007) |
| 02/05/2007 | 26 | DECLARATION filed by Plaintiff Paula R Moorehead re 18 MOTION to Dismiss *and/or For Summary Judgment* (Attachments: # 1 Exhibit 1-10# 2 Exhibit 10-17)(Montoya, John) (Entered: 02/05/2007) |
| 02/05/2007 | 27 | DECLARATION filed by Plaintiff Paula R Moorehead re 18 MOTION to Dismiss *and/or For Summary Judgment* (Montoya, John) (Entered: 02/05/2007) |
| 02/05/2007 | 28 | EXHIBIT re 24 Declaration by Plaintiff Paula R Moorehead. (Montoya, John) (Entered: 02/05/2007) |
| 02/09/2007 | 29 | REPLY, filed by Defendant Michael Chertoff, TO RESPONSE to 18 MOTION to Dismiss *and/or For Summary Judgment* (Attachments: # 1 Exhibit 1)(Mittet, Marion) (Entered: 02/09/2007) |
| 03/05/2007 | 30 | ORDER - The court GRANTS the Government's motion to transfer Ms. Moorehead's Equal Pay Act claim to the US Court of Federal Claims pursuant to 28 USC 1361, and DENIES the Government's motion for summary judgment as to Ms. Moorehead's Title VII claim 18 Motion to Dismiss by Judge |

| | | |
|---|---|---|
| | | James L. Robart.(MD, ) (Entered: 03/06/2007) |
| 03/20/2007 | | Set/Reset Hearings: Pretrial Conference scheduled April 2, 2007 is continued to Friday, APRIL 6, 2007 at 10:30 a.m. before Hon. James L. Robart. (CC, ) (Entered: 03/20/2007) |
| 03/20/2007 | 31 | STIPULATION AND PROPOSED ORDER *to Extend Mediation Deadline* by parties. (Mittet, Marion) (Entered: 03/20/2007) |
| 03/20/2007 | 32 | STIPULATION AND ORDER TO EXTEND MEDIATION DEADLINE re 31 Stipulation filed by Michael Chertoff 39.1 Mediation due by 3/26/2007 by Judge James L. Robart. (MD, ) (Entered: 03/21/2007) |
| 03/28/2007 | | Set/Reset Hearings: Pretrial Conference scheduled April 6, 2007 is continued to Monday, APRIL 9, 2007 at 2:30 p.m. before Hon. James L. Robart. The court extends the deadline for filing the pretrial order to April 4, 2007.(CC, ) (Entered: 03/28/2007) |
| 04/04/2007 | 33 | Proposed Pretrial Order by Defendant Michael Chertoff. (Mittet, Marion) (Entered: 04/04/2007) |
| 04/09/2007 | | Case Reassigned to Judge Thomas S. Zilly. Judge James L. Robart no longer assigned to the case. (MD, ) (Entered: 04/09/2007) |
| 04/09/2007 | 34 | TRIAL BRIEF by Defendant Michael Chertoff. (Mittet, Marion) (Entered: 04/09/2007) |
| 04/09/2007 | 35 | TRIAL BRIEF by Plaintiff Paula R Moorehead. (Montoya, John) (Entered: 04/09/2007) |
| 04/09/2007 | 36 | MINUTE ORDER - The Honorable James L Robart transfers the above captioned case to the Honorable Thomas S Zilly for all further proceedings. All future pleadings shall bear the case number C05-1767Z re: Case Assigned/Reassigned by Judge James L. Robart. (MD, ) (Entered: 04/10/2007) |
| 04/09/2007 | 37 | REPORT from Mediator Marilyn J. Endriss regarding failure of mediation on 3/26/07. The case did not resolve. (MD, ) (Entered: 04/10/2007) |
| 04/09/2007 | 38 | MINUTE ENTRY for proceedings held before Judge Thomas S. Zilly - Dep Clerk: *Gail Glass*; Pla Counsel: *John Montoya*; Def Counsel: *Marion Mittett and Rebecca Cohen*; CR: *NONE*; **Final Pretrial Conference** held on 4/9/2007.Rebecca Cohen |

