ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS
WASHINGTON, D.C.

FILED
NOV 8 2007
U.S. COURT OF FEDERAL CLAIMS

By leave of the Judge

| | | |
|---|---|---|
| Paula R. Moorehead, Plaintiff | ) | |
| v. | ) | C.A. No. 07-654 C GWM |
| The United States, Defendant | ) | |

**AMENDED COMPLAINT**

**Introduction**

Paula R. Moorehead, plaintiff, (Ms. Moorehead) files this Amended Complaint, pursuant to the September 10, 2007 Notice of the Court, transferring Ms. Moorehead's Equal Pay Act claim in the matter of *Moorehead v. Chertoff*, Civ. Action No. 05-1767, to this Court. On October 20, 2005, Ms. Moorehead filed a complaint, in the United States District Court, W4estern District of Washington, alleging violations of the 1963 Equal Pay Act, 29 U.S.C. §§ 206(d) and 215(a), seeking lost wages, liquidated damages and other relief, pursuant to 29 U.S.C. § 216(b). On June 4, 2007, James L. Robart, United States District Judge, Western District of Washington, transferred the Equal Pay Act claim to this Court.

This court has jurisdiction of this claim, pursuant to 28 U.S.C. § 1491(a). Ms. Moorehead filed a timely formal complaint of discrimination with the U.S. Transportation Security

**EXHIBIT 3**

Administration (TSA), Department of Homeland Security, the defendant. All jurisdictional prerequisites to the filing of this action have been met.

**Count I**

1. On October 13, 2002, Ms. Moorehead, a female, was hired by the TSA, in the position of Transportation Security Screener at the Pay Band D minimum base salary of $23,600 per year, at the Seattle-Tacoma International Airport (SeaTac).

2. Prior to Ms. Moorehead's date of hire, she was employed as an airport security screener and had experience of inspections of property, managing security incidents, conducting pat down searches, and other related security screener duties. Ms. Moorehead had certifications for a hand held metal detector, and walk through metal detector/magnetometer equipment and specialized training in x-ray equipment and expensive detection system equipment.

3. On April 26, 2002, TSA adopted a policy for determination of the entry rate of pay for the position of Transportation Security Screener, requiring the minimum rate of Pay Band D be paid to new appointments, unless the appointee had specialized experience current or within one (1) year of the date of appointment.

4. Beginning on or about May 1, 2002 until the present, the

defendant, in violation of the defendant's policy and the Equal Pay Act, intentionally hired males, without the required qualifications and/or lesser qualifications, at a higher rate of pay to perform the duties of Transportation Security Screener, than Ms. Moorehead and her female coworkers.

**Count II**

5. Beginning in December 2002, the defendant adopted a policy authorizing the promotion of Transportation Security Screener employees, without competition, to the position of Lead Transportation Security Screener.

6. On or about January 11, 2003, Ms. Moorehead was assigned to and required to perform the duties of Lead Transportation Security Screener, without any increase in pay for the performance of the duties, while male coworkers performing the same duties were paid a higher salary for performance of the same and similar work.

7. The acts of the defendant set forth in paragraphs one through six herein, were intentional acts committed by the defendant which resulted in Ms. Moorehead and her female coworkers being paid less pay based upon sex and causing Ms. Moorehead and female coworkers a loss in wages, for

performing the same and similar duties as male coworkers in the position of Transportation Security Screener and Lead Transportation Security Screener, for which unliquidated and liquidated damages will lie under the Equal Pay Act, 29 U.S.C. § 216(b).

**Relief**

8. Wherefore, Ms. Moorehead requests the Court:

a. Set this matter for a trial by jury;

b. Enter an Order finding the defendant engaged in intentional acts of sex discrimination in paying Ms. Moorehead and females, in the position of Transportation Screener and Lead Transportation Screener less wages for the performance of the same and similar duties as male employees, in violation of the Equal Pay Act;

c. Order the defendant to cease and desist the practice of paying females in the position of Transportation Security Screener and Lead Transportation Security Screener less money for performance of the same and similar duties;

d. Order the defendant to pay to Ms. Moorehead all lost wages and benefits and an equal amount of liquidated damages for the defendant's violation of the Equal Pay Act;

e. Enter an Order awarding to Ms. Moorehead and against the defendant all costs and attorney fees for the processing of this action;

and

f. Such other make whole relief as this Court deems just and proper.

Respectfully Submitted,

Barbara B. Hutchinson
D.C. Bar No. 418967
7907 Powhatan Street
New Carrollton, MD. 20784
Telephone: (301) 577-3387
Facsimile: (301) 577-3764
Attorney for Plaintiff

November 5, 2007

**CERTIFICATE OF SERVICE**

The foregoing Plaintiff Paula Moorehead's Motion for a Change of the Attorney of Record and Motion for Enlargement of Time Out of Time and Motion for Filing of the Amended Complaint was served upon counsel for the defendant by electronic mail and by depositing a copy, in the U.S. mail, first class postage attached, addressed to:

Rebecca Cohen
Asst. U.S. Attorney
700 Stewart Street, Sutie 5220
Seattle, WA. 98101-1271
Rebecca.cohen@usdoj.gov

This 5th day of November 2007

Barbara B. Hutchinson