ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS
WASHINGTON, D.C.

FILED
NOV 8 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Paula R. Moorehead, Plaintiff | ) | |
| v. | ) | C.A. No. 07-654 C GWM |
| The United States, Defendant | ) | |

**PLAINTIFF PAULA MOOREHEAD'S MOTION FOR A CHANGE OF THE ATTORNEY OF RECORD AND MOTION FOR ENLARGEMENT OF TIME OUT OF TIME AND MOTION FOR FILING OF THE AMENDED COMPLAINT**

Plaintiff Paula Moorehead (Ms. Moorehead), files this motion, pursuant to RCFC Rules 3.1(a)(2)(a)(1); Rule 6.1; and Rule 83.1(c)(4), requesting the Court enlarge the time for complying with the September 10, 2007 notice and for filing of the Amended Complaint, from October 9, 2007 up to and including November 5, 2007 and requesting a change of the attorney of record. This is the first enlargement of time requested in this matter. On November 1, 2007, Barbara Hutchinson contacted counsel of record for the United States, Rebecca Cohen. Ms. Cohen was unable to state a position on the motion for enlargement of time because Ms. Cohen indicated she may no longer be the attorney of record for the United States. Ms. Cohen was informed of the facts supporting this motion and indicated that she had not received the September 10, 2007 Notice of the Court.

1. On June 4, 2007, James L. Robart, United States District Judge entered an Order, transferring the Equal Pay Act claim in the case of *Moorehead v. Chertoff*, Civ. Action No. 05-

1767, to the United States Court of Federal Claims.

2. On September 10, 2007, the Clerk issued a notice stating the case had been transferred; requiring counsel of record to enter appearances; and requiring counsel for plaintiff to file the complaint, pursuant to RCFC Rule 3.1.

3. John Montoya, attorney of record did not receive the September 10, 2007 notice until October 25, 2007, by facsimile message from the Clerk, *Affidavit of Barbara B. Hutchinson,* Exhibit 1 attached hereto.

4. Due to the delay in receipt of the September 10, 2007 notice, Ms. Moorehead's counsel was unable to comply with the filing deadline of October 9, 2007.

5. Pursuant to RCFC 83.1(c)(4), on October 25, 2007, John Montoya executed an affidavit, consenting to his withdrawal as attorney of record and giving consent to the substitution of Barbara B. Hutchinson as attorney of record, in this matter, *Affidavit of John C. Montoya*, Exhibit 2 attached hereto.

6. Barbara B. Hutchinson, attorney, DC Bar No. 418967, 7907 Powhatan Street, New Carrollton, MD. 20784, Telephone: (301) 577-3387, Facsimile: (301) 577-3764, is admitted to practice in this Court and requests her name be entered as attorney of record in this matter.

7. The delay in complying with the September 10, 2007

Notice of the Court was not done to delay the processing of this matter nor to prevent an expeditious resolution of this proceeding.

8. Pursuant to RCFC 3.1(a)(2)(a)(1), Counsel has attached an Amended Complaint to this Motion for the transferred Equal Pay Act claim from the case of *Moorehead v. Chertoff*, Civ. Action No. 05-1767, *Amended Complaint*, Exhibit 3 attached hereto.

Based upon the foregoing, Ms. Moorehead has shown good cause for the enlargement of time for complying with the September 10, 2007 Notice. Ms. Moorehead respectfully requests the Court grant the enlargement of time, out of time for complying with the Court's September 10, 2007 Notice enlarging the time for filing of the transferred Equal Pay Act claim from October 9, 2007 up to and including November 5, 2007; grant the request for the change of the attorney of record; and direct the Clerk to file the Amended Complaint in this matter.

Respectfully Submitted,

Barbara B. Hutchinson
D.C. Bar No. 418967
7907 Powhatan Street
New Carrollton, MD. 20784
Telephone: (301) 577-3387
Facsimile: (301) 577-3764
Attorney for Plaintiff

November 5, 2007

UNITED STATES COURT OF FEDERAL CLAIMS
WASHINGTON, D.C.

| | | |
|---|---|---|
| Paula R. Moorehead,<br>Plaintiff | ) ) ) | |
| v. | ) | C.A. No. 07-654 C |
| | ) | GWM |
| The United States,<br>Defendant | ) ) ) | |

