ORIGINAL

# In the United States Court of Federal Claims

FILED
NOV 8 2007
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| PAULA R. MOOREHEAD, Plaintiff, v. THE UNITED STATES, Defendant. | No. 07-654 C<br>Filed November 8, 2007 |

## ORDER

On November 5, 2007, the Clerk's Office received from counsel for plaintiff, Barbara B. Hutchinson, Esq., the original and seven copies of plaintiff's proposed Amended Complaint, and the original and two copies of "Plaintiff Paula Moorehead's Motion for a Change of the Attorney of Record and Motion for Enlargement of Time Out of Time and Motion for Filing of the Amended Complaint" with Exhibits 1-3 attached (hereinafter "the motion").

The Clerk's Office forwarded the foregoing papers to the undersigned on November 5, 2007 with the notation that the case had been designated an electronic case by a "Notice of Designation" issued by the Clerk's Office on September 10, 2007.

The record in the case had been transferred to this court from the United States District Court for the Western District of Washington pursuant to 28 U.S.C. §1361 in accordance with the district court's orders of March 5, 2007 and June 4, 2007.

The record was received and filed in this court on September 10, 2007. The Clerk noted on the docket at that time that the "transfer complaint" was due to be filed in this court by October 9, 2007 pursuant to Rule 3.1 of the Rules of the United States Court of Federal Claims (RCFC).

Having reviewed the proposed Amended Complaint and the motion (including the original of the proposed Amended Complaint attached thereto as Exhibit 3), the Court does hereby **ORDER** that:

1) The Amended Complaint and the motion and attachments shall be accepted by the Clerk for filing in paper form.

2) Pursuant to RCFC 83.1(c)(4), Barbara B. Hutchinson, Esq. shall be substituted for Joseph C. Montoya, Esq., who represented plaintiff in the action in the Western District of Washington, as counsel of record for plaintiff in this action.

3) Plaintiff's out-of-time motion for an enlargement of time within which to file the Amended Complaint and for leave to file the same is **GRANTED**.

4) The undersigned is today returning to the Clerk's Office for filing the original papers described in the first paragraph of this order, along with the five service copies of the proposed Amended Complaint.

5) The Clerk's Office shall cause the five service copies of the Amended Complaint and copies of this order to be served upon the United States in accordance with RCFC 4.

6) Counsel for plaintiff shall serve copies of the other papers that have been filed on behalf of plaintiff in this action upon counsel for the United States in this court pursuant to RCFC 5 once counsel for the United States enters an appearance.

7) Both parties shall in the future file all papers electronically in accordance with the Notice of Designation issued by the Clerk's Office on September 10, 2007.

**IT IS SO ORDERED.**

George W. Miller

GEORGE W. MILLER
Judge