IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAULA R. MOOREHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-654C |
| | ) | (Judge Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, the United States, responding to the correspondingly-numbered paragraphs of the complaint, admits, denies, and avers as follows:

Defendant admits the first and third sentences of the first unnumbered paragraph of the complaint.[1] Defendant denies the second sentence of the first unnumbered paragraph; avers that on October 20, 2005, Ms. Moorehead filed a complaint in the United States District Court, Western District of Washington, alleging violations of the 1963 Equal Pay Act, 29 U.S.C. §§ 206(d) and 215(a) and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.

The second unnumbered paragraph consists of conclusions of law, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

1. Admits.

2. Denies the allegation contained in paragraph 2 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

3. Admits.

4. Denies.

---

[1]The "Introduction" to the Amended Complaint consists of two unnumbered paragraphs.

5-7. Concerning count II of the amended complaint (that is, paragraphs 5-7), defendant respectfully requests leave to delay our answer pending this Court's resolution of Defendant's Motion To Dismiss Count II Of The Complaint, filed with this answer.

8. The remainder of the complaint consists of plaintiff's request for relief to which no response is required; if a response is deemed required, denies that plaintiff is entitled to the relief requested or to any relief whatsoever.

9. Each and every allegation of material fact not admitted, denied, or otherwise qualified is hereby denied.

## AFFIRMATIVE DEFENSES[2]

10. The Court lacks subject matter jurisdiction to entertain count II of the complaint pursuant to 28 U.S.C. § 1500.

11. The Court lacks jurisdiction to entertain Count II of the complaint because it was filed outside the time limitation set forth in 29 U.S.C. § 255.

12. The complaint fails in part to state a claim upon which relief can be granted.

13. Defendant possessed a legitimate non-discriminatory reason for all of its actions.

WHEREFORE, defendant respectfully requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

---

[2] For purposes of paragraphs 10-12, we rely upon our motion to dismiss count II of the complaint.

JEANNE E. DAVIDSON
Director

/s/Todd M. Hughes
TODD M. HUGHES
Deputy Director

/s/David S. Silverbrand
DAVID S. SILVERBRAND
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3278
Fax: (202) 353-7988
Attorneys for Defendant

Of Counsel:

GILLIAN FLORY
Attorney Advisor
Office of Chief Counsel
Transportation Security Administration

January 7, 2008

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 7th day of January, 2008, a copy of the foregoing "Defendant's Answer to Plaintiff's Amended Complaint" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David S. Silverbrand