IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAULA R. MOOREHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-654C |
| | ) | (Judge Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## INDEX TO APPENDIX


Document — Tab

Complaint filed in United States District Court for the Western District of Washington (Oct. 20, 2005). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Defendant's Mot. To Dismiss (W.D. Wash. Jan 17, 2007).. . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

March 5, 2007 District Court Order (W.D. Wash.). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Jury Special Verdict (W.D. Wash Apr. 18, 2007). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4