UNITED STATES COURT OF FEDERAL CLAIMS
WASHINGTON, D.C.

| | | |
|---|---|---|
| Paula R. Moorehead, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 07-654 C |
| | ) | GWM |
| The United States, | ) | |
| Defendant | ) | |
| | ) | |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Paula Moorehead (Ms. Moorehead), pursuant to RCFC Rule 6.1, requests the Court to enlarge the time for the filing of Ms. Moorehead's response to the Defendant's Motion to Dismiss for thirteen (13) days. Ms. Moorehead's response is currently due on February 7, 2008. The enlargement requested is from February 7, 2008 up to and including February 20, 2008.

Ms. Moorehead requests the enlargement of time due to counsel's schedule and the complexity of Defendant's Motion to Dismiss. From January 22, 2008 through January 25, 2008, Ms. Moorehead's counsel began a scheduled arbitration, in Philadelphia, PA., involving an overtime claim for a class of 1,000 or more federal employees. The arbitration has been scheduled for over a year and resumes in Philadelphia on February 4, 2008 through February 8, 2008. Due to the scheduled arbitration, Ms. Moorehead's response could not be completed in sufficient time to meet the February 7, 2008 deadline.

On February 1, 2008, Ms. Moorehead's counsel discussed the enlargement by telephone with David Silverbrand, counsel for the United States. Mr. Silverbrand consents to the enlargement of time.

This is the first enlargement of time requested for Ms. Moorehead's response to Defendant's

Motion to Dismiss. The enlargement of time is not requested to delay the processing of this matter and will permit Ms. Moorehead to prepare a full and complete response to the defendant's motion.

Ms. Moorehead, having shown good cause, respectfully requests the Court grant Ms. Moorehead's request to enlarge the time for responding to Defendant's Motion to Dismiss for thirteen (13) days from February 7, 2008 up to and including February 20, 2008.

Respectfully Submitted,

/s/________________________
Barbara B. Hutchinson
D.C. Bar No. 418967
7907 Powhatan Street
New Carrollton, MD. 20784
Telephone: (301) 577-3387
Facsimile: (301) 577-3764
Attorney for Plaintiff

February 1, 2008