Department of Homeland Security

# FORMAL COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT

(FOR AGENCY USE)

## PRIVACY ACT STATEMENT (USC 552a)

AUTHORITY: Public law 92-261.

Principle Purpose: Formal filing of allegation of discrimination because of race, color, religion, sex, national origin age, handicap, reprisal, or sexual orientation.

Routine Uses: This form and the information on this form may be used (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts and may also be used to respond to general requests for information under the Freedom of Information Act, (b) to respond to requests from legitimate outside individuals or agencies (e.g., Members of Congress, the White House, and the Equal Employment Opportunity Commission (EEOC)) regarding the status of the complaint or appeal; and (c) to adjudicate complaint or appeal.

Disclosure: Voluntary, however, failure to complete all appropriate portions of this form may lead to rejection of complaint on the basis of inadequate data on which to determine if complaint is acceptable.

1. NAME OF COMPLAINANT (*Last, First, Middle Initial*)
MOOREHEAD, PAULA, R

2. SSN
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

3a. HOME TELEPHONE NO.
953-833-6937

3b. WORK TELEPHONE NO
206-713-0276

4. ADDRESS (*Include City, State and ZIP Code*)
P.O. BOX 1007
RAVENSDALE, WA 98051

5. ARE YOU BEING REPRESENTED?
a. (YES) (complete 5c)  b. NO (*Skip to item 6a*)

5c. IF YES, NAME, TELEPHONE AND ADDRESS OF REPRESENTATIVE.
WES MOOREHEAD
P.O. BOX 3011
KENT, WA 98089
206-300-7697

6a. NAME OF DOT OPERATING ADMINISTRATION YOU BELIEVE DISCRIMINATED AGAINST YOU
TRANSPORTATION SECURITY ADM.

7. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION OCCURRED
11/17/03

6b. ADDRESS OF ALLEGED DISCRIMINATION ORGANIZATION (*Include City, State and ZIP Code*)
SEA-TAC AIRPORT
ADMINISTRATION OFFICES
18000 PACIFIC HWY SO SUITE 900
SEATTLE, WA 98188

8. ARE YOU WORKING FOR THE FEDERAL GOVERNMENT?
a. (YES) (*Complete items 9, 10 and 11*)
b. NO (*Skip to item 12*)

9. NAME OF AGENCY WHERE YOU ARE CURRENTLY EMPLOYED
TRANSPORTATION SECURITY ADM

11a. TITLE OF YOUR CURRENT POSITION
SECURITY SCREENER

10. ADDRESS OF YOUR CURRENT EMPLOYER (*Include City, State and ZIP Code*)
18000 PACIFIC HWY SO SUITE 900
SEATTLE, WA 98188

11b. GRADE/SERIES OR PAY BAND.
SV-00019-D

12. REASON YOU BELIEVE YOU WERE DISCRIMINATED AGAINST (*Check below*)

| | | | | | |
|---|---|---|---|---|---|
| | A. RACE (*Specify*) → | | ✓ | F. SEX (*Specify*) → | VIOLATION OF ALLEGED UNEQUAL PAY |
| | B. COLOR (*Specify*) → | | | G. DISABILITY (*Specify*) | |
| | C. RELIGION (*Specify*) → | | | H. SEXUAL ORIENTATION | |
| | D. NATIONAL ORIGIN (*Specify*) | | | I. REPRISAL (*Specify protected activity*) | |
| | E. AGE (*Specify Date of Birth mm/dd/yyyy*) → | | | | |

EXHIBIT 11
Page 1 of 2

| 13. I HAVE DISCUSSED MY COMPLAINT WITH AN EEO COUNSELOR<br>a. YES (*Complete 13c*) b. (NO) | 13c. IF YES, NAME OF EEO COUNSELOR | 14. DATE OF FINAL INTERVIEW |
|---|---|---|

15. EXPLAIN SPECIFICALLY HOW YOU WERE DISCRIMINATED AGAINST (*That is, treated differently from other employees or applicants, because of your race, color, religion, sex national origin, age mental or physical handicap, or reprisal). (If your complaint involves more than one basis for your dissatisfaction list and number each such allegation separately and furnish specific, factual information in support of each). (Use additional sheet(s), if necessary).*

Allegation No. 1: I RETURNED TO WORK ON MONDAY 11/17/03 + WAS INFORMED BY MY SUPERVISOR ROBERTO CANTU THAT MY RDO'S HAD BEEN CHANGED EFFECTIVE THE NEXT DAY TUESDAY 11/18/03 TO TUESDAY + WEDNESDAY IN VIOLATION OF MY AGREEMENT WITH TSA MANAGEMENT DATED 8/6/03 (COPY ENCLOSED) IN ADDITION EMPLOYEES UNDER DISCIPLINE ARE ALLOWED MORE THEN 24 HRS NOTICE. SEE HRM #752-1 7-D

16. LIST IN ITEM 19 THE NAMES OF YOUR WITNESSES AND WHAT FACTUAL INFORMATION EACH WILL BE EXPECTED TO CONTRIBUTE THROUGH HIS/HER TESTIMONY TO THE INVESTIGATON OF YOUR COMPLAINT

17. WHAT SPECIFIC CORRECTIVE ACTION DO YOU WANT TAKEN ON YOUR COMPLAINT? (*If more than one allegation state overall corrective action desired and the specific corrective action desired for each separate allegation).* ① NO FURTHER VIOLATIONS OF AGREEMENT DATED 8/6/03 ② PAY TO BE ADJUSTED TO REFLECT $1.00 AN HOUR INCREASE INCLUDING BACK PAY TO DATE OF HIRE TO EQUAL MALE COWORKER LAMBSET LACTOEN ③ BASE PAY ADJUSTED TO REFLECT CURRENT PAY AT TIME OF HIRE INCLUDING RETRO/BACK PAY. PER HRM #531 GUIDANCE ON SALARY DETERMINATIONS FOR TSA SCREENERS IE BASE SALARY INCREASED TO 25,044.00 EFFECTIVE 10/13/02 WITH SUBSEQUENT INCREASES OF 1/03 + 1/04 BASED ON NEW SALARY

18. HAVE THE MATTERS LISTED IN ITEM 15 BEEN APPEALED TO THE MERIT SYSTEMS PROTECTION BOARD?
a. YES (*Explain in number item 19*) b. (No)

19. REMARKS ① TSA DOCUMENT DATED 8/6/03
② TSA HRM #531 GUIDANCE ON SALARY DETERMINATIONS FOR TSA SCREENERS DATED 4/24/02 EQUAL PAY ACT OF 1963
③ TSA HRM #531 GUIDANCE ON SALARY DETERMINATIONS FOR TSA SCREENERS DATED 4/24/02 EQUAL PAY ACT OF 1963, TSA DOCUMENT FAQS FROM THE FIELD 4/22, 4/25 + 4/29

| 20. SIGNATURE OF COMPLAINANT | 21. DATE SIGNED (*MM/DD/YYYY*) |
|---|---|
| Paula L Moorehead | 12/08/03 |

INFORMATION CONCERNING THE PROCESSING OF YOUR COMPLAINT OF DISCRIMINATION

This form will be used only if you, as a TSA employee or as an applicant for Federal employment, believe you have been treated unfairly because of your race, color, religion, sex, national origin ,age, mental or physical disability, reprisal or sexual orientation. If you have questions concerning the completion of this form, you may call the TSA Civil Rights Office at (571) 227-2349.

Your written, formal complaint must be filed within 15 calendar days of the date of your final interview with the EEO counselor. This time may be extended if you can give a good reason for not submitting the complaint within the 15 calendar day limit.

If the matter has not been resolved to your satisfaction within 30 calendar days of your first interview with the EEO counselor and the final counseling interview has not been completed within that time, you have the right to file a formal complaint at any time thereafter up to 15 days after the final interview.

Your written formal complaint must be signed, dated and [illegible] your attorney or sent by mail to the **Transportation Security Administration, Office of Civil Ri[illegible] Vest Tower, 2nd Floor, TSA-6, 601 South 12th Street, Arlington, Virginia 22202-4220, Attention: Tamara**

EXHIBIT 11
Page 2 of 2

You may have a representative at all stages of the proce[illegible]

ER 726535069 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

**Customer Copy**
Label 11-B September 2002

**Post Office To Addressee**

**ORIGIN (POSTAL USE ONLY)**

| | | | |
|---|---|---|---|
| PO ZIP Code: 98002 | Day of Delivery: [X] Next [ ] Second | Flat Rate Envelope [ ] | |
| Date In: 12 29 07 (Mo. Day Year) | [X] 12 Noon [ ] 3 PM | Postage: $ 13.65 | |
| Time In: 3:10 [ ] AM [X] PM | Military: [ ] 2nd Day [ ] 3rd Day | Return Receipt Fee: 1.75 | |
| Weight: lbs. 5 ozs. | Int'l Alpha Country Code | COD Fee: $ | Insurance Fee |
| No Delivery: [ ] Weekend [ ] Holiday | Acceptance Clerk Initials: JP | Total Postage & Fees: $ 15.40 | |

**DELIVERY (POSTAL USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt: Mo. Day | Time: [ ] AM [ ] PM | Employee Signature |
| Delivery Attempt: Mo. Day | Time: [ ] AM [ ] PM | Employee Signature |
| Delivery Date: Mo. Day | Time: [ ] AM [ ] PM | Employee Signature |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

NO DELIVERY [ ] Weekend [ ] Holiday

Customer Signature

FROM: (PLEASE PRINT) PHONE ( )
PAULA MOOREHEAD
P.O. BOX 1007
RAVENSDALE, WA 98051

TO: (PLEASE PRINT) PHONE ( )
TSA OFFICE OF CIVIL RIGHTS
TSA HEADQUARTERS
WEST TOWER, 2ND FLOOR TSA-6
601-SOUTH 12TH STREET
ARLINGTON, VIRGINIA 22202
ATTN: TAMARA L. MILLER DIRECTOR

ZIP + 4: 2 2 2 0 2 +

FOR PICKUP OR TRACKING CALL 1-800-222-1811
www.usps.com
PRESS HARD

---

**SENDER: COMPLETE THIS SECTION**

- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
TSA Office of Civil Rights
TSA Headquarters
West Tower 2nd Floor TSA-6
601 S. 12th St
Arlington Virginia 22202
Attn Tamara L Miller Director

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: R. Bostic [X] Agent [ ] Addressee

B. Received by (Printed Name): R. BOSTIC

C. Date of Delivery

D. Is delivery address different from item 1? [ ] Yes
If YES, enter delivery address below: [ ] No

Stamp: U.S. NAVY DEC 30 2007

3. Service Type
[ ] Certified Mail [ ] Express Mail
[ ] Registered [ ] Return Receipt for Merchandise
[ ] Insured Mail [ ] C.O.D.

4. Restricted Delivery? (Extra Fee) [ ] Yes

2. Article Number (Transfer from service label): ER 726535069 US

PS Form 3811, August 20[illegible] Domestic Return Receipt 102595-02-M-1540

EXHIBIT 12