UNITED STATES COURT OF FEDERAL CLAIMS
WASHINGTON, D.C.

| | |
|---|---|
| Paula R. Moorehead, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) C.A. No. 07-654 C |
| | ) GWM |
| The United States, | ) |
| Defendant | ) |
| | ) |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME FOR FILING OF THE JOINT PRELIMINARY STATUS REPORT**

Plaintiff Paula Moorehead (Ms. Moorehead), pursuant to RCFC Rule 6.1, requests the Court to enlarge the time for the filing of the Joint Preliminary Status Report ((JPSR), , for a period of eleven (11) days, from February 25, 2008 up to and including March 7, 2008. This is the first enlargement of time requested for the filing of the JPSR The defendant filed its answer on January 7, 2008. The JPSR is due within forty-nine days, after the filing of the defendant's answer, on or before February 25, 2008.

Ms. Moorehead requests the enlargement of time due to Ms. Moorehead's counsel's schedule, which has included two weeks, out of the city in a Fair Labor Standards Act arbitration hearing, the preparation and filing of a response to Defendant's motion ot Dismiss Count II of the Amended complaint; the preparation and filing of a Negotitability Appeal, covering fifteen articles of a collective bargaining agreement, with the District of Columbia Public Employee Relations Board.

On February 21, 2008, Ms. Moorehead's counsel discussed the enlargement of time with David Silverbrand, counsel for the United States. Mr. Silverbrand consents to the enlargement of time.

This enlargement of time is not requested to delay the processing of this action and is necessary, so that the parties can coordinate the completion of the report.

Ms. Moorehead, respectfully, requests the Court grant Ms. Moorehead's request to enlarge the time for filing of the JPSR for eleven (11) days from February 25, 2008 up to and including March 7, 2008.

Respectfully Submitted,

/s/_________________________

Barbara B. Hutchinson
D.C. Bar No. 418967
7907 Powhatan Street
New Carrollton, MD. 20784
Telephone: (301) 577-3387
Facsimile: (301) 577-3764
Attorney for Plaintiff

February 22, 2008