# In the United States Court of Federal Claims

| | |
|---|---|
| PAULA R. MOOREHEAD,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-654 C<br><br>Filed April 28, 2008 |

## ORDER

On April 1, 2008, the Court granted defendant's motion to dismiss Count II of the amended complaint. As the Court understands it, Count I of the amended complaint is still pending. Because it appears the parties have not reached agreement on a schedule for resolving Count I, the Court believes a scheduling conference will be helpful. Therefore, the Court hereby **ORDERS** both parties to appear for a telephonic scheduling conference on **Tuesday, May 13, 2008**, at 9:00 a.m. The Court will initiate the call. Each party should contact chambers not later than 5:00 p.m. on **Friday, May 9, 2008**, to confirm the telephone number at which they may be reached.

During the scheduling conference, the parties should be prepared to discuss at least the following issues:

1) The parties indicated in their joint preliminary status report that they might request referral to ADR. What is the status of the parties' discussions with respect to ADR?

2) Defendant indicated in the joint preliminary status report that no discovery was necessary on Count I of the amended complaint, but plaintiff disagreed. The Court would like to hear the parties' support for their positions.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge