# In the United States Court of Federal Claims

PAULA R. MOOREHEAD,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 07-654 C

Filed May 13, 2008

## ORDER

Pursuant to the Court's order of April 28, 2008, the Court and the parties held a scheduling conference on May 13, 2008, to determine the dates for further proceedings in this matter. The Court understands that the parties are still discussing the possibility of alternative dispute resolution; the parties should contact the Court if they wish to pursue this option. In the absence of any decision to proceed with alternative dispute resolution, the Court hereby **ORDERS** the parties to adhere to the following schedule. Defendant shall file its motion for summary judgment no later than **5:00 p.m. on Friday, June 13, 2008**. Consistent with Rule 7.2(c) of the Rules of the United States Court of Federal Claims, plaintiff shall file her response to defendant's motion for summary judgment within 28 days after service of the motion, and defendant shall file any reply within 14 days after service of plaintiff's response.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge