05-CV-01567-BR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAULA R. MOOREHEAD, Plaintiff, v. MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, Transportation Security Administration, Defendant. | NO. C05-1767Z<br>SPECIAL VERDICT |

We, the jury, answer the questions submitted by the Court as follows:

QUESTION NO. 1: Do you find that plaintiff is entitled to recover on claim one?

ANSWER: NO (Write "yes" or "no")

(If the answer to Question No. 1 is "yes," proceed to Question No. 5. If the answer to Question No. 1 is "no," proceed to Question No. 2.)

QUESTION NO. 2: Do you find that plaintiff is entitled to recover on claim two?

ANSWER: NO (Write "yes" or "no")

(If the answer to Question No. 2 is "no," do not answer any further questions and sign and date the Special Verdict. If the answer to Question No. 2 is "yes," proceed to Question No. 3.)

QUESTION NO. 3: Has the defendant proved by a preponderance of the evidence that the defendant's decision to remove plaintiff was also motivated by a lawful reason?

ANSWER: ________________ (Write "yes" or "no")

(If your answer to Question No. 3 is "no," proceed to Question No. 5. If your answer to Question No. 3 is "yes," proceed to Question No. 4.)

QUESTION NO. 4. Has the defendant proved, by a preponderance of the evidence, that the defendant would have made the same decision to remove plaintiff even if the plaintiff's sex had played no role in the defendant's decision?

ANSWER: ________________ (Write "yes" or "no")

(If your answer to Question No. 4 is "yes," do not answer any further questions. If your answer to Question No. 4 is "no," proceed to Question No. 5.)

QUESTION NO. 5. What amount of damages do you award to plaintiff?

ANSWER: $____________________.

DATED this 18 day of April, 2007.

[signature]
PRESIDING JUROR