Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAULA R. MOOREHEAD,<br>Plaintiff,<br>vs.<br>MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security,<br>Defendant. | Case No.: 2:05-01767-JLR<br><br>DECLARATION OF PAUL H. SHELDON |

I, Paul H. Sheldon, hereby make the following declaration with respect to the above-captioned matter:

1. I have been employed by the United States Department of Homeland Security, Transportation Security Administration ("TSA"), Office of Human Capital ("OHC"), since September 2002.[1] I was initially hired as a Policy Analyst. At that time, my job

[1] When TSA was first created in November of 2001, Congress placed TSA in the Department of Transportation. TSA was subsequently transferred to the Department of Homeland Security as part of the Homeland Security Act of 2002. Pub. L. 107-296, §§ 403, 423, 424, 116 Stat. 2135, 2178, 2184 (2002).

duties included writing and interpreting policy in employee relations areas, such as employee conduct and responsibilities, performance management, leave, reasonable accommodation, grievances, and other similar issues. In January 2003, I was named Acting Director for Policy. This appointment became permanent in May 2003. As Director, my responsibilities expanded to include planning and directing the activities of the Policy unit, recruiting and hiring staff, and working with senior management to develop and implement program goals. I held the position of Director until May 2005, when I chose, for health reasons, to return to my former position as a Policy Analyst. My current job duties include researching and writing on a wide range of human resources ("HR") policy matters, such as writing the new performance appraisal directive for our screening workforce, assisting with the development of TSA's USERRA policy, re-writing TSA's policy on the initial training and certification of screeners, and re-writing TSA's Alternative Work Schedule policy.

2. Before coming to TSA, I served for ten years as the Regional HR Manager for the Northeast Region of the Office of Thrift Supervision, a Treasury Department Agency.

3. This declaration is based on my personal knowledge, information, and experienced judgment acquired in the course of my official duties.

4. On November 19, 2001, President Bush signed into law the Aviation and Transportation Security Act ("ATSA"), Pub. L. No.

107-71, 115 Stat. 597 (2001), which established TSA as an agency within the Department of Transportation. See 49 U.S.C. § 114. This Act established a series of challenging but critically important milestones toward achieving a secure air travel system. Included among those milestones was a Congressionally-mandated deadline that TSA hire and deploy screeners at all United States airports not later than one year after the date of enactment. ATSA, Pub. L. No. 107-71, Title I, § 110(c), 115 Stat. 597, 616 (codified at 49 U.S.C. § 44901 note).

5. In order to meet this requirement, TSA awarded a contract to NCS Pearson, a Minneapolis-based human resources firm. Through this contract, NCS Pearson was responsible for the recruitment and assessment of Transportation Security Screeners (“Screeners”), Lead Transportation Security Screeners (“Leads”), and Supervisory Transportation Screeners (“Supervisors”) for TSA.

6. During the spring of 2002, TSA OHC became aware that there were inconsistencies in the starting salaries that were being offered to new hires. In response, Jan Karicher, HR Policy Analyst, wrote the Interim HR Guidance on Salary Determinations for Transportation Security Screeners, SV-0019-Pay Band (“Guidance”). See Att. A. The Guidance was issued on April 26, 2002, as were similar documents for Supervisors and Leads.

7. The Guidance provided that, unless an exception for specialized experience applied, new appointments were to be made at the minimum rate for the pay band established for the job

category. Screeners were paid at the D pay band. The base salary (minimum rate) for the D band in 2002 was $23,600. A locality adjustment, which was calculated separately for various cities and other locations around the country, was added to the base salary to equal each employee's total salary.

8. Under the Guidance, appointments can be made at a rate above the minimum rate of the D band if an applicant has current or recent (defined as within one year) specialized experience that demonstrates that they possess the skills and abilities to successfully perform the duties of the position. Specialized experience must be in or related to the work of the position to be filled. The rationale for this exception is that applicants with specialized experience will likely achieve a satisfactory or higher level of performance more often, more quickly, and with less cost than an applicant without specialized work experience. The ability to offer a higher-than-minimum starting salary to more highly qualified individuals also enhances TSA's ability to attract and retain those with the highest qualifications to perform important security functions with reduced costs associated with training and other performance start up costs. In addition, the one-year requirement addresses the rapidly-changing nature, processes and equipment of security screening and the threats that screening was intended to counter. Thus, more recent specialized experience can be of greater value to TSA's mission.

10. Responsibility for applying the Guidance fell to the HR Representative who determined the applicant's initial salary.

The HR Representative was supposed to review the information and experience indicated on the applicant's job application. If the application indicated that the applicant had specialized recent experience that would justify the offer of a higher-than-minimum starting salary, the HR Representative was supposed to interview the applicant to determine that the experience was directly related to the work required of the position. If the experience met the criteria of the Guidance, the HR Representative was supposed to review the pay documents of the applicant to determine the applicant's current salary, and make an offer at a level where the base salary plus the locality adjustment matched the applicant's current salary. The rationale for this method of salary offer determinations was that, in order to attract and retain qualified supervisory personnel, salary offers must be close or equal to the salaries the applicants were currently making. Salary offers at this level were meant to provide an incentive for the applicant to accept the job offer.

11. The sex of the applicant was not a factor to be considered by HR Representatives when they made salary determinations.

12. Under contract to TSA, NCS Pearson HR Representatives made screener salary determinations during 2002. Nationwide, over 2.2 million applications for employment were received. Qualified candidates were identified using computer-based tests, a structured interview, physical tests, medical tests, and information gleaned from background checks. Only those applicants who passed all parts of the application process were given job offers. It was at the time of the job offer that the

NCS Pearson HR Representative evaluated the applicant’s prior work experience to see if it met the criteria for making a salary determination above the minimum rate for the applicable pay band.

13. In approximately 10 months, NCS Pearson evaluated, assessed, approved, made salary determinations, made job offers, and coordinated orientation of over 60,000 Screeners, Leads, and Supervisors. The speed necessary to accomplish this gargantuan task by the Congressionally-mandated deadline inevitably led to some deviation from established policies and procedures.

14. According to TSA’s records, 1039 Screeners were hired at Seattle-Tacoma International Airport (“SeaTac”) in 2002. Of these 1039, 340 were women and 699 were men. Of the 340 women, 20 (5.88%) were hired at salaries that exceeded the minimum rate. Of the 699 men, 50 (7.15%) were hired at salaries that exceeded the minimum rate.

15. These numbers suggest an overall adherence to the salary guidelines. The vast majority of applicants, men and women, were hired at the minimum of the salary range. Further, the percentages of men and women receiving above the minimum salary offers differ by only 1.27%; an amount that is statistically insignificant.

16. Beyond these issues, this marginal differential must be viewed in light of the nature of the hiring process in general. Small deviations and somewhat inconsistent results are a normal

part of the process given that hiring is more art than science. Even though relevant criteria can be set forth that are clear to understand, there is no scientific process that enables exactly equivalent determinations when comparing one candidate's experience against another's. In fact, applicants often are not directly compared to one another. Instead, each applicant is compared to the standard. Given the wide variation in the details of any given candidate's work experience, it is impossible to make exactly the same determinations in every case. The evaluator must use his or her judgment to assess the variables in each candidate's experience and attempt to make fair judgments as to which specific qualification experiences will or will not qualify a candidate for the job under consideration. One method typically used to overcome this problem is to use a group of evaluators to evaluate groups of candidates. In TSA's case during start up, due to the virtually impossible deadlines faced, group evaluations were generally not used since they required significantly more time than the 'individual' approach.

17. I have examined Ms. Moorehead's job application and selected portions of the job applications of the 22 male Screeners at SeaTac that Ms. Moorehead has identified as her comparators. I have evaluated their prior experience to determine if each applicant qualified for a higher than minimum offer of starting salary increase. Following is a summary of each applicant's experience:

a) ID 4

ID 4 applied for Lead but indicated a willingness to be hired as a Screener. Att. B at 1 (001008). The HR representative who analyzed ID 4's work experience noted his 28 years of service with the Coast Guard, 16 years of management or supervisory experience, work in Special Operations, education, and his salary history exceeding $40,000. Att. B at 2 (001009). ID 4's experience in Special Operations included wand and walk-through security in Governor's Island, NY. Att. B at 1 (001008).

b) ID 41

ID 41 was interviewed for Supervisor. Att. B at 3 (001027). The HR representative noted ID 41's 25 years of service with the National Guard, which included 19 years as a manager, and his bomb check training with luggage and cargo. Att. B at 4 (001045).

c) ID 106

The HR representative noted ID 106's nine months of experience as a screener, Att. B. at 5 (002108), and six-and-a-half years of military experience. Att. B. at 6 (002385). His application further indicates that he held certifications in x-ray equipment, Explosive Detection System ("EDS") equipment, Explosive Trace Detection ("ETD") equipment, hand-held metal

detector, and walk-through metal detector. Att. B. at 7 (002107).

d) ID 166

The HR Representative noted ID 166's work experience as a lead valet, a school security administrator and a school office manager. Att. B at 8 (001117). The HR Representative also noted the candidate's teaching experience, salary, and MS degree in Teaching. Id.

e) ID 263

ID 263 applied for Supervisor. The HR Representative noted his 18 years of law enforcement experience, including bomb school; six months of active duty and seven years of reserve duty in the military, and one year of experience as a screener. Att. B at 9 (001227). ID 263's application includes a letter of recommendation from his former employer confirming that he was certified using a hand-held metal detector, conducting pat-down searches on individuals and physical searches on bags. Att. B at 10 (001232).

f) ID 281

The HR Representative noted ID 281's bachelor's degree in Business, two months of work as a screener, and 20 years of service with an insurance company, including several years of management experience. Att. B at 11 (001288).

g) ID 368

ID 368 interviewed for Supervisor. Att. B at 12 (001386). He had 10 months of experience as an airport screener, including 3 months as a Supervisor. Att. B at 13 (001365). Also, he had six years of military experience, supervisory experience including two years of leadership development, security experience both as an airport screener and as a patrol guard, and experience with a "management transportation team." Id. His work experience interview form indicates that he had experience operating various types of equipment (wanding and ETD), and that he held certifications in ETD and bag checking. Att. B at 12 (001386).

h) ID 376

ID 376 had experience as a high school security guard, a retail security officer and a corrections officer. His most recent salary was $38,230. Att. B at 14-15 (002410- 002411).

i) ID 383

ID 383 was interviewed for Supervisor. Att. B at 16 (001410). The HR Representative noted ID 383's extensive experience in the airport industry, 13 years of experience in air cargo and as an airport ticket counter agent, 20 years of service in the Air Force, his MBA, and his current employment as a cargo agent. Att. B at 17 (001411).

j) ID 410

ID 410 applied for Lead. Att. B at 19 (001423). The HR Representative noted his experience of eleven months as a screener, two years in the military service, four years of management experience, and salary of $29,120. Att. B at 18 (001425). ID 410 also possessed many relevant certifications (checkpoint, ETD, ION scan) and experience with CTX and ETD. Att. B at 19 (001423).

k) ID 446

ID 446 worked for Boeing for 21 years as a supply chain analyst. Att. B at 20 (001453). He also had six months of experience in the Navy, owned a small business for three years, and managed a restaurant. Id. ID 446 also worked for 3 years as a police officer. Att. B at 21 (001452). ID 446’s most recent salary was $46,600, well above the minimum rate for Screeners. Att. B at 20 (001453).

l) ID 451

ID 451 interviewed for Supervisor. Att. B at 22 (001485). The HR Representative noted ID 451’s five months of experience as a screener at SeaTac, and his 20 years of active duty and 6 years of reserve duty for the U.S. Marine Corps, as well as 12 years of management experience. Att. B at 23-24 (001468-001469).

m) ID 492

The HR Representative noted ID 492’s degrees in Chemistry and Chemical Engineering, his work as a security guard, Att. B at 25 (002446), and his most recent salary of $53,056, which was well above the minimum rate for Screeners, Att. B at 26 (002444).

n) ID 501

ID 501 was interviewed for Lead. Att. B at 27 (003323). The HR Representative noted ID 501’s seven months of experience as a screener, his management experience, and his education (BA in Psychology). Att. B at 28 (003324). ID 501’s Work Experience Interview Form indicates that he had relevant certifications in ETD MEG operator, and bag searches. Att. B at 27 (003323).

o) ID 505

ID 505 was interviewed for Supervisor, Att. B at 29 (001520), and for Lead, Att. B at 30 (001533). The HR Representative noted his current experience as a screener and his three years of service with the Navy. Att. B at 31 (001535). His Work Experience Interview Form indicates that he had ETD certification and experience with wands and pat-downs. Att. B at 30 (001533).

p) ID 571

ID 571 was interviewed for Supervisor. Att. B at 32 (001545). The HR Representative noted his eight months of experience as a supervisory screener, three months of experience as a screener, and five months of experience operating a CTX machine. ID 571 was also certified in ETD for bulk, hand-held wand, walk-through metal detector, x-ray, and bag check, and was also trained for nine months on check point screening. Att. B at 33 (001560).

q) ID 621

ID 621 was working as a screener at the time that he applied for a job with TSA. Att. B at 34 (001692). The HR Representative noted ID 621's experience as a screener at SeaTac, including his experience with ETD and x-ray. Att. B at 35 (001693). Also noted were his twenty-one years of supervisory experience and his advanced degrees in Economics. Id.

r) ID 655

ID 655 had ten months of experience as a screener, with relevant equipment experience and certification in ETD use. Att. B at 36 (001752).

s) ID 806

The HR Representative noted ID 806’s seven months of experience as a screener, twelve years with the Fire Department, and several years of management experience. Att. B at 37-38 (002556–002557). His Work Experience Interview Form indicates that he held various relevant certifications. Att. B at 37 (002556). ID 806 also had approximately six months of miscellaneous security experience. Att. B at 38 (002557).

t) ID 953

The HR Representative noted ID 953’s six months of experience as a screener, as well as several equipment certifications. Att. B at 39-41 (001952-001953, 001970).

u) ID 975

ID 975 passed all of the assessments for consideration for an appointment as Supervisor. Att. B at 42 (002007). His file does not contain a Decision Tool, but his Work Experience Interview Form notes his four months of service as a screener, experience operating relevant equipment such as x-ray, hand wand, EDS, and ETD, and relevant certifications in those screening methods, as well as two years of supervisory experience. Att. B at 43 (002010).

v) ID 1023

ID 1023 interviewed for Supervisor. Att. B at 44 (002069). The HR Representative noted his work experience for Olympic Security at the Tacoma Courthouse, previous service in the Navy as an aviation electronics technician and in-flight technician with a Top Secret clearance, security experience guarding aircraft, an associate's degree, and management experience. Att. B at 45-47 (002078, 002080-002081).

18. It is clear from my review of the male comparators' applications that NCS Pearson had a consistent set of job evaluation criteria that they applied to determine a candidate's qualification for a higher than minimum starting salary. Those criteria included i) screening or other similar security work experience; ii) law enforcement experience, including police, firefighting and correctional officer experience; iii) military experience; iv) management experience (not limited to security, law enforcement or military); v) degrees, perhaps limited to the Bachelor's level or higher, without regard to the field of study. Within the screening experience factor, the number and types of equipment certifications and the number of those pieces of equipment on which a candidate had training and/or actual work experience were considered. The candidate's current or recent salary was considered if it was higher than the minimum screener salary. Finally, NCS Pearson took into account whether a candidate had qualified for the higher-paid positions of Lead or Supervisor.

19. I have also reviewed Ms. Moorehead's application file and the application files for the female Screeners who received higher-than-minimum starting salary offers. Ms. Moorehead's file does not contain a Decision Tool. Her Work Experience Interview Form indicates that she had four months of experience as a screener and was certified in the use of a hand-held wand. No other factors are indicated such as law enforcement or military service, a degree, managerial experience, or a higher salary. It appears that the absence of these additional factors, and presumably information gleaned from the interview, were the reasons that the HR Representative did not extend an offer of a higher than minimum salary to Ms. Moorehead.

20. The better-paid women's application files reflect a consistent application of the same factors used by NCS Pearson to set salaries for the male comparators.

I declare under penalty of perjury that the information contained in the above pages is true and correct. See 28 U.S.C. § 1746.

Date: January 17, 2007

PAUL H. SHELDON
Policy Analyst
Transportation Security Administration

# Attachment A

**US DEPARTMET OF TRANSPORTATION**
**TRANSPORTATION SECURITY ADMINISTRATION**

**INTERIM HUMAN RESOURCE MANAGEMENT GUIDANCE**

---

**DATE: April 26, 2002**

**SUBJECT: Interim HR Guidance on Salary Determinations for Transportation Security Screeners, SV-0019-Pay Band**

1. **General**

Transportation Security Screeners protect air travelers and commercial aviation by identifying dangerous or deadly objects in baggage or cargo and preventing those objects from being transported onto aircraft. They may use various types of electronic detection and imaging machines for this purpose, for example, they may use X-ray machines, trace detection machines, walk-through metal detectors, and hand-held metal detectors. They may also perform physical searches of baggage or cargo and pat-down searches of airline passengers. Screeners facilitate the orderly flow of passengers through screening checkpoints, communicate and advise supervisors on security weaknesses or vulnerabilities related to their areas of work, and assist in inquiries/investigations of security issues related to airports

The minimum salary offer for an Transportation Security Screener is the minimum rate of Pay Band D, currently $23,600. In addition, Transportation Security Screeners will receive the locality pay or Cost of Living Allowance (COLA) for the geographic area of the permanent duty station airport.

2. **Creditable Experience Requirements and Salary Determinations for Offers Above the Minimum**

Except as provided below, new appointments will be made at the minimum rate of Pay Band D, currently $23,600.

Appointments may be made at a rate above the minimum rate of Pay Band D when applicants have specialized experience that demonstrates that they possess the skills and abilities to successfully perform the duties of the position. Specialized experience must be in or related to the work of the position to be filled.

a) Criteria for experience determinations:

   i. Specialized experience must be directly related to the work of passenger and baggage screening functions.

   ii. Experience must be current or within the last year.

b) Procedures:

   i. Interview the applicant to determine that the experience is directly related to the work required of the Transportation Security Screener position and involves applying technical knowledge and managerial experience of screening functions. Examples of work that include screener functions are operating x-ray equipment, trace detection, physical searches, computer-aided tomography, aviation checkpoint, calibration and

maintenance on security equipment, and inspections. (Creditable work experience can be found in various occupations like airline security, airline ground security (GSC), and law enforcement positions.)

ii. Document the applicant's experience on the attached decision tool.

iii. Review pay documents provided by the applicant to determine current base salary. For an unemployed applicant with a firm offer of a higher paying position, review the offer document committing to the higher paying employment, and document the salary on the attached decision tool.

**3. Salary Offer Determinations:**

a) The appropriate representative from NCS Pearson and the Contract Officer Technical Representative (COTR) must sign all salary offers. A TSA Management Official must approve all salary offers above the midpoint of the Pay Band. (In most cases, a TSA Management Official will be on-site.)

b) If an applicant does not meet the creditable specialized experience criteria, the salary offer must be at the minimum pay rate for the pay band, plus locality pay or COLA for the geographic area of the permanent duty station airport.

c) If an applicant meets the creditable experience criteria **and** the current base salary, or written offer of a position with a higher base salary, is below or at the midpoint, then pay will be established to match the applicant's current or offered base salary.

c) If an applicant meets the creditable experience criteria and current base salary, or written offer of a position with a higher base salary, is above the midpoint, then, with the approval of a TSA Management Official, pay will be established to match the applicants base or offered salary.

---

**Filing Instructions:** File with HRM 531 Letters and Bulletins
**Distribution:** TSA affiliated HR Offices, NCS Pearson
**POC:** TSAHR/Jan Karicher/(202) 493-1202

Attachment

# DECISION TOOL
FOR
CREDITABLE EXPERIENCE AND SALARY OFFER
TRANSPORTATION SECURITY SCREENER

Identify applicants additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY Current or most recent |
|---|---|---|---|
| | | | |

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

SALARY OFFER: $____________ LOCALITY PAY ADJUSTMENT: $________

TOTAL SALARY OFFER $__________

HUMAN RESOURCE REPRESENTATIVE________________ TSA REPRESENTATIVE ________________

# Attachment B

# TRANSPORTATION SECURITY ADMINISTRATION
# TRANSPORTATION SECURITY SCREENER/SUPERVISOR
# WORK EXPERIENCE INTERVIEW FORM

First Name: [redacted]

Last Name: [redacted]

Date: 9/3/2002

SSN: [redacted]

Candidate ID No: 3556332

Circle One Rating:

1 No relevant experience or relevant interests/Not suitable
2 Fair
3 Satisfactory experience and interest/Suitable
4 Good
5 Extremely relevant experience and interest/Very Suitable

LEAD TRANSPORTATION SECURITY SCREENER

Why are you interested in working for TSA as a Security Screener/Supervisor?

I want a job; have retired from Coast Guard as warrant officer. Willing to start at Screener level with hopes to advance + confident that I can.

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

Security exp. in Coast Guard 28 years.

What are/were your major responsibilities and duties with (x organization)?

Special ops. in SF, CA. in 90's. Internat'l ships requiring 24/7 security - Held "Officer of The Day" - (Supv.) for these shifts.

What are/were your reasons for leaving your current/previous employer?

Retired early in 2001.

What relevant equipment do/did you operate?

Wand + Walk through security in Governor's Island, NY. Coast Guard operated. Spec. Ops.

What relevant certifications do you have (e.g., EDS, ETD)?

none

AB/BA - none

95 ~~1995~~ Hazardous Material Training + Shipment Oklahoma City TSI.

1990's. Bomb Threat Coordinator in SF.

001009

**DECISION TOOL**
**FOR**
**CREDITABLE EXPERIENCE AND SALARY OFFER**

**TRANSPORTATION SECURITY SCREENER**

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | ~40K |

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| * Coast Guard 28.5 yrs 1972-2001 | Yes |
| * Special Operations <NYC SFO> International | Yes |
| * Education → Over 120 credits | Yes |
| * Current pay >40K @ Coast Guard | Yes |
| * Mgmt/Supervisory → 1982 - 1998 = 16 yrs | Yes |
| | |
| | |
| | |

SALARY OFFER: $ 28,000.

LOCALITY PAY ADJUSTMENT: $ 3295.60

TOTAL SALARY OFFER: $ 31295.60

HUMAN RESOURCES REPRESENTATIVE: Amy Green

TSA REPRESENTATIVE: [signature]

Supervisory Transportation Security Screener
Structured Interview

# Interview - Form A

Applicant Name: [redacted]

Applicant ID#: 3616346

Applicant SSN: [redacted]

Date: 9/6/02

Location: SEA

Interviewer Name: [signature]

**Introduction** *(read slowly and put applicant at ease):*

**Good morning/afternoon** *(name)*. **My name is** *(interviewer's name).*

**I am going to be asking you six questions. Please take a few moments to think about your answer. This interview should take about 20 minutes.**

**For some questions, I will ask you to describe your own work-related experience.**

**For other questions, you will play the role of a Security Screener by describing how you would deal with a passenger.**

**I can repeat a question if you need to hear it again.**

**Are you ready to begin?**

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | Unemployed |

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| 1) 25 years - National Guard (Master Sargeant) | Yes |
| - 19 as a manager & Sr. manager | Yes |
| - up to 50 people | |
| - Bomb check training of luggage & cargo | Yes |
| * - All training took place at McCord | Yes. |
| airport * | |
| | |
| | |

LOCALITY PAY ADJUSTMENT: $ 3236.75

SALARY OFFER: $ 27,500.

TOTAL SALARY OFFER: $ 30,736.75

HUMAN RESOURCES REPRESENTATIVE: [signature] TSA REPRESENTATIVE: [signature]

[redacted]

**Other Qualifications Cont.**

7) **Describe your highest level of training or education with physical searches of property.**
I have a certification

8) **Describe your highest level of training or education with pat-down searches of individuals.**
I have a certification

9) **Describe your highest level of training or education with computer-aided tomography (CAT) equipment.**
I have on-the-job training

10) **Describe your highest level of training or education with explosive ordinance disposal.**
I have no education or training

11) **Describe your highest level of training or education with the aviation checkpoint security/screener-in-charge position.**
I have a certification

12) **Describe your highest level of training or education with the aviation ground security coordinator position.**
I have on-the-job training

**14 Citizenship**

1) **I am a citizen of the United States.** Yes

**15 Veterans' Preference**

5-Point Preference (TP)

**16 Federal Civilian Employee Status**

1) **I am currently a permanent civilian employee, or I have been a permanent civilian employee of a Federal agency.**
No

2) **I am currently a temporary civilian employee of a Federal agency.**
No

**17 Are you eligible for reinstatement based on career-conditional Federal Status?**

**18 Certification**

**I certify that, to the best of my knowledge and belief, ALL of the information provided on this application is true, accurate, and complete and that this application for employment with the Transportation Security Administration is made in good faith.**

Yes

**19 Additional Information**

1) **I am registered with the Selective Service System, or I have a valid exemption from registration.** Yes
2) **I am able to read, write, and speak the English language.** Yes
3) **I am available for full-time employment (40 hours per week).** Yes
4) **I am available for part-time employment.** No
5) **I am available for temporary emplyment.** Yes
6) **I am able to work irregular hours and/or shifts.** Yes
7) **I am able to read, write, and speak a foreign language.** No

**20 Airport Employment Status**

**Are you currently employed at an airport?**
Yes, I am currently employed at an airport

002385

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| | | | #/4⁰⁰ PER. HR. |
| [redacted] | | | |
| WORK EXPERIENCE | | | SPECIALIZED EXPERIENCE YES OR NO |
| EXPERIENCE: NINE MOS. PLUS SCREENER (ACTING AS SUPV) | | | |
| | | | |
| | | | |
| MILITARY : SIX AND A HALF YEARS | | | |
| | | | |
| EDUCATION: High School | | | |
| | | | |
| | | | |

SALARY OFFER: $ 25,500⁻ LOCALITY PAY ADJUSTMENT: $ 3,001.35

TOTAL SALARY OFFER: $ 28501.35

HUMAN RESOURCES REPRESENTATIVE: Kenneth P. Kelley TSA REPRESENTATIVE: [signature]

[redacted]

**8 Work Experience Cont.**

**14) Do you have experience performing physical inspections of property such as bags, briefcases, cargo, etc.?**
I currently perform the duties and have less than 3 years of experience

**15) Do you have experience performing physical inspections of property such as vehicles, buildings, etc.?**
I have never performed these duties

**16) Do you have experience performing pat-down searches of individuals?**
I currently perform the duties and have less than 3 years of experience

**17) Do you have experience managing security incidents as they occurred (e.g., attempted security breaches, interference with screening personnel, or actual security threat incidents)?**
I currently perform the duties and have less than 3 years of experience

**18) Do you have experience responding to security emergencies, such as bomb threats, according to established policies or procedures?**
I currently perform the duties and have less than 3 years of experience

**19) Do you have experience performing in a supervisory role evaluating or directing other workers?**

**20) Which answer best describes your experience in security work or avaiation screener work, or with X-ray technician work?**

I have one year or more of cumulative experience in one job

**9 May We Contact Your Current Supervisor?**

**10 Education** **Note: Questions 1 through 6 were only asked of individuals applying for General and Supervisor Screener

| | |
|---|---|
| **1) I am a high school graduate.** | Yes |
| **2) I have a G.E.D. or High School Equivalency.** | No |
| **3) I have an Associate's degree.** | No |
| **4) I have a Bachelor's degree.** | No |
| **5) I have a Master's degree.** | No |
| **6) I have a Doctorate.** | No |

**7) What is the highest level of education you have completed?**

**11 Last High School or GED School**

**12 Colleges and Universities Attended**

**13 Other Qualifications**

**1) Describe your highest level of aviation screener training.**
I have a certification

**2) Describe your highest level of training or education with X-ray equipment.**
I have a certification

**3) Describe your highest level of training or education with explosive detection system (EDS) equipment.**
I have a certification

**4) Describe your highest level of training or education with explosive trace detection (ETD) devices.**
I have a certification

**5) Describe your highest level of training or education with a hand held metal detector.**
I have a certification

**6) Describe your highest level of training or education with walk through metal detector/magnetometer equipment.**
I have a certification

001117

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | $28,000 |
| [redacted] | | | |

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| 1.) Management: (A) Lead Valet, managed crew of 15 for 6 months | Yes |
| (B) School Office Manager for 1 year, staff of 3-4 | NO |
| 2.) Police or Military Experience: No | |
| 3.) Experience: (A) School security Administrator (no WAND or pat-down) | |
| 4) Salary: (A) Teacher - estimated at $28,000 (B) Office Manager $13.50 per hr. | |
| 5.) Education: MS degree in Teaching | |
| | |
| | |

LOCALITY PAY ADJUSTMENT: $ 3060.20

SALARY OFFER: $ 26,000

TOTAL SALARY OFFER: $ 29,060.20

HUMAN RESOURCES REPRESENTATIVE: [signature] TSA REPRESENTATIVE: [signature]

001227

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | 24,960.00 |
| [redacted] | | | |
| WORK EXPERIENCE | | | SPECIALIZED EXPERIENCE YES OR NO |
| LAW ENFORCEMENT (BOMB SCHOOL - ARREST - SEARCH - SEIZURE) | | | 18 YRS |
| MILITARY (6 MOS. ACTIVE 7 YR. RESERVE) | | | 6 MOS ACTIVE 7 YR RESERVE |
| EXPERIENCE (1 year) SCREENER | | | 1 YR |
| ED | | | 2 YRS JR. COLLEGE + SEATTLE POLICE ACADEMY 6 MOS |
| Salary | | | $12.00 |
| | | | |
| | | | |
| | | | |

SALARY OFFER: $ 27,750

LOCALITY PAY ADJUSTMENT: $ 3266.18

TOTAL SALARY OFFER: $ 31016.18

HUMAN RESOURCES REPRESENTATIVE: ____________

TSA REPRESENTATIVE: ____________

To Whom It May Concern:

This reference letter is provided at the request o[redacted] It is my understanding that [redacted] has applied for a position with your organization. The information contained in this letter is confidential and should be treated as such. It should not be disclosed to anyone within your organization who would not be involved in the hiring decision regarding this individual. Moreover, it should not be disclosed to anyone outside of your organization without the written consent of [redacted]

Our company has employed [redacted] until October 7, 2002 (Please contact the ICTS main office at 206-870-1596 for verification and date of hire) [redacted] currently holds the position of Gate Screener at $12 an hour. In this position, he has the responsibility of working with a team of individuals providing the last line of screening for checkpoint security. He is certified using a hand held metal detector, conducting pat down searches on individuals and physical searches on bags. Although I am [redacted] supervisor, little supervision was needed. His attendance record is flawless to include no sick days and no tardiness. [redacted]'s sense of customer service, initiative, and dedication to his job make him a strong asset to our company.

If you would like to discuss this further, please feel free to contact me.

Sincerely,

Brent Nowobilski

ICTS Duty Manager

(206) 730-0677

001232

001288

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | 13,000 |
| WORK EXPERIENCE | | | SPECIALIZED EXPERIENCE YES OR NO |
| Military | | | No |
| Education B.A. Business | | | Yes |
| Experience (2 mo. Security Screener) | | | Yes |
| Management (20 years) Insurance Company | | | Yes |
| | | | |
| | | | |
| | | | |
| | | | |

SALARY OFFER: $ 25,000

LOCALITY PAY ADJUSTMENT: $ 3001.35

TOTAL SALARY OFFER: $ 28,501.35

HUMAN RESOURCES REPRESENTATIVE: [signature] TSA REPRESENTATIVE: ____________

# TRANSPORTATION SECURITY ADMINISTRATION
## TRANSPORTATION SECURITY SCREENER/SUPERVISOR
## WORK EXPERIENCE INTERVIEW FORM

| | |
|---|---|
| First Name: [redacted]<br>Last Name: [redacted]<br>Date:<br>SSN: [redacted]<br>Candidate ID No: 1813872 | Circle One Rating:<br>1 No relevant experience or relevant interests/Not suitable<br>2 Fair<br>3 Satisfactory experience and interest/Suitable<br>4 - Good<br>5 Extremely relevant experience and interest/Very Suitable<br>SUPERVISORY TRANSPORTATION SECURITY |

Why are you interested in working for TSA as a Security Screener/Lead/Supervisor?

Current screener - always gave opportunity to improve things to supervisor - wants to serve this country

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

Pre board screener - dispatch supervisor for gate screeners (13 people) -

What are/were your major responsibilities and duties with (x organization)?

Pre board screener

What are/were your reasons for leaving your current/previous employer?

Currently employed ICTS

What relevant equipment do/did you operate?

Wanding Pat down
ETD Baggage screening

What relevant certifications do you have (e.g., EDS, ETD)?

ETD - Xray - Bag Checking - certification

*Relevant Interviewer Notes/Comments:*

001386

001365

**DECISION TOOL**
**FOR**
**CREDITABLE EXPERIENCE AND SALARY OFFER**

**TRANSPORTATION SECURITY SCREENER**

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | $12.00 |

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| Military US Army 6 yrs. E-5 = 1.9 yrs | Yes |
| Supervisor Had 4 people under 2 yrs - Leadership Development | |
| Education High School Diploma, | No |
| | |
| Security S-2 issue Secret badges, Patrol, Guard | |
| Airport Screener 10 mos. Supervisor 3 mos. | Yes |
| Management Transportation Team Leader | |
| Combat Engr. Team Leader | Yes |

SALARY OFFER: $ 26,600. LOCALITY PAY ADJUSTMENT: $ 3,130.82

TOTAL SALARY OFFER: $ 29,730.82

HUMAN RESOURCES REPRESENTATIVE: Robert [signature] TSA REPRESENTATIVE: [signature]

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| | | | 18.38 = $38,230 – |

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| 1.) Security work Experience: 1992-1997 Part-time Retail Security Officer | |
| 2.) Education: AA Drafting | |
| 3.) Law Enforcement: 8 month in 1991 Corrections Officer, left because | |
| he had to commute 60 miles (one way) each day | |
| 4) Base Salary: $38,230 | |
| 5) Supervision: none | |
| | |
| | |

SALARY OFFER: $ 25,000

LOCALITY PAY ADJUSTMENT: $ 2942.50

TOTAL SALARY OFFER: $ 27,942.50

HUMAN RESOURCES REPRESENTATIVE: [signature]

TSA REPRESENTATIVE: [signature]

# TRANSPORTATION SECURITY ADMINISTRATION
## TRANSPORTATION SECURITY SCREENER/SUPERVISOR
## WORK EXPERIENCE INTERVIEW FORM

Name: _______________

Date: 8/22/02 Airport: SEA

SSN: _______________

Candidate ID No: 3347525

STSS LTSS (TSS circled)

Circle One Rating:

1 No relevant experience or relevant interests/Not suitable
2 Fair
3 Satisfactory experience and interest/Suitable
4 Good (circled)
5 Extremely relevant experience and interest/Very Suitable

Why are you interested in working for TSA as a Security Screener/Supervisor?

Enjoy the work

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

Worked port of Seattle (Security & Guard)
Volunteer for Federal police dept.

1.5 yrs
High School

What are/were your major responsibilities and duties with (x organization)?

Transportation Designer.
Security Officer - Retail - 4yrs - 1992-1997
~~[illegible]~~ Guard Correction - 8 months - 1991

What are/were your reasons for leaving your current/previous employer?

$ 18.38 / Hr.

What relevant equipment do/did you operate?

Computers,

What relevant certifications do you have (e.g., EDS, ETD)?

NONE.

*Relevant Interviewer Notes/Comments:*

ID 383

TRANSPORTATION SECURITY ADMINISTRATION
TRANSPORTATION SECURITY SCREENER/SUPERVISOR
WORK EXPERIENCE INTERVIEW FORM

| | |
|---|---|
| ame: [redacted] | Circle One Rating: |
| ate: Seattle Airport: Seattle | 1 No relevant experience or relevant interests/Not suitable<br>2 Fair<br>(3) Satisfactory experience and interest/Suitable<br>4 Good<br>5 Extremely relevant experience and interest/Very Suitable |
| SN: [redacted] | |
| andidate ID No: 2314439 | |
| (STSS) LTSS TSS | |

Why are you interested in working for TSA as a Security Screener/Supervisor?

Has a great deal of experience in the airport industry.

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

13 years in air cargo industry and at ticket counters

What are/were your major responsibilities and duties with (x organization)?

air cargo agent - handling company.

What are/were your reasons for leaving your current/previous employer?

Better salary
current situation is frustrating, change

What relevant equipment do/did you operate?

None

What relevant certifications do you have (e.g., EDS, ETD)?

not known
some training in cargo + dangerous goods

001410

*Relevant Interviewer Notes/Comments:*

001411

**DECISION TOOL**
**FOR**
**CREDITABLE EXPERIENCE AND SALARY OFFER**

**TRANSPORTATION SECURITY SCREENER**

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | 26,894.40 12.93/4 |
| WORK EXPERIENCE | | | SPECIALIZED EXPERIENCE YES OR NO |
| * 13yrs in Air Cargo & Ticket Counter Agent @ Airport | | | YES. |
| * 20yrs Air Force | | | YES |
| * MBA - Business Administration 12/77 | | | YES |
| * Current Cargo Agent @ Aeroground | | | YES. |

LOCALITY PAY ADJUSTMENT: $ 3,472.15 11.77%

SALARY OFFER: $ 29,500.00

TOTAL SALARY OFFER: $ 32,972.15

HUMAN RESOURCES REPRESENTATIVE: ____________ TSA REPRESENTATIVE: by [signature]

001425

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | $29,120.00 ($14.00) |
| WORK EXPERIENCE Trained TSA on the Berenger Model A+B (2 mos.) | | | SPECIALIZED EXPERIENCE YES OR NO |
| Screener since Dec. 15, 2002 (11 mos) | | | 11 mos. |
| Ed. - H.S. | | | H.S. |
| Law Enforcement - N/A | | | N/A |
| Salary $29.120. | | | $29,120.00 ($14.00) |
| Military - Basic electronics - Submarine school, Damage Control (2 YRS) | | | 2 YRS |
| Mgt. - Good Year - Service - Mgr/Managed small team - Equip calibration | | | 4 YRS |
| 4 1/2 yrs mgt. experience with Goodyear | | | |
| | | | |

SALARY OFFER: $ 26,000

LOCALITY PAY ADJUSTMENT: $ 3060.20

TOTAL SALARY OFFER: $ 29060.2

HUMAN RESOURCES REPRESENTATIVE: [signature]

TSA REPRESENTATIVE: ____________

# TRANSPORTATION SECURITY ADMINISTRATION
# TRANSPORTATION SECURITY SCREENER/SUPERVISOR
# WORK EXPERIENCE INTERVIEW FORM

| | |
|---|---|
| First Name: [redacted] | Circle One Rating: |
| Last Name: [redacted] | 1 No relevant experience or relevant interests/Not suitable |
| Date: 10-2-02 | 2 Fair |
| SSN: [redacted] | 3 Satisfactory experience and interest/Suitable |
| | 4 Good |
| | (5) Extremely relevant experience and interest/Very Suitable |
| Candidate ID No: 3550425 | LEAD TRANSPORTATION SECURITY SCREENER |

Why are you interested in working for TSA as a Security Screener/Lead/Supervisor?

Opportunity, likes working with people. (i.e. passengers)

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

Screener (8 months)

What are/were your major responsibilities and duties with (x organization)?

Clearing alarms, bags & passengers. X-Ray operator on check point front May.

What are/were your reasons for leaving your current/previous employer?

Contract to TSA.

What relevant equipment do/did you operate?

CTX, ETD,

What relevant certifications do you have (e.g., EDS, ETD)?

Cert. Check point, Cert ETD, Cert ION Scan, Cert. Bearington A & B

Relevant Interviewer Notes/Comments:

001453

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | 46,600 |
| **WORK EXPERIENCE** | | | **SPECIALIZED EXPERIENCE YES OR NO** |
| – BOEING COMPANY – SUPPLY CHAIN ANALYST | | | |
| 21 YEARS | | | |
| – NAVY – 6.5 MONTHS – E2 – NATIONAL DEFENSE SVC MEDAL | | | |
| – 1986-1989 – SUPERVISORY EXPERIENCE OWNING | | | |
| A JANITORIAL COMPANY | | | |
| – MANAGER – SKIPPERS FISH N' SHIP RESTAURANT | | | |
| – DEGREE EDMONDS COMMUNITY COLLEGE – | | | |
| BUSINESS – 1985 | | | |

SALARY OFFER: $ 25,350

LOCALITY PAY ADJUSTMENT: $ 2,983.70

TOTAL SALARY OFFER: $ 28,333.70

HUMAN RESOURCES REPRESENTATIVE: [signature]

TSA REPRESENTATIVE: by: [signature]

# TRANSPORTATION SECURITY ADMINISTRATION
# TRANSPORTATION SECURITY SCREENER/SUPERVISOR
# WORK EXPERIENCE INTERVIEW FORM

Name: [redacted]

Date: 8/13/02 Airport: SEA

SSN: [redacted]

Candidate ID No: 2908723

STSS LTSS (TSS)

Circle One Rating:

1 No relevant experience or relevant interests/Not suitable
2 Fair
(3) Satisfactory experience and interest/Suitable
4 Good
5 Extremely relevant experience and interest/Very Suitable

Why are you interested in working for TSA as a Security Screener/Supervisor?

GREAT JOB AND LOOK FORWARD TO HELP PASSENGERS FLY SAFELY.

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

3 YEAR - POLICE OFFICER - MOREAKE TERRACE - (1970
BOEING CORP - 21 YEAR - SUPPLY CHAIN ANALYST.

What are/were your major responsibilities and duties with (x organization)?

PAT DOWN SEARCHES, ARREST, GAVE TICKETS. BUILDING SEARCHES, TOOK PEOPLE TO JAIL. WORKING WITH CUSTOMERS.

What are/were your reasons for leaving your current/previous employer?

UNEMPLOYED.

What relevant equipment do/did you operate?

NONE

What relevant certifications do you have (e.g., EDS, ETD)?

NONE

*Relevant Interviewer Notes/Comments:*

001452

Supervisory Transportation Security Screener
Structured Interview

# Interview - Form B

Applicant Name: [redacted]

Applicant ID#: 181252

Applicant SSN: [redacted]

Date: 10/08/02

Location: Seattle, WA

Interviewer Name: Jim King

**Introduction** *(read slowly and put applicant at ease):*

**Good morning/afternoon** *(name)*. **My name is** *(interviewer's name)*.

**I am going to be asking you six questions. Please take a few moments to think about your answer. This interview should take about 20 minutes.**

**For some questions, I will ask you to describe your own work-related experience.**

**For other questions, you will play the role of a Security Screener by describing how you would deal with a passenger.**

**I can repeat a question if you need to hear it again.**

**Are you ready to begin?**

001485

TRANSPORTATION SECURITY ADMINISTRATION ID 451

TRANSPORTATION SECURITY SCREENER/SUPERVISOR

# WORK EXPERIENCE INTERVIEW FORM

Name: [redacted]

Date: 10/8/02

SSN: [redacted]

Candidate ID No: 181259

Circle One Rating:

1 No relevant experience or relevant interests/Not suitable
2 Fair
3 Satisfactory experience and interest/Suitable
4 Good
(5) Extremely relevant experience and interest/Very Suitable

Why are you interested in working for TSA as a Security Screener/Supervisor?

- Federal Government
- Lot of Knowledge, Experience, Expertise
- Retired Military - Retired Marine -

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

MAINT Chief Fight attack Squadron
In Charge of 217 Marines -

What are/were your major responsibilities and duties with (x organization)?

Operations Chief in Charge of 97 Marines - at the Nuclear Submarine Base

What are/were your reasons for leaving your current/previous employer?

Retired -

What relevant equipment do/did you operate?

HAND WAND, Bomb Detection

What relevant certifications do you have (e.g., EDS, ETD)?

No
Military Certified

*Relevant Interviewer Notes/Comments:*

001469

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | 24,960 (12 hr) |
| [redacted] | | | |
| WORK EXPERIENCE | | | SPECIALIZED EXPERIENCE YES OR NO |
| SECURITY – TSS @ SEA/TAC since 5/2002 | | | Y |
| | | | |
| MILT/LE - 20 YR A.D. + 6 USMCR E-8 | | | N |
| | | | |
| MGMNT - E-6 since '89 (12 YR's) | | | N |
| | | | |
| EDUC: AA in Gn Studies | | | N |
| | | | |

SALARY OFFER: $ 27,750.00 LOCALITY PAY ADJUSTMENT: $ 3266.18

TOTAL SALARY OFFER: $ 31,016.18

HUMAN RESOURCES REPRESENTATIVE: [signature] TSA REPRESENTATIVE: b: [signature]

# TRANSPORTATION SECURITY ADMINISTRATION
## TRANSPORTATION SECURITY SCREENER/SUPERVISOR
## WORK EXPERIENCE INTERVIEW FORM

Name:

Date: 8/22/02 Airport: SEA

SSN:

Candidate ID No: 1969364

STSS LTSS TSS (circled)

Circle One Rating:

1 No relevant experience or relevant interests/Not suitable
2 Fair
3 Satisfactory experience and interest/Suitable (circled)
4 Good
5 Extremely relevant experience and interest/Very Suitable

Why are you interested in working for TSA as a Security Screener/Supervisor?

sounded like good job and I am unemployed.

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

- 81-83 - security guard at chemical plant.

What are/were your major responsibilities and duties with (x organization)?

- wing mechanic at Boeing - Factory work.
- 25 jobs done on each wing.

What are/were your reasons for leaving your current/previous employer?

laid off.

What relevant equipment do/did you operate?

- none.

What relevant certifications do you have (e.g., EDS, ETD)?

None

*Relevant Interviewer Notes/Comments:*

002446

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| | | | 53,056.10 |
| [redacted] | | | |

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| * 2 ~~B~~ Degrees BA Chemistry BS Chemical Engineering | YES |
| BA - William Jewell College 1977 | |
| BS - Kansas University 1983 | |
| * Security GUARD @ Chemical Plant 1981 | NO |
| * NO Current Security Experience | NO |
| | |
| | |
| | |

SALARY OFFER: $ 26,600

LOCALITY PAY ADJUSTMENT: $ 11.77% $3130.82

TOTAL SALARY OFFER: $ 29,730.82

HUMAN RESOURCES REPRESENTATIVE: [illegible]

TSA REPRESENTATIVE: bs [illegible]



002444

TRANSPORTATION SECURITY ADMINISTRATION
TRANSPORTATION SECURITY SCREENER/SUPERVISOR
WORK EXPERIENCE INTERVIEW FORM

First Name:

Last Name:

Date: 09/14/02

SSN:

Candidate ID No: 1899105

Circle One Rating:

1 No relevant experience or relevant interests/Not suitable
2 Fair
3 Satisfactory experience and interest/Suitable
(4) Good
5 Extremely relevant experience and interest/Very Suitable

LEAD TRANSPORTATION SECURITY SCREENER

Why are you interested in working for TSA as a Security Screener/Lead/Supervisor?

— federal job that's security — career opportunity
— Benefits — like to work w/
— challenge. people of all origins.

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

— approx 7 months as a security screener.

What are/were your major responsibilities and duties with (x organization)?

Huntleigh Corp.- as a Security Screener — airport screener, hand wanding, pat-down searches, ETD (electronic testing/chemical, bag searches.

What are/were your reasons for leaving your current/previous employer?

— laid off 8/17/02

What relevant equipment do/did you operate?

— Hand held wands, X-machines, metal ~~det~~ detector, (ETD, ~~etc~~.

What relevant certifications do you have (e.g., EDS, ETD)?

ETD, MEG operator, Bag searches,

B.A. psychology.

*Relevant Interviewer Notes/Comments:*

003324

**DECISION TOOL**
**FOR**
**CREDITABLE EXPERIENCE AND SALARY OFFER**

**TRANSPORTATION SECURITY SCREENER**

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| | | | 24,000.00 |

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| Military (No) | No |
| Experience 7 months (Screener) | Yes |
| Management (Sole Proprietor, Inspector Boarding Homes | No |
| Education (BA Psychology) | Yes |
| | |
| | |
| | |
| | |

SALARY OFFER: $ 25,500. LOCALITY PAY ADJUSTMENT: $ 3001.35

TOTAL SALARY OFFER: $ 28,501.35

HUMAN RESOURCES REPRESENTATIVE: ______ TSA REPRESENTATIVE: by: ______

Supervisory Transportation Security Screener
Structured Interview

## Interview - Form C

Applicant Name: [redacted]

Applicant ID#: 1925572

Applicant SSN: [redacted]

Date: 10/1/02

Location: SEATTLE

Interviewer Name: Cedric C

**Introduction** *(read slowly and put applicant at ease):*

**Good morning/afternoon** *(name)*. **My name is** *(interviewer's name)*.

**I am going to be asking you six questions. Please take a few moments to think about your answer. This interview should take about 20 minutes.**

**For some questions, I will ask you to describe your own work-related experience.**

**For other questions, you will play the role of a Security Screener by describing how you would deal with a passenger.**

**I can repeat a question if you need to hear it again.**

**Are you ready to begin?**

# TRANSPORTATION SECURITY ADMINISTRATION
# TRANSPORTATION SECURITY SCREENER/SUPERVISOR
# WORK EXPERIENCE INTERVIEW FORM

First Name: [redacted]

Last Name: [redacted]

Date: 10/1/02

SSN: [redacted]

Candidate ID No: 1925572

Circle One Rating:

1 No relevant experience or relevant interests/Not suitable
2 Fair
3 Satisfactory experience and interest/Suitable (circled)
4 Good
5 Extremely relevant experience and interest/Very Suitable

LEAD TRANSPORTATION SECURITY SCREENER

Why are you interested in working for TSA as a Security Screener/Lead/Supervisor? (Lead circled)

- LOVE PEOPLE.
- LOVE PASSENGERS.

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

SECURITY (OLYMPIC)

What are/were your major responsibilities and duties with (x organization)?

SCREENER

What are/were your reasons for leaving your current/previous employer?

$13/HR.

What relevant equipment do/did you operate?

WANDS, PATDOWNS.

What relevant certifications do you have (e.g., EDS, ETD)?

ETD

*Relevant Interviewer Notes/Comments:*

001533

ID 505

001535

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | $13.00 per Hour |
| [redacted] | | | |
| WORK EXPERIENCE | | | SPECIALIZED EXPERIENCE YES OR NO |
| * Experience (related) 3 years 1 mo. US Navy Admin. | | | |
| WORKS AT AIRPORT AS A SCREENER | | | Yes |
| * Education: AA degree 6/90 9/86 - 6/90 | | | NO |
| | | | |
| mgt Exp None | | | NO |
| * military: US Navy 3.1 yrs | | | NO |
| | | | |
| | | | |

SALARY OFFER: $ 25,000 LOCALITY PAY ADJUSTMENT: $ 11.77%

TOTAL SALARY OFFER: $ $27,942.50

HUMAN RESOURCES REPRESENTATIVE: Robert F. Evans TSA REPRESENTATIVE: [signature]

Supervisory Transportation Security Screener
Structured Interview

# Interview - Form C

Applicant Name: [redacted]

Applicant ID#: 176075[?]

Applicant SSN: [redacted]

Date: 10/3/02

Location: SEATTLE

Interviewer Name: CEDRIC

**Introduction** *(read slowly and put applicant at ease):*

**Good morning/afternoon** *(name)*. **My name is** *(interviewer's name)*.

**I am going to be asking you six questions. Please take a few moments to think about your answer. This interview should take about 20 minutes.**

**For some questions, I will ask you to describe your own work-related experience.**

**For other questions, you will play the role of a Security Screener by describing how you would deal with a passenger.**

**I can repeat a question if you need to hear it again.**

**Are you ready to begin?**

001560

**DECISION TOOL**
**FOR**
**CREDITABLE EXPERIENCE AND SALARY OFFER**

**TRANSPORTATION SECURITY SCREENER**

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | $14.00 |
| [redacted] | | | |
| WORK EXPERIENCE | | | SPECIALIZED EXPERIENCE YES OR NO |
| Supervisor Screener (8 months) | | | y |
| Cert Screener (3 mos.) | | | y |
| Cert ETD for bulk | | | y |
| CTX (5 mos) | | | y |
| Cert Hand held wand, Walk thru metal detectors, X-Ray, bag check | | | y |
| Has trained on Check Point (9 mos) | | | y |
| | | | |
| | | | |

SALARY OFFER: $ 26,250.　　LOCALITY PAY ADJUSTMENT: $ 3,071.25

TOTAL SALARY OFFER: $ 29,321.25

HUMAN RESOURCES REPRESENTATIVE: [signature]　　TSA REPRESENTATIVE: ____________

# TRANSPORTATION SECURITY ADMINISTRATION
## TRANSPORTATION SECURITY SCREENER/SUPERVISOR
## WORK EXPERIENCE INTERVIEW FORM

First Name: [redacted]

Last Name: [redacted]

Date: 10/08/02

SSN: [redacted]

Candidate ID No: 1884158

Circle One Rating:

1 No relevant experience or relevant interests/Not suitable
2 Fair
3 Satisfactory experience and interest/Suitable
4 Good
5 Extremely relevant experience and interest/Very Suitable

LEAD TRANSPORTATION SECURITY SCREENER

Why are you interested in working for TSA as a Security Screener/Lead/Supervisor?

motivated by 9/11

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

Many years of customer service skills
MA. Economics

What are/were your major responsibilities and duties with (x organization)?

What are/were your reasons for leaving your current/previous employer?

current screener @ SEATAC

What relevant equipment do/did you operate?

Has worked on CTX
See below.

What relevant certifications do you have (e.g., EDS, ETD)?

ETD Front mag
X-Ray Hand Wand

*Relevant Interviewer Notes/Comments:*

001692

001693

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | $12.00 |
| [redacted] | | | |
| WORK EXPERIENCE ETD, x-ray, front mac/back → | | | SPECIALIZED EXPERIENCE YES OR NO |
| 1. Security experience – 5 1/2 mo. as a Screener | | | Yes |
| 2 Military | | | |
| 3. Supervisory – 21 years of experience | | | |
| 4. current pay – $12.00 hr. | | | |
| 5. Resume | | | |
| 6. Education – M.A in Economics | | | |
| B.A in Economics | | | |
| PHD in Economics program @ university of WA. | | | |

SALARY OFFER: $ 27,750

LOCALITY PAY ADJUSTMENT: $ 3266.18

TOTAL SALARY OFFER: $ 31016.18

HUMAN RESOURCES REPRESENTATIVE: [signature]

TSA REPRESENTATIVE: [signature]

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

001752

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | $27,040.00 |
| WORK EXPERIENCE | | | SPECIALIZED EXPERIENCE YES OR NO |
| SALARY $13.00 hr (10 Months) Screener (27,040.00) | | | |
| Technical School - (2 years) (A Grade) Computers | | | |
| Management - (NO) | | | |
| | | | |
| | | | |
| | | | |

SALARY OFFER: $ ~~24,500.00~~ 25,000.

LOCALITY PAY ADJUSTMENT: $ ____________

TOTAL SALARY OFFER: $ ~~27,383.65~~ 27,942.50

HUMAN RESOURCES REPRESENTATIVE: [signature] TSA REPRESENTATIVE: ____________

# TRANSPORTATION SECURITY ADMINISTRATION
# TRANSPORTATION SECURITY SCREENER/SUPERVISOR
# WORK EXPERIENCE INTERVIEW FORM

First Name:

Last Name:

Date: 10/3/02

SSN:

Candidate ID No: 1768585

Circle One Rating:

1 No relevant experience or relevant interests/Not suitable
2 Fair
3 Satisfactory experience and interest/Suitable
4 Good
5 Extremely relevant experience and interest/Very Suitable (circled)

SUPERVISORY TRANSPORTATION SECURITY

Why are you interested in working for TSA as a Security Screener/Lead/Supervisor?

- Have been a Govt Employee at Fire Dept -
- Thoroughly Enjoyed people aspect of Job
- TSA Dedicated to helping people -

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

16 yrs Fire Dept - Fire Suppression + Life Safety
duty of overseeing of my Crew - Sometimes multiple Crew
Dealt with Public
Taught - Fire Service Training Academy

What are/were your major responsibilities and duties with (x organization)?

Supervisor - Oversaw 2 CSS's
Oversaw Checkpoint -
Participated in Training

What are/were your reasons for leaving your current/previous employer?

Laid off $17.00

What relevant equipment do/did you operate?

Handwand, Walkthroughs, X Ray machine
ETD

What relevant certifications do you have (e.g., EDS, ETD)?

All of the Above

*Relevant Interviewer Notes/Comments:*

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| | | | $17.00 HR |

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| Military - None | No |
| | |
| Education - High School Diploma | No |
| | |
| Management 3/2002 - present | Yes |
| + 12 yrs Lt. mid level supervisor Fire Service | |
| Security 3/2002 - present | yes |
| | |

SALARY OFFER: $ 26,500. LOCALITY PAY ADJUSTMENT: $ 3119.05

TOTAL SALARY OFFER: $ 29,619.05

HUMAN RESOURCES REPRESENTATIVE: [signature] TSA REPRESENTATIVE: [signature]

001952

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | $13.00 |
| [redacted] | | | |
| WORK EXPERIENCE | | | SPECIALIZED EXPERIENCE YES OR NO |
| military – | | | |
| Screener – 6 months | | ETD → | yes |
| Education – 2 years of college | | | |
| Sup – | | | |
| Law – | | | |
| | | | |
| | | | |
| | | | |

SALARY OFFER: $ 25,500.

LOCALITY PAY ADJUSTMENT: $ 3001.35

TOTAL SALARY OFFER: $ 28501.35

HUMAN RESOURCES REPRESENTATIVE: [signature]

TSA REPRESENTATIVE: [signature]

+ 6 months as Screener

$13.00 – military

– Education – 2 years college

* certified X ray, ETD,
Bag checker

$15.00

TSA Hq

001953

TRANSPORTATION SECURITY ADMINISTRATION
TRANSPORTATION SECURITY SCREENER/SUPERVISOR
WORK EXPERIENCE INTERVIEW FORM

First Name: [redacted]

Last Name: [redacted]

Date: 10/03/02

SSN: [redacted]

Candidate ID No: 2049589

Circle One Rating:

1 No relevant experience or relevant interests/Not suitable
2 Fair
3 Satisfactory experience and interest/Suitable
4 Good
5 Extremely relevant experience and interest/Very Suitable

TRANSPORTATION SECURITY SCREENER

Why are you interested in working for TSA as a Security Screener/Lead/Supervisor?
Federal Job; Got Laid off last year

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions): Screener (6 mo.)

What are/were your major responsibilities and duties with (x organization)?
- Securing safe travel
- cabin sweep
- checking luggage at gate

What are/were your reasons for leaving your current/previous employer? Laid Off

What relevant equipment do/did you operate? X-Ray machine; wand

What relevant certifications do you have (e.g., EDS, ETD)? certified - X-Ray, hand wand; Explosive device

*Relevant Interviewer Notes/Comments:*

001970

U.S. DEPARTMENT OF TRANSPORTATION
TRANSPORTATION SECURITY ADMINISTRATION
400 7th STREET
WASHINGTON, D.C. 20590

Date: 10-7-02 Testing Location: SEATTLE, WASHINGTON (SEA)

Name: [redacted]

SSN: [redacted]

Candidate ID #: 1985634

*Congratulations!* You have successfully passed all of the assessments for consideration for an appointment as a SUPERVISOR, TRANSPORTATION SECURITY SCREENER in the Department of Transportation, Transportation Security Administration.

At this time, you will be placed in a **Ready Pool** of candidates. This Ready Pool will provide the Department of Transportation (DOT), Transportation Security Administration (TSA) with individuals who can be rapidly trained and placed at the airports. As positions and training dates become available, TSA will draw first from the Ready Pool to fill these positions. The order of filling these jobs from the Ready Pool will be based on selective factors required to meet TSA staffing needs. These factors include workforce requirements and job-related experience and certifications. We will continue to process your background investigation for the necessary security clearance. **It is recommended that you NOT resign or give immediate notice to resign from your current place of employment until you receive an official offer of employment.**

An appointment to this position is contingent upon the successful results of your security background investigation, urinalysis drug test, any outstanding medical information results, and the successful completion of the required training.

Frequently, applicants ask questions about the nature of the background investigation and about problems that may surface in it. The following information is intended to answer the questions, which are asked more often:

- The purpose of the background investigation is to ensure that applicants meet the TSA's personnel security standards. Background investigations are extremely thorough. At a minimum, the TSA will ensure that your credit history is satisfactory and that you do not have a criminal history. We will contact regional credit bureaus where you have lived, and conduct checks of local law enforcement agencies for jurisdictions in which you have resided, attended school, or been employed. Also, if you have served in the military, we will review your military records.

# TRANSPORTATION SECURITY ADMINISTRATION
# TRANSPORTATION SECURITY SCREENER/SUPERVISOR
# WORK EXPERIENCE INTERVIEW FORM

Name:

Date: 10/07/02

SSN:

Candidate ID No: 1985653

Circle One Rating:

1 No relevant experience or relevant interests/Not suitable
2 Fair
3 Satisfactory experience and interest/Suitable
(4) Good
5 Extremely relevant experience and interest/Very Suitable

Why are you interested in working for TSA as a Security Screener/Supervisor?

- WANT TO HELP THE COUNTRY
- LOOK FOR CAREER OPP

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

- FOUR MOS. AS AIP SCREENER (ICTS)
- Supervisor - 150 people - 2yrs. - Eastern Regional Sales Manager.

What are/were your major responsibilities and duties with (x organization)?

SCREENER

What are/were your reasons for leaving your current/previous employer?

LAID OFF

What relevant equipment do/did you operate?

X-RAY
HAND WAND
EDS - ETD

What relevant certifications do you have (e.g., EDS, ETD)?

X-RAY, EDS
HAND WAND, ETD } CERTIFIED

*Relevant Interviewer Notes/Comments:*

002010

Supervisory Transportation Security Screener
Structured Interview

**Interview - Form B**

Applicant Name: ____________________

Applicant ID#: 3341751

Applicant SSN: ____________________

Date: 08/27/02

Location: Seattle, Washington

Interviewer Name: Neeta Mathai

**Introduction** *(read slowly and put applicant at ease):*

**Good morning/afternoon** *(name)*. **My name is** *(interviewer's name)*.

**I am going to be asking you six questions. Please take a few moments to think about your answer. This interview should take about 20 minutes.**

**For some questions, I will ask you to describe your own work-related experience.**

**For other questions, you will play the role of a Security Screener by describing how you would deal with a passenger.**

**I can repeat a question if you need to hear it again.**

**Are you ready to begin?**

002078

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| | | | ~20K |
| [redacted] | | | |

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| → Tacoma Courthouse | |
| * Currently Working @ Olympic Security ~10.00/hr. | Yes |
| * Retired Navy – Aviation Electronics technician | |
| – In flight technician | |
| – TOP Secret Clearance | Yes |
| * Security Exp – Weapons Qualified – Guarded Aircraft – Armed | Yes |
| * Associate Degree – AS | Yes |
| * Mgmt Exp. Avionics Work Center Supervisor (70+ people) | Yes |

SALARY OFFER: $ 29,000

TOTAL SALARY OFFER: $ 32413.30

LOCALITY PAY ADJUSTMENT: $ ______

HUMAN RESOURCES REPRESENTATIVE: ______

TSA REPRESENTATIVE: [signature]

# TRANSPORTATION SECURITY ADMINISTRATION
# TRANSPORTATION SECURITY SCREENER/SUPERVISOR
# WORK EXPERIENCE INTERVIEW FORM

| | |
|---|---|
| ame: _ | Circle One Rating: |
| ate: 08/21/02 Airport: SBA | 1 No relevant experience or relevant interests/Not suitable<br>2 Fair |
| SN: | ~~3 Satisfactory experience and interest/Suitable~~ |
| andidate ID No: 3341751 | (4) Good<br>5 Extremely relevant experience and interest/Very Suitable |
| STSS (LTSS) TSS | |

Why are you interested in working for TSA as a Security Screener/Supervisor?

– "Opportunity to serve my country"!

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

– currently working at olympic Security
– Screening people / magnetic sweep
– Search Bags

What are/were your major responsibilities and duties with (x organization)?

– making sure the doors are locked.
– Checking 9 other Buildings.

What are/were your reasons for leaving your current/previous employer?

– no Benefits – No challenge.
– pay is very low

What relevant equipment do/did you operate?

– Wand

What relevant certifications do you have (e.g., EDS, ETD)?

none

*Relevant Interviewer Notes/Comments:*

002080

ID 1023

* Currently working
— Olympic Security
\# Tacoma Courthouse
— $7.75/hr.

Military Exp.
* Retired Navy
- Aviation Electronics technician
- In flight tech
- TOP Secret Clearance

Security Exp.
* Weapons Qualified -
- Guarded Aircraft - armed guard
- military patrol
- Security guard in Guam

* Associates degree — AS

* Mgmt Exp.
Work center Supervisor - 70+ people
(avionics)