**U.S. Department of Transportation**
**Transportation Security Administration**
**400 7th Street**
**Washington D.C. 20590**

Date: 10/10/02 Testing Location: SEA

Name: Lactaoen, Lambert
(Last, First Middle)

SSN: [redacted] DOB: [redacted]

Candidate ID#: 1773570

I am pleased to offer you a conditional appointment as a Transportation Security Screener in the Department of Transportation, Transportation Security Administration (TSA). We look forward to your working as part of our team.

TSA's challenge to hire and deploy this new workforce is enormous, but we are on track to meet our hiring goals to federalize all passenger screening operations by November 19th and baggage screening by the end of this year. Our current fiscal year appropriation contains a limitation that restricts TSA's workforce size to no more than 45,000 "full-time, permanent positions." President Bush has asked the Congress to fund a considerably larger workforce of permanent employees in FY 2003. Due to our rapid growth, we are already close to reaching the 45,000 full-time, permanent position limit. Accordingly, in order to both to meet our Congressional requirement to have the new TSA federal passenger screening workforce in place by November 19th, and avoid violating the FY 2002 employee cap also established by Congress, **I am offering you an appointment to serve as a full-time "temporary" employee for a period not to exceed five years. You will receive the same pay and benefits as if you were in a permanent position, and will do the same work as screeners previously hired and those to be hired subsequently.**

During the five-year period, you may be converted to a permanent appointment without further competition. Upon passage of the FY 2003 budget, and if Congress approves the workforce size requested by the President and necessary to do this important job, it would be TSA's intention to convert employees hired under the temporary hiring authority to a permanent employee status.

This appointment is contingent upon the successful completion of your security background investigation and about problems that may surface in it. The following information is intended to answer the questions, which are asked most often.

- The purpose of the background investigation is to ensure that applicants meet the TSA's personnel security standards. Background investigations are extremely thorough. At a minimum, the TSA will ensure that your credit history is satisfactory and that you do not have a criminal history. We will contact regional credit bureaus where you have lived, and conduct checks of local law enforcement agencies for jurisdictions in which you have resided, attended school, or been employed. Also, if you have served in the military, we will review your military records.

- We will withdraw an employment offer if the investigation reveals information that precludes a security and/or suitability clearance (e.g. serious credit problems, abuse of alcohol, history of illegal drug use outside of TSA guidelines, misrepresentations during the application process, etc.) In addition, applicants who have been convicted of a felony or domestic violence charge or who display a lack of candor during any phase of the hiring process will be automatically disqualified from further consideration.

- The TSA, which is firmly committed to a drug-free society and work place, realizes that qualified individuals may have used illegal drugs at some point in their past. It is the policy of the TSA that prospective employees will be required to pass a urinalysis test, which screens illegal drug use prior to final appointment.

It creates significant hardships for both the TSA and the applicant if this conditional offer must be withdrawn at the end of the background process. To prevent such hardship, we want to alert you to these potential problems now, at the outset, and invite you to discuss any concerns you may have. If you have any concerns you wish to discuss, please contact a Human Resources staff member at the TSA Assessment Center immediately.

Your salary will be at the D level with a base salary of 23,600.00 per annum. Additionally, you will receive a 11.772 locality pay salary for total salary of 26,377.72. Your locality percentage is based on your permanent duty location. Additional compensation may be earned for overtime performed in connection with your official duties, provided certain necessary requirements are met. Salary offers are not subject to renegotiation. **Depending on your hire date, it may take as long as three and a half weeks before your receive your first direct deposit check.** Your benefits will be the same as if you were being appointed into a permanent position and will be explained further at your orientation session.

It is very important that you properly complete all of the required paperwork during or prior to our orientation. As discussed with you previously, you must bring two types of personal identification with you to orientation to complete processing. Failure to submit the required paperwork will delay your orientation and hire date.

Should you elect not to accept this offer of employment with the TSA, we request that you notify a Human Resources staff member at 1(888) 218-1555 within 24 hours of receipt of this letter.

We look forward to having you join us at the TSA. You should find here a great opportunity for public service and a distinguished career in transportation security.

Sincerely Yours,

By: Amy Green
Human Resources Representative

Approved: Alexander Ken
TSA Representative

Accepted: Lambert Ajieto Lactooen
(Applicant Signature)

Permanent Duty Location: SEA
(Home Base Airport)