*United States Department of Homeland Security*
**TRANSPORTATION SECURITY ADMINISTRATION**

June 6, 2003

To: Assistant Administrator for Aviation Operations
Federal Security Directors

From: Richard A. Whitford
Assistant Administrator
For Human Resources Management

Subject: Pay Administration Decisions

On May 5, 2003, the Transportation Security Administration Leadership Council rendered final decisions on several pay related issues within TSA. This memorandum transmits those decisions.

Contract Screeners - Issue

Approximately 29,000 contract security screeners applied for TSA screening positions. Many were told they would be hired by TSA, but were requested to stay with their screening company until the full transition of their airports. Additionally, many individuals occupying supervisory positions with the contractor were offered supervisory positions with TSA. However, by the time these individuals came to TSA all supervisory positions were filled and they were given basic or lead screener positions, with significant pay reductions.

Final Decision

A decision has been made not to adjust the pay of contract screeners at this time. We are prepared to explain the decision to any screener who inquires (Attachment 1 is provided for your information).

Conflicting Job Offer Letters – Issue

Many applicants were given job offer letters providing specific job titles and/or pay rates and, upon reporting for duty, were placed in lower paying positions.

Final Decision

In light of current budget constraints, and considering the difficulty in verifying the specifics of these cases, the decision has been made to close this issue without pay adjustments. (For example, we have become aware that "doctored" letters may have been created, and there is no way to authenticate the claims.) Two letters have been prepared explaining the decision to any screener who inquires about the pay adjustment (Attachments 2 and 3 are provided for your information).

2

**Cancelled Training - Issue**

Several employees who reported for training on August 4 or August 11, 2002, were told training was cancelled and to return home. Initially we thought there were 711 individuals in this situation, and on December 24, 2002, each was given a lump-sum payment to assist in lost compensation as the result of the cancellations. In January 2003, we started receiving calls from other screeners who claimed to be in the same situation.

**Final Decision**

In light of current budget constraints and considering the difficulty to verify cancellations, a decision has been made not to make any further lump sum payments.

**Comparability Equivalent Increase (CEI) Waivers – Issue**

Our interim policy on the January pay increase provided that employees who had disciplinary actions could not receive the CEI. Additionally, it stated that the Assistant Administrator, Aviation Operations, or his designee, could approve a waiver that would allow employees with disciplinary actions to receive the CEI, provided the waiver requests were received by January 31, 2003. Several waiver requests were sent to HR without proper approval, and forwarded to AvOps. As of this date none of the increases have been approved or processed.

**Final Decision**

FSDs may make CEI waiver decisions on a case-by-case basis, and submit SF-52s (894 Pay Adjustment actions) through AvOps for those that are approved. The SF-52's should contain an effective date of January 12, 2003.

Questions concerning these issues may be directed to Jan Karicher, (571) 227-2667, jan.karicher@dhs.gov.

Attachments