LACTAOEN, LAMBERT A
535702595

# Transportation Security Administration: Application for Employment

| 1 Job Title | 2 Grades Applying For | 3 Announcement Number |
| --- | --- | --- |
| LEAD SCREENER | | |

| 4 Name (Last, First, MI) | 5 Social Security Number |
| --- | --- |
| LACTAOEN, LAMBERT A | [redacted] |
| **6 Address (Address, City, State, Zip, Country)** | **7 Phone Numbers** |
| [redacted] | Day [redacted]<br>Evening [redacted] |

**8 Work Experience** **Note Questions 2 through 6 were not asked of general screeners

1) **I have experience in identifying dangerous or deadly objects in baggage, cargo, and on passengers and preventing those objects from being transported onto the aircraft**
   Yes

2) **I have performed the duties of a ground security coordinator (GSC) for an airline.**
   I am not currently performing these duties, but I do have less than 1 year of experience

3) **I have performed the duties of a second-line/shift-supervisor or manager of airport security screeners.**
   I am not currently performing these duties, but I do have less than 1 year of experience

4) **I have performed the duties of a checkpoint security supervisor (CSS) at an airport.**
   I am not currently performing these duties, but I do have less than 1 year of experience

5) **I have performed the duties of an airport security screener-in-charge.**

6) **I have performed the duties of an airport security screener team/work leader.**
   I am not currently performing these duties, but I do have less than 1 year of experience

7) **I have performed the duties of an airport security screener.**
   I currently perform the duties, but have less than 1 year of experience

8) **Do you have experience performing calibration and maintenance on security equipment?**
   I have never performed these duties

9) **Do you have experience performing security screening using a walk through metal detector/mangetometer?**
   I currently perform the duties, but have less than 1 year of experience

10) **Do you have experience performing security screening of property using X-ray equipment?**
   I currently perform the duties, but have less than 1 year of experience

11) **Do you have experience performing security screening of individuals using a hand held metal detector?**
   I currently perform the duties, but have less than 1 year of experience

12) **Do you have experience performing security screening of property using explosive detection systems (EDS)?**
   I currently perform the duties, but have less than 1 year of experience

13) **Do you have experience performing security screening of property using explosive trace detection (ETD)?**
   I currently perform the duties, but have less than 1 year of experience