IN THE UNITED STATES COURT OF FEDERAL CLAIMS
WASHINGTON, D.C.

| | | |
|---|---|---|
| Paula R. Moorehead, Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 07-654-C GWM |
| The United States, Defendant | ) | |

# AFFIDAVIT OF PAULA MOOREHEAD IN SUPPORT OF PLAINTIFF'S PROPOSED FINDINGS OF FACT IN RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Paula Moorehead, (Ms. Moorehead), am the plaintiff in this action and I swear under penalty of perjury, that I have personal knowledge of the facts stated herein.

1. On October 9, 2002, I began employment, with the Transportation Security Administration, (TSA), at Seattle International Airport (SeaTac).

2. My duties as a Transportation Screener were to screen passengers and baggage, as part of the security requirements imposed on members of the public using the nation's airlines.

3. Prior to applying for a position, I attended a town hall meeting, titled "TSA Application Workshop," which listed the requirements for the position of screener and stated you would have to successfully complete training and take a certification examination, *TSA Application Workshop*, Exhibit A attached hereto.

**EXHIBIT 1**

4. My position of Transportation Security Screener required I meet all the requirements set forth on the attached job description, *0019-Transportation Security Screener*, Exhibit B attached hereto.

5. The qualifications and duties of my position were the same as the qualifications and duties of males employed in the position of Transportation Security Screener.

6. On my first day of employment, myself, supervisors, lead screeners, and screeners, who had previously occupied private contract Screener positions, were required to attend classes for one week. The classes included training on hand wanding, employee orientation, and the TSA policies.

7. After our initial classroom training, all employees who began employment on the day I was hired were required to have sixty hours of training on hand wanding, x-ray, bag search and walk through metal detectors. All employees, even though I and others had certification, had to be certified on the TSA equipment.

8. After completion of my training, I was assigned to Checkpoint for three months and then assigned to Baggage. I worked side by side with my male coworkers performing the same duties and work assignments. No distinction was made in our work assignments based upon experience.

9. In January 2003, I was assigned to act as a Lead Screener in my assigned work area.

I swear the foregoing is a true and correct statement, under penalty of perjury, this 13 day of July, 2008.

Paula Moorehead

Paula Moorehead

# AGENDA
## TSA Application Workshop
## Your Experience as a Screener WILL Help You!
## June/July 2002

- **Welcome & Introductions** – Ruth Westerbeck, Airport Jobs Office
- **Opening Remarks** – Bob Blunk, Federal Security Director, TSA
  - Susan Underwood, Manager, Civil Aviation Security Office, TSA
- **Rumor Rally**
- **Rumor Busters:**
  - TSA Screener Position Requirements
  - Conditions of Employment
  - Salary & Benefit Information
  - Does my Experience as a Screener Help Me?
  - How Do I Become a TSA Screener?
  - TSA Assessment (Tests)
  - Applying for a TSA Screener Job
- **On-line Questionnaire DEMYSTIFIED!**
- **Tools for your Success**
  - Tips for Tackling the Tests
  - What You'll Need for the Assessment
- **Resource List**
- **Plan Your Future**

EXHIBIT 1-A

# TSA TRANSPORTATION SECURITY SCREENERS

- **Position Requirements**
  - U.S. Citizenship
- Additional Qualifications
  - High School Diploma, GED or equivalent

  **OR**
  - At least one year of <u>full-time work experience</u> in
    - Security Work, or
    - Aviation screener work, or
    - With x-ray technician work.

- **Conditions of Employment**
  - Irregular hours and/or shifts
  - Holidays and weekends
  - Overtime
  - Extended hours
  - Drug and Alcohol Screening
  - Background investigation including a credit check
  - Successfully complete required training:
    - 40 hours of classroom training, and
    - 60 hours of on-the-job training, and
    - A certification examination

# TSA SALARY & BENEFITS INFORMATION

## SALARY

- Salary Range for screener positions $23,600-$35,400 annually
- Plus: Locality Adjustment for Seattle $2,778-$4,167 annually
- Adjusted Annual Wage $26,378-$39,567 annually
- Translate to Hourly Wage $12.79-$19.02 hourly

- ## BENEFITS

- 10 paid holidays
- Health benefits (http://www.opm.gov/insure/health/fehb_facts/index.htm)
- Generous leave package (http://www.opm.gov/oca/leave/index.htm)
- Retirement benefits (http://opm.gov/retire/html/faqs/faqs.htm)
- Savings Plan (http://www.tsp.gov)
- Life Insurance (http://www.opm.gov/insure/life/index.htm)

# 0019- Transportation Security Screener

## Job Description

In accordance with Public Law 107-71. all applicants will be required to pass tests, interviews, and other evaluations demonstrating that they have the necessary skills and abilities for job performance.

**These requirements include:**

Mental Abilities (e.g., reading, writing, speaking, visual observation, mental rotation)
Interpersonal Skills (e.g.. customer service, honesty, integrity, dependability)
Physical Abilities (e.g., repeatedly lifting and carrying up to 40 lbs, identifying objects by touch)

**Medical Standards:**
Distant vision correctable to 20/30 or better
Near vision correctable to 20/50 or better
Color perception (e.g., red, green, blue, yellow. orange, purple. brown, black, white, gray) by passing the Farnsworth D-15 color vision test
Hearing as measured by audiometry cannot exceed: a) an average hearing loss of decibels (ANSI) at 500. 1000, 2000 and 3000Hz in each ear, b) single reading of 50 decibels at 2000 or 3000Hz in each ear, c) single reading of 55 decibels at 4000Hz in each ear
Adequate joint mobility, dexterity and range of motion, strength to lift and move 70 pounds. and stability, as well as a complete medical evaluation including cardiovascular system, hypertension, etc.
Drug- free as assessed through a drug test

**Transportation Security Screeners will be required to demonstrate daily fitness for duty, free from impairment from illegal drugs, sleep deprivation, medication, or alcohol.**

Continuously and effectively interact with the public, giving directions and responding to inquiries in a reasonable tone and manner.
Maintain focus and awareness within an environment containing numerous distractions, people and noise.
**Stand and remain standing for periods up to 3 hours without sitting.**
Lift and/or assist another individual to lift (from the ground) an object weighing 70 pounds.
Work within a stressful environment, which includes noise from alarms, machinery. and people, distractions, time pressure. disruptive and angry passengers, and the requirement to identify and locate potentially life-threatening devices and devices intended on creating massive destruction.
Make effective decisions in both crisis and routine situations

EXHIBIT 1-B

## 0019- Transportation Security Screener

Work Schedules: Work hours for this position consists of shift-work on any day from Sunday through Saturday which may include irregular hours, nights and week-end shifts, Holidays, changing shifts, and split shifts. Specific work schedules will be determined by the airport. Overtime work will occasionally be required in conjunction with regular duty shift as well as regular days off.