UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAULA R. MOOREHEAD, Plaintiff, ) No. C05-01767-JLR

v.

MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, Transportation Security Administration, Defendant.

DEPOSITION UPON ORAL EXAMINATION OF

PAULA R. MOOREHEAD

Taken at 700 Stewart Street, Suite 5220; Seattle Washington.

REPORTED BY: Thad Byrd, CCR
REPORTED ON: December 12, 2006

**EXHIBIT 3**

SEATTLE DEPOSITION REPORTERS
600 University Street, Suite 320
Seattle, Washington 98101 PH: (206) 622-6661



Paula R. Moorehead v. Chertoff
No. C05-01767-TSZ
Defendant's Exhibit No. A-1
Admitted____________________

EXAMINATION INDEX

WITNESS:

PAULA R. MOOREHEAD

| EXAMINATION BY: | Page |
|---|---|
| MS. MITTET | 4 - 44, 47 - 51 |
| MR. MONTOYA | 45 - 47 |

EXHIBIT INDEX

| No. | Description | Page |
|---|---|---|
| 1 | MEMO FROM RICHARD A. WHITFORD DATED 6/6/03 | 34 |
| 2 | PAGE FROM MS. MOOREHEAD'S CALENDAR BOOK DATED 4/14/03 | 45 |

supervisor positions were already full.
Q. And correct me if I'm wrong, but you didn't file any EEO complaint at that time about not being hired as a lead screener, did you?
A. No.
Q. And in October when you were hired by TSA, immediately prior to that where had you been working?
A. I was a prior screener at the airport.
Q. Working for what company?
A. ICTS.
Q. And were you working in the baggage area at that time, too?
A. No. I was working as a gate screener.
Q. And how long had you been working for ICTS at the time that you transferred over to TSA?
A. Approximately six and a half months.
Q. And prior to starting your job with ICTS, where had you been employed before that?
A. Seaprint. I was unemployed before that for a few months. Prior to that I worked for a printing company called Seaprint.
Q. Prior to working for ICTS, had you had any other screener experience?
A. No.
Q. Had you worked for the Federal Government before

working for TSA?
A. No. TSA was not in existence at that time.
Q. And have you ever been in the military?
A. In the Army reserves.
Q. You're in the Army reserves now?
A. No.
Q. How long were you in Army reserves?
A. Four years.
Q. When did you stop being a reserve?
A. In 1992.
Q. Were you ever active military?
A. No.
Q. When you started working for TSA in October, where were you first assigned to work?
A. The first three months we were -- everybody was working at the check points, and then January 2003 part of us went to baggage.
Q. When you say in the first three months everybody was working at the check points, were you rotating around the various check points?
A. No. I was assigned to one specific check point for the first three months, and then in -- after the three months passed, part of us went down to baggage because there was a mandate that we had to check a hundred percent of bags.

how to file an EEOC complaint are in the employee handbook.

Q. Since you were removed from this acting position that we're talking about here, you were removed from it on March 27th, 2003, you've indicated that you have since then acted as a lead screener several times.

When you were rotated out of those subsequent acting lead screener positions, did you file a complaint that you were discriminated against?

A. No, because I was covering for the actual hired lead that was in the positions while they were gone.

Q. Prior to starting work with TSA, did you have experience in aviation or transportation-related screening other than your work for ICTS?

A. No.

Q. Did you have experience screening baggage before you went over to TSA?

A. What experience I had was what I learned at ICTS.

Q. And that was working the passenger check points?

A. Yes.

Q. Had you worked in the baggage area?

A. No.

Q. Because at the time they were not screening the baggage; is that correct?

A. Correct.

Q. I'm going to ask you about some various screening technologies, and let me know whether you did or did not have experience with them at the time you started with TSA.

Did you have experience with x-ray equipment?

A. Yes.

Q. Did you have experience with trace detection?

A. Yes.

Q. And did you have experience with physical searches?

A. Yes.

Q. Did you have experience with computed-aided searches?

A. CTX searches?

Q. Right.

A. No.

Q. Did you have experience with calibration and maintenance of security equipment?

A. Yes.

Q. And this was all the experience that you had for about six months while you were working for the previous contractor?

A. Yes.

Q. Did you have any other background in law enforcement? You've indicated that you didn't have active military service. Other than your reserves, did you have any other law enforcement experience?

A. No.

Q. Did you have any other experience that you believe qualified you specifically to be a screener?

A. I have 15 years customer service experience.

Q. Face-to-face customer service experience --

A. Yes.

Q. (Continuing) -- or on the phone?

A. Yes.

Q. Is that both?

A. Both.

Q. Okay. You indicated in your complaint that you filed in this lawsuit that one of your male co-workers made more money than you and was hired at a higher salary.

Who is that person that you're referring to?

A. The one I referred to was Lambert Lactoen.

Q. And what made you think that Lambert Lactoen was hired at a higher salary than you were?

A. He told me in general conversation.

Q. And what specifically to the best of your recollection did he tell you?

A. We were talking about the day that we were hired, how some people were able to negotiate for their wages and other weren't, and he told me that he was making a dollar an hour more an hour than I was because of his military experience.

Q. Were you surprised when you didn't get a call back?
A. No. I didn't know how long it took them to complete -- get the messages and return the call. I thought it was supposed to be right away, but I had heard from other people that had called it that sometimes it takes up to two weeks.
Q. You indicated that you were a lead for ICTS?
A. Yes.
Q. Were you an acting lead or were you promoted into a lead position?
A. I was promoted into a lead position by my supervisor.
Q. And you said you held that position for approximately six months?
A. Yes.
Q. Were you hired as a lead?
A. No.
Q. Because it's my understanding that you only worked for ICTS for approximately six months.
A. After my training that I went through with ICTS on the floor and I went out to the gates, after I learned how to do the position, they stuck me in it right away.
Q. Did you fill out an application for a lead?
A. No.
Q. Were you making more money as a lead?
A. No.

Q. So is it fair to say that this was not a permanent lead position? It was an acting position?

A. It was an acting position because ICTS wasn't given any more money to hire leads for -- because of the federal takeover that was supposed to happen a few months down the road.

Q. And did they have lead people in permanent lead positions?

A. No.

Q. So ICTS had no permanent lead screeners?

A. Not at the gates.

Q. Did they have them any other place?

A. They had supervisors and leads at the check points.

Q. So they did have some permanent lead positions?

A. Yes.

Q. And you were not in a permanent lead position?

A. No. There was no permanent lead positions at the gates.

Q. And you said that Mr. Danielson, when he told you that he was going to put somebody else in the acting lead position, told you in front of high school students.

These were not people you knew, were they? These were people that were going on a flight?

A. They were going on a flight, plus my co-workers were present.

C E R T I F I C A T E

STATE OF WASHINGTON )
) ss.
COUNTY OF SNOHOMISH )

I, the undersigned Certified Court Reporter and an Officer of the Court under my commission as a Notary Public for the State of Washington, hereby certify that the foregoing deposition upon oral examination of PAULA L. MOOREHEAD was taken before me on December 12, 2006, and transcribed under my direction;

That the witness was duly sworn by me to testify truthfully; that the transcript of the deposition is a full, true, and correct transcript to the best of my ability; that I am neither attorney for, nor a relative or employee of, any of the parties to the action, or any attorney or counsel employed by the parties hereto, nor financially interested in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this________day of______________________, 2006.

______________________________________

Notary Public in and for the State
of Washington, residing at Edmonds.
My commission expires 4/29/09.
CCR No. 2052