Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAULA R. MOOREHEAD, Plaintiff, v. MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, Transportation Security Administration, Defendant. | NO. C05-01767-JLR<br>**DEFENDANT'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION** |

Defendant, Michael Chertoff, Secretary, U.S. Department of Homeland Security, Transportation Security Administration, by and through John McKay, United States Attorney for the Western District of Washington, and Marion J. Mittet, Assistant United States Attorney for the Western District, Pursuant to Fed. R. Civ. P. 34 (b) hereby answers Plaintiff's Second Set of Interrogatories and Requests for Production subject to the following objections:

**EXHIBIT 5**

## A. DEFENDANT'S GENERAL OBJECTIONS

1. This response is based upon information and documents presently available to and located by Defendant and is given without prejudice to Defendant's right to produce additional documents and amend the answers at a later date should information become available as a result of subsequent review of its records, or as a result of



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

**INTERROGATORY NO. 1:** With respect to each person who provides answers to these interrogatories, assists in the preparation thereof, or in some manner is responsible for the information and/or document or any materials provided, state the following:

(a) Full name;

(b) Business or professional address;

(c) Identity and address of employer;

(d) Official capacity or job title;

(e) Source of all information not based upon declarant's first-hand or personal knowledge, correlating such resource as to the applicable interrogatory answer.

**ANSWER:**

Gillian Flory
Attorney Advisor
Office of Chief Counsel
Transportation Security Administration
601 South 12th Street, TSA-2
Arlington, VA 22202
Source would be the documents that are being produced.

**INTERROGATORY NO. 2:** Please identify the name of the person who interviewed plaintiff for employment with the Transportation Security Administration (TSA) at the SeaTac airport. Include in this answer the name of this person's employer at the time of the interview.

**ANSWER:**

From reviewing Ms. Moorehead's application file, it would appear that a John King interviewed Ms. Moorehead. Mr. King was employed by NCS Pearson.

**INTERROGATORY NO. 3:** Please identify the name of the person who made the starting salary determination for plaintiff. Include in this answer the name of this person's employer at the time of the salary determination.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

**ANSWER:**

There is no document in Ms. Moorehead's application file that references a salary determination. Accordingly, Defendant, at this time, cannot definitively say who made the salary determination. Ms. Moorehead's offer letter which is part of her Official Personnel File (OPF) is signed by Amy Tran of NCS Pearson and Alexander Kennan, a former TSA employee.

**REQUEST FOR PRODUCTION NO. 1:** Please provide a copy of the completed "Transportation Security Administration: Application for Employment" form for the following individuals identified by "ID" number in defendant's response to plaintiff's Request For Production No. 6 contained in Plaintiff's First Set of Interrogatories and Requests for Production: Individuals with ID number 4, 41, 96, 106,115, 166, 187, 224, 260, 263, 276, 281, 301, 303, 341, 368, 376, 383, 410, 446, 451, 462, 492, 501, 505, 571, 590, 598, 599, 620, 621, 626, 655, 658, 665, 667, 672, 677, 724, 761, 789, 806, 836, 883, 953, 966, 975, and 1023. The submitted copies may be redacted as to the name, address, phone number(s), and social security number.

**RESPONSE:**

Enclosed are redacted copies of the application files for the above listed I.D. numbers (Bates range 001000 to 002083; Bates range 002364 to 002585 and Bates range 003315 to 003344) and redacted copies of the applications for employment lodged in the Official Personnel File (Bates range 002084 to 002363;Bates range 002586 to 002655). Defendant has been unable to locate the application files for ID numbers 301 and 789.

Although not asked for, Defendant is also including redacted copies of the better paid women's application files (Bates range 002677 to 003149 and Bates range 003290 to 003314) and the applications for employment from the OPFs (Bates range 003150 to 003289). Also included is an unredacted copy of Ms. Moorehead's application file (Bates range 002656 to 002676).



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

**REQUEST FOR PRODUCTION NO.2:** Please provide of copy of the "Decision Tool" prepared for each of the individuals with the ID numbers set forth in Request For Production No. 1. (See defendant's Response to Request For Production No. 4 in Plaintiff's First Set of Interrogatories and Requests for Production.)

**RESPONSE:**

To the extent that a decision tool exists for each applicant, it would be contained in the application files produced in response to the above Request for Production.

DATED this 27th Day of July, 2006.

Respectfully submitted,

JOHN McKAY
United States Attorney

MARION J. MITTET, WSBA #12758
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail: jamie.mittet@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2006, I arranged to have the above listed discovery delivered to Plaintiff's attorney by Federal Express, addressed as follow:

John C. Montoya
Attorney at Law
999 Third Avenue, Suite 3800
Seattle, Washington 98104-4023
PH: 352-0500
FX: 286-8265
E-mail: Jcmforlaw@aol.com

DATED this 27th of July, 2006.

JING Y. XU
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4703
E-mail: jing.xu@usdoj.gov