| | | |
|---|---|---|
| | | makes an appearance and is added as an attorney of record for Defendant. The Court and counsel discuss the posture of the case. The Court shall prepare proposed jury instructions for the parties to review. The parties shall file voir dire by Thursday, April 12, 2007, at noon. The Court signs the Pretrial Order. The parties will consider a non-unanimous jury and report to the Court. The jury trial is scheduled to commence Tuesday, April 17, 2007 at 9:00 a.m. before the Honorable Thomas S. Zilly. (GG, ) (Entered: 04/11/2007) |
| 04/10/2007 | 39 | PRETRIAL ORDER, by Judge Thomas S. Zilly. (CL, ) (Entered: 04/11/2007) |
| 04/11/2007 | 40 | Proposed Jury Instructions and Special Verdict Form.(CL, ) (Entered: 04/11/2007) |
| 04/12/2007 | 41 | Proposed Voir Dire by Plaintiff Paula R Moorehead. (Montoya, John) (Entered: 04/12/2007) |
| 04/12/2007 | 42 | Proposed Voir Dire by Defendant Michael Chertoff. (Mittet, Marion) (Entered: 04/12/2007) |
| 04/13/2007 | 43 | Proposed Jury Instructions by Defendant Michael Chertoff , *and Defendant's Proposed Special Verdict Form* (Mittet, Marion) (Entered: 04/13/2007) |
| 04/17/2007 | 48 | MINUTE ENTRY for proceedings held before Judge Thomas S. Zilly - Dep Clerk: *Gail Glass*; Pla Counsel: *John Montoya*; Def Counsel: *Marion Mittet and Rebecca Cohen*; CR: *Barry Fanning*; **Jury Trial** DAY ONE begun on 4/17/2007 at 9:00 a.m. The jury panel is sworn/voir dire. The jury is selected, sworn and instructed. Counsel present their opening statements. Paula Moorehead Wes Moorehead, Steven Keeler and Michelle Dodd are sworn and testify. Exhibit three (3) is marked and admitted. The plaintiff rests. The Court DENIES the Defendants oral motion for dismissal under Civil Rule 50 (a). The jury is excused to return on Wednesday, April 18, 2007 at 9:00 a.m. (GG, ) (Entered: 04/20/2007) |
| 04/18/2007 | 44 | Defendant's Jury Peremptory Challenges.(CL, ) (Entered: 04/19/2007) |
| 04/18/2007 | 45 | Pltf's Jury Peremptory Challenges. (CL, ) (Entered: 04/19/2007) |
| 04/18/2007 | 46 | Jury Instructions by Judge Thomas S. Zilly.(CL, ) (Entered: 04/19/2007) |

| | | |
|---|---|---|
| 04/18/2007 | 47 | SPECIAL JURY VERDICT.(CL, ) (Entered: 04/19/2007) |
| 04/18/2007 | 49 | MINUTE ENTRY for proceedings held before Judge Thomas S. Zilly - Dep Clerk: *Gail Glass*; Pla Counsel: *John Montoya*; Def Counsel: *Marion Mittet and Rebecca Cohen*; CR: *Barry Fanning*; **Jury Trial Day Two** completed on 4/18/2007. 9:00 a.m. Outside the presence of the jury, Defendant rests contingent on the outcome of Plaintiffs oral motion to reopen Plaintiffs case. For reasons stated on the record, the Court GRANTS in PART and DENIES in PART Plaintiffs oral motion to reopen Plaintiffs case. Ronald L. Danielson is sworn and testifies. Paula Moorehead is recalled and testifies. Plaintiff rests. The Court DENIES Defendants renewed motion for dismissal under Civil Rule 50(a). Defendant rests. The Court takes formal exceptions to the jury instructions. No exceptions are made. The Court instructs the jury. Counsel present their closing arguments. At 11:30 a.m., the jury begins deliberations. At 12:05 p.m., the jury informs the Court that it has reached a Verdict. The jury returns a unanimous verdict in favor of Defendant on all claims. The Court polls and thanks the jury. Adjourned. (GG, ) (Entered: 04/24/2007) |
| 05/08/2007 | 50 | MOTION for Order *Granting Costs* by Defendant Michael Chertoff. Noting Date 5/18/2007.(Mittet, Marion) (Entered: 05/08/2007) |
| 05/08/2007 | 51 | DECLARATION of MARION J. MITTET filed by Defendant Michael Chertoff re 50 MOTION for Order *Granting Costs* (Attachments: # 1 Exhibit A-C)(Mittet, Marion) (Entered: 05/08/2007) |
| 06/04/2007 | 52 | MINUTE ORDER - The court directs the clerk to arrange to transfer Plaintiff's Equal Pay Act claim to the US Court of Federal Claims pursuant to the court's order denying in part and transferring in part Defendant's motion for summary judgment 30 Order on Motion to Dismiss, by Judge James L. Robart. (Entered: 06/05/2007) |
| 06/05/2007 | 53 | NOTICE to Clerk US Court of Federal Claims re 52 Minute Order transferring case to US Court of Federal Claims and 30 Order on Motion to Dismiss. (MD, Certified copy of Entire Filed mailed by certified mail, receipt no. 7006 2760 0004 3589 3842) (Entered: 06/05/2007) |