AFFIDAVIT OF BARBARA B. HUTCHINSON

I, Barbara B. Hutchinson, am the attorney for Paula Moorehead, the plaintiff, in this action. On October 25, 2007, I received a copy of the September 10, 2007 Notice sent by facsimile message to John Montoya, by the Clerk of the United States Federal Court of Claims, *October 25, 2007 fax cover sheet and attached September 10, 2007 notice,* Exhibit A attached hereto.. I had spoken with the Clerk's office the week of September 22, 2007, by telephone, and was told that the case had not been docketed at that time. I also telephoned the Clerk's office, the week of October 22, 2007 and was informed that the case had not been docketed. On both occasions, prior to speaking with the Clerk's office, I had searched the electronic docket by a name search and received a no results for the name of the plaintiff.

On November 1, 2007, while speaking to Rebecca Cohen, the U.S. attorney on this case, Ms.

**EXHIBIT 1**

Cohen informed me she had not received the September 10, 2007 Notice and informed me that after entering a name search on the Court's electronic docket, she did not find the case was docketed. After I gave Ms. Cohen the case number she input the case number into the electronic docket search and found the Court's notice.

I swear, under penalty of perjury, that the foregoing statement is true and correct this 5th day of November 2007.

Barbara B. Hutchinson

# UNITED STATES COURT OF FEDERAL CLAIMS

717 Madison Place, N.W.
Washington, D.C. 20005

## FAX MATERIAL - COVER SHEET

DATE: October 25, 2007

**FAX TO:**

NAME: John C. Montoya

AGENCY/COMPANY:

FAX NUMBER: 866-613-5972

**FAX FROM:**

NAME: Lisa Reyes

CHAMBER/OFFICE: U.S. Court of Federal Claims

TELEPHONE NUMBER: (202) 357-6418

NUMBER OF PAGES THAT FOLLOW THIS COVER SHEET: 14

SPECIAL REMARKS/MESSAGE OR INSTRUCTIONS:

Per our discussion.

PLEASE NOTE: This facsimile originates from the United States Court of Federal Claims. If there are any problems regarding the reception of this document, please call the sender listed above.

*Confidentiality Note*

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity name above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the original message to us at the address above via the United States Postal Service. Thank you.

**FOR RETURN FAX (202) 357-6401**

# In the United States Court of Federal Claims

**NOTICE**

PAULA R. MOOREHEAD,

No. 07-654 C

v.

THE UNITED STATES

Clerk's Office
Washington, D.C., September 10, 2007

To Attorney of Record, Assistant Attorney General and Judge George W. Miller:

Please take notice that in the above case there has been filed this day, on behalf of the parties, the record as transferred from the United States District Court for the Western District of Washington (Seattle), No. 05-cv-1767, consisting of fifty-three documents.

**NOTE: FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.**

s/Brian Bishop
Brian Bishop, Clerk of the Court

**In the United States Court of Federal Claims**
**Washington, D.C.**

| | | |
|---|---|---|
| **Paula R. Moorehead,** **Plaintiff** | ) ) ) | |
| **v.** | ) | **No. 07-654C** |
| **The United States,** **Defendant** | ) ) ) | |

**AFFIDAVIT OF JOHN C. MONTOYA**

I, John C. Montoya, am the attorney of record in the matter of Paula R. Moorehead v. The United States, Case No. 07-654C. I request that my name be removed from this case as attorney of record and give consent for the name of Barbara B. Hutchinson, attorney, 7907 Powhatan Street, New Carrollton, MD. 20784 Telephone: (301) 577-3387, Facsimile: (301) 577-3764 to be substituted as the attorney of record in this matter.

I swear under penalty of perjury that the foregoing statement is true and correct this 25th day of October, 2007.

John C. Montaya, Attorney, WSBA #34475
406 Boston Street
Seattle, WA. 98109
Telephone: (206) 352-0500

**EXHIBIT 2**

UNITED STATES COURT OF FEDERAL CLAIMS
WASHINGTON, D.C.

| | |
|---|---|
| Paula R. Moorehead, Plaintiff | ) |
| | ) |
| v. | ) C.A. No. 07-654 C GWM |
| | ) |
| The United States, Defendant | ) |

**AMENDED COMPLAINT**

**Introduction**

Paula R. Moorehead, plaintiff, (Ms. Moorehead) files this Amended Complaint, pursuant to the September 10, 2007 Notice of the Court, transferring Ms. Moorehead's Equal Pay Act claim in the matter of *Moorehead v. Chertoff*, Civ. Action No. 05-1767, to this Court. On October 20, 2005, Ms. Moorehead filed a complaint, in the United States District Court, W4estern District of Washington, alleging violations of the 1963 Equal Pay Act, 29 U.S.C. §§ 206(d) and 215(a), seeking lost wages, liquidated damages and other relief, pursuant to 29 U.S.C. § 216(b). On June 4, 2007, James L. Robart, United States District Judge, Western District of Washington, transferred the Equal Pay Act claim to this Court.

This court has jurisdiction of this claim, pursuant to 28 U.S.C. § 1491(a). Ms. Moorehead filed a timely formal complaint of discrimination with the U.S. Transportation Security

Administration (TSA), Department of Homeland Security, the defendant. All jurisdictional prerequisites to the filing of this action have been met.

**Count I**

1. On October 13, 2002, Ms. Moorehead, a female, was hired by the TSA, in the position of Transportation Security Screener at the Pay Band D minimum base salary of $23,600 per year, at the Seattle-Tacoma International Airport (SeaTac).

2. Prior to Ms. Moorehead's date of hire, she was employed as an airport security screener and had experience of inspections of property, managing security incidents, conducting pat down searches, and other related security screener duties. Ms. Moorehead had certifications for a hand held metal detector, and walk through metal detector/magnetometer equipment and specialized training in x-ray equipment and expensive detection system equipment.

3. On April 26, 2002, TSA adopted a policy for determination of the entry rate of pay for the position of Transportation Security Screener, requiring the minimum rate of Pay Band D be paid to new appointments, unless the appointee had specialized experience current or within one (1) year of the date of appointment.

4. Beginning on or about May 1, 2002 until the present, the

defendant, in violation of the defendant's policy and the Equal Pay Act, intentionally hired males, without the required qualifications and/or lesser qualifications, at a higher rate of pay to perform the duties of Transportation Security Screener, than Ms. Moorehead and her female coworkers.

**Count II**

5. Beginning in December 2002, the defendant adopted a policy authorizing the promotion of Transportation Security Screener employees, without competition, to the position of Lead Transportation Security Screener.

6. On or about January 11, 2003, Ms. Moorehead was assigned to and required to perform the duties of Lead Transportation Security Screener, without any increase in pay for the performance of the duties, while male coworkers performing the same duties were paid a higher salary for performance of the same and similar work.

7. The acts of the defendant set forth in paragraphs one through six herein, were intentional acts committed by the defendant which resulted in Ms. Moorehead and her female coworkers being paid less pay based upon sex and causing Ms. Moorehead and female coworkers a loss in wages, for

performing the same and similar duties as male coworkers in the position of Transportation Security Screener and Lead Transportation Security Screener, for which unliquidated and liquidated damages will lie under the Equal Pay Act, 29 U.S.C. § 216(b).

**Relief**

8. Wherefore, Ms. Moorehead requests the Court:

a. Set this matter for a trial by jury;

b. Enter an Order finding the defendant engaged in intentional acts of sex discrimination in paying Ms. Moorehead and females, in the position of Transportation Screener and Lead Transportation Screener less wages for the performance of the same and similar duties as male employees, in violation of the Equal Pay Act;

c. Order the defendant to cease and desist the practice of paying females in the position of Transportation Security Screener and Lead Transportation Security Screener less money for performance of the same and similar duties;

d. Order the defendant to pay to Ms. Moorehead all lost wages and benefits and an equal amount of liquidated damages for the defendant's violation of the Equal Pay Act;

e. Enter an Order awarding to Ms. Moorehead and against the defendant all costs and attorney fees for the processing of this action;

and

f. Such other make whole relief as this Court deems just and proper.

Respectfully Submitted,

Barbara B. Hutchinson
D.C. Bar No. 418967
7907 Powhatan Street
New Carrollton, MD. 20784
Telephone: (301) 577-3387
Facsimile: (301) 577-3764
Attorney for Plaintiff

November 5, 2007

To: **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

_____ Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***
***(Note - This is a separately written order)***

✓ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings. See Order signed and filed this date. GM 11/8/07

_____ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

_____ Returned to party for correction of defect(s).

_____ Returned to party.

George W. Miller
Signature

11/8/07
Date

Note: There are 7 copies of Amended Complaint -- 5 to be served on USA along w/ order