# 4

EXHIBIT 6

TRANSPORTATION SECURITY ADMINISTRATION
TRANSPORTATION SECURITY SCREENER/SUPERVISOR
WORK EXPERIENCE INTERVIEW FORM

First Name: [redacted]

Last Name: [redacted]

Date: 9/3/2002

SSN: [redacted]

Candidate ID No: 3556332

Circle One Rating:

1 No relevant experience or relevant interests/Not suitable
2 Fair
3 Satisfactory experience and interest/Suitable
4 Good
5 Extremely relevant experience and interest/Very Suitable

LEAD TRANSPORTATION SECURITY SCREENER

Why are you interested in working for TSA as a Security Screener/Supervisor?

I want a job; have retired from Coast Guard as Warrant Officer. Willing to start at Screener level with hopes to advance & confident that I can.

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

Security exp. in Coast Guard 28 years.

What are/were your major responsibilities and duties with (x organization)?

Special ops. in SF, CA. in 90's. Internat'l ships requiring 24/7 security – Held "Officer of The Day" - (Supv.) for these shifts.

What are/were your reasons for leaving your current/previous employer?

Retired early in 2001.

What relevant equipment do/did you operate?

Wand & Walk through security in Governor's Island, NY. Coast Guard operated. Spec. Ops.

What relevant certifications do you have (e.g., EDS, ETD)?

none

AB/BA – none

95 ~~[illegible]~~ Hazardous Material Training & Shipment [illegible] 001008 [illegible]

001009

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | ~40K |

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| * Coast Guard 28.5 yrs 1972-2001 | Yes |
| * Special Operations < NYC SEO > International | Yes |
| * Education → Over 120 credits | Yes |
| * Current pay >40K @ Coast Guard | Yes |
| * Mgmt/Supervisory → 1982 - 1998 = 16 yrs | Yes |
| | |
| | |
| | |

SALARY OFFER: $ 28,000.

LOCALITY PAY ADJUSTMENT: $ 3295.60

TOTAL SALARY OFFER: $ 31295.60

HUMAN RESOURCES REPRESENTATIVE: ____________ TSA REPRESENTATIVE: ____________

SALARY RANGES
Seattle/ Tacoma (SEA/ TAC)
Bellingham (BLI)
William R. Fairchild at Port Angeles (CLM)

Note: ALL Offers must be Approved by HR Site Director

| | | | LOW | MID | HIGH |
|---|---|---|---|---|---|
| *SEA/ TAC* 11.77% loc. G | Supervisor | Base | $36,400.00 | $46,400.00 | $56,400.00 |
| | | Locality | $4,284.28 | $5,461.28 | $6,638.28 |
| | | Total | $40,684.28 | $51,861.28 | $63,038.28 |
| F | Lead | Base | $31,100.00 | $38,900.00 | $46,700.00 |
| | | Locality | $3,660.47 | $4,578.53 | $5,496.59 |
| | | Total | $34,760.47 | $43,478.53 | $52,196.59 |
| D | Screener | Base | $23,600.00 | $29,500.00 | $35,400.00 |
| | | Locality | $2,777.72 | $3,472.15 | $4,166.58 |
| | | Total | $26,377.72 | $32,972.15 | $39,566.58 |

| | | | LOW | MID | HIGH |
|---|---|---|---|---|---|
| *BLI/ CLM* 11.48% loc. G | Supervisor | Base | $36,400.00 | $46,400.00 | $56,400.00 |
| | | Locality | $4,178.72 | $5,326.72 | $6,474.72 |
| | | Total | $40,578.72 | $51,726.72 | $62,874.72 |
| F | Lead | Base | $31,100.00 | $38,900.00 | $46,700.00 |
| | | Locality | $3,570.28 | $4,465.72 | $5,361.16 |
| | | Total | $34,670.28 | $43,365.72 | $52,061.16 |
| D | Screener | Base | $23,600.00 | $29,500.00 | $35,400.00 |
| | | Locality | $2,709.28 | $3,386.60 | $4,063.92 |
| | | Total | $26,309.28 | $32,886.60 | $39,463.92 |

8/5/2002

[redacted]
e-mai[redacted]

**General Background:** Over 28 years active duty in the U. S. Coast Guard; retired from active duty as Chief Warrant Officer 4 in Finance and Supply specialty (CWO4-F&S). My experience varies from a technician to office manager. I have set up office procedures, installed systems of computer hardware/network configurations, computer application programs including payroll, accounting and inventory control. I work well independently and as a team member. I can lead as well as I can follow. I hold a US Secret Clearance. I am bilingual - English and Tagalog both spoken and written.

**Experiences:**

Jun 1998 - May2001: Network Technician - POS Specialist, Information Systems Division, Coast Guard Exchange System (CGES), Chesapeake, VA.

- Installed CGES Cash Registers, train store personnel on cash register applications and operation (IBM and Epson cash registers)
- Installed software upgrades to cash registers and various add-on applications
- Configured hardware and software for LAN/WAN; configured IP addresses, etc...
- Repaired/Installed computer hardware as needed
- Backup CGES network and e-mail (Lotus Notes) administrator
- Trained personnel in CGES e-mail system and other applications
- Received a Coast Guard Commendation Medal

Jun 1996 - Jun 1998: Chief, Administrative and Support Services Branch, Health & Safety Division, USCG Maintenance & Logistics Command, Norfolk, VA.

- Managed and Administered Division operating budget of over $30M per year; training budget $300K
- Managed all supply, travel and overall logistics support for the division of over 200 personnel with 80 personnel detached to several units East of the Rockies
- Responsible for computer network system for the Coast Guard Medical Bill Processing system in the CG Atlantic Region.
- Received a Coast Guard Commendation Medal

Jan 1992 - Jun 1996: Chief, Configuration Management/Centralized Shipboard Supply Section, Naval Engineering Division, USCG Maintenance and Logistics Command Atlantic, Governors Island, NY

- Tested (QA) Logistics Application Software for use in the CG Fleet
- Trained shipboard personnel in Logistics Applications programs
- Implemented and installed Configuration Management Application programs to CG Fleet
- Implemented Centralized Shipboard Supply, a spare parts inventory management system onboard Coast Guard vessels
- Coordinated creation of "Total Asset Visibility", a computer application for use CG wide
- Saved over $3M, by cost avoidance in re-distribution of spare parts among the CG fleet
- Received CG Achievement Medal, Team Commendation Award and several others for various projects

Mar 1991 - Dec 1991: Chief, Procurement Section, Naval Engineering Division, USCG Maintenance and Logistics Command Atlantic, Governors Island, NY.

- Contracting Officer for Procurement of Supplies and Services to support Atlantic Area fleet

Jul 1989 - Feb 1991: Inventory/Finance Accounting Technician Division, USCG Maintenance and Logistics Command Pacific, Alameda, CA

- Managed Division yearly operating budget
- Responsible for USCG Personal Property Inventory Management

- Managed Coast Guard (Gov't) vehicle inventory for all Pacific Area units; collaborated in re-writing the Coast Guard Vehicle Management Manual.
- Received a Coast Guard Commendation Medal

Jun 1985 - Jun 1989: Computer Systems Manager and Operations Supervisor, Uniform Distribution Center (UDC), USCG Training Center, Cape May, NJ

- Designed and installed Computer Hardware Network system.
- Installed Automated Accounting and Inventory tracking system
- Designed and implemented a computerized Uniform Issue system, a 'Point of Sale' (POS) type interface to the main inventory module; designed six (6) different OMR forms for use.

Mar 1982 - May 1985: Computer Operations Supervisor, Coast Guard Pay & Personnel Center, Topeka, KS.

- Installed Computer Hardware Network Systems for the Coast Guard Pay and Personnel Center
- Designed a LAN configuration to connect with CG WAN
- Managed a 24 hours, 7 days per week operation in Remote Job Entry (RJE) and Local Area Network environment with 8 watch standers.

Nov 1980 - Feb 1982: USCG Ships Inventory Control Point, Curtis Bay, MD

- Logistics support for CG Ships' initial outfitting
- Customer Service support: cataloging/cross-referencing requested parts for availability or research specifications for suitable substitution (if needed)

Mar 1978 - Oct 1980: Computer Operations Watch-stander, Comptroller Division, USCG 17th Coast Guard District, Juneau, AK

- Remote Job Entry (RJE) and report extracting operations
- Operated my own Janitorial Service business (Ed's Janitorial Service)
- Managed the American Legion Post 4 Fund Raiser (Bingo)
- Operated family owned grocery store (Far East Grocery)
- Operated family owned rental business (E&M Rental)

Nov 1976 - Mar 1978: Military Personnel Pay Clerk, Comptroller division, USCG 17th Coast Guard District, Juneau, AK

- Maintained Pay Records for 450-500 Coast Guard military personnel

Oct 1973 - Oct 1976: Supply Support Clerk, USCG Group Office, Mayport, FL

- Inventory management for Aids to Navigation supply.
- General Logistics support for 10 CG units in Northeast Florida/Southeast Georgia

Education:

| YEAR | SCHOOL & LOCATION |
|---|---|
| 1997 | St Leo College, NAB Little Creek<br>Norfolk, VA |
| 1984 | Washburn University<br>Topeka, KS |
| 1981 | Anne Arundel Community College<br>Arnold, MD |
| 1978-79 | University of Alaska<br>Juneau, AK |
| 1973-75 | Florida Junior College<br>Jacksonville, FL |
| 1970-72 | University of Nueva Caceres<br>Naga City, Philippines |

[redacted]

# Transportation Security Administration: Application for Employment

| 1 Job Title | 2 Grades Applying For | 3 Announcement Number |
|---|---|---|
| LEAD SCREENER | | |

| 4 Name (Last, First, MI) | 5 Social Security Number |
|---|---|
| [redacted] | [redacted] |

| 6 Address (Address, City, State, Zip, Country) | 7 Phone Numbers |
|---|---|
| [redacted] | Day [redacted] |
| [redacted] [redacted] USA | Evening |

8 Work Experience **Note: Questions 2 through 6 were not asked of general screeners

1) I have experience in identifying dangerous or deadly objects in baggage, cargo, and on passengers and preventing those objects from being transported onto the aircraft.
No

2) I have performed the duties of a ground security coordinator (GSC) for an airline.
I have never performed these duties.

3) I have performed the duties of a second-line/shift-supervisor or manager of airport security screeners.
I have never performed these duties.

4) I have performed the duties of a checkpoint security supervisor (CSS) at an airport.
I have never performed these duties.

5) I have performed the duties of an airport security screener-in-charge.

6) I have performed the duties of an airport security screener team/work leader.
I have never performed these duties.

7) I have performed the duties of an airport security screener.
I have never performed these duties.

8) Do you have experience performing calibration and maintenance on security equipment?
I have never performed these duties.

9) Do you have experience performing security screening using a walk through metal detector/mangetometer?
I have never performed these duties.

10) Do you have experience performing security screening of property using X-ray equipment?
I have never performed these duties.

11) Do you have experience performing security screening of individuals using a hand held metal detector?
I have never performed these duties.

12) Do you have experience performing security screening of property using explosive detection systems (EDS)?
I have never performed these duties.

13) Do you have experience performing security screening of property using explosive trace detection (ETD)?
I have never performed these duties.

[redacted]

8 Work Experience Cont.

14) Do you have experience performing physical inspections of property such as bags, briefcases, cargo, etc.?
I am not currently performing these duties, but I do have less than 1 year of experience

15) Do you have experience performing physical inspections of property such as vehicles, buildings, etc.?
I am not currently performing these duties, but I do have between 3 and 5 years of experience

16) Do you have experience performing pat-down searches of individuals?
I have never performed these duties.

17) Do you have experience managing security incidents as they occurred (e.g., attempted security breaches, interference with screening personnel, or actual security threat incidents)?
I have never performed these duties.

18) Do you have experience responding to security emergencies, such as bomb threats, according to established policies or procedures?
I am not currently performing these duties, but I do have between 1 and 3 years of experience

19) Do you have experience performing in a supervisory role evaluating or directing other workers?
I am not currently performing these duties, but I do have between 3 and 5 years of experience

20) Which answer best describes your experience in security work or avaiation screener work, or with X-ray technician work?
I have one year or more of cumulative experience but not in any one job

9 May We Contact Your Current Supervisor?

10 Education **Note: Questions 1 through 6 were only asked of individuals applying for General and Supervisor Screener

1) I am a high school graduate.
2) I have a G.E.D. or High School Equivalency.
3) I have an Associate's degree.
4) I have a Bachelor's degree.
5) I have a Master's degree.
6) I have a Doctorate.

7) What is the highest level of education you have completed?
A high school diploma

11 Last High School or GED School

12 Colleges and Universities Attended

13 Other Qualifications

1) Describe your highest level of aviation screener training.
I have no education or training

2) Describe your highest level of training or education with X-ray equipment.
I have no education or training

3) Describe your highest level of training or education with explosive detection system (EDS) equipment.
I have no education or training

4) Describe your highest level of training or education with explosive trace detection (ETD) devices.
I have no education or training

5) Describe your highest level of training or education with a hand held metal detector.
I have on-the-job training

6) Describe your highest level of training or education with walk through metal detector/magnetometer equipment.
I have no education or training

[redacted]

**Other Qualifications Cont.**

7) Describe your highest level of training or education with physical searches of property.
I have on-the-job training

8) Describe your highest level of training or education with pat-down searches of individuals.
I have no education or training

9) Describe your highest level of training or education with computer-aided tomography (CAT) equipment.
I have no education or training

10) Describe your highest level of training or education with explosive ordinance disposal.
I have no education or training

11) Describe your highest level of training or education with the aviation checkpoint security/screener-in-charge position.
I have no education or training

12) Describe your highest level of training or education with the aviation ground security coordinator position.
I have no education or training

**14 Citizenship**

1) I am a citizen of the United States. Yes

**15 Veterans' Preference**

5-Point Preference (TP)

**16 Federal Civilian Employee Status**

1) I am currently a permanent civilian employee, or I have been a permanent civilian employee of a Federal agency.
No

2) I am currently a temporary civilian employee of a Federal agency.
No

**17 Are you eligible for reinstatement based on career-conditional Federal Status?**

**18 Certification**

I certify that, to the best of my knowledge and belief, ALL of the information provided on this application is true, accurate, and complete and that this application for employment with the Transportation Security Administration is made in good faith.

Yes

**19 Additional Information**

1) I am registered with the Selective Service System, or I have a valid exemption from registration.

2) I am able to read, write, and speak the English language. Yes

3) I am available for full-time employment (40 hours per week). Yes

4) I am available for part-time employment. No

5) I am available for temporary emplyment. Yes

6) I am able to work irregular hours and/or shifts. Yes

7) I am able to read, write, and speak a foreign language. Yes

**20 Airport Employment Status**

Are you currently employed at an airport?
No, I have never been employed at an airport

# 41

EXHIBIT 7

# TRANSPORTATION SECURITY ADMINISTRATION
# TRANSPORTATION SECURITY SCREENER/SUPERVISOR
# WORK EXPERIENCE INTERVIEW FORM

Name: [redacted]

Date: 9/6/02 Airport: SEA

SSN: [redacted]

Candidate ID No: 3616346

STSS (circled) LTSS TSS (crossed out)

Circle One Rating:

1 No relevant experience or relevant interests/Not suitable
2 Fair
3 Satisfactory experience and interest/Suitable (circled)
4 Good
5 Extremely relevant experience and interest/Very Suitable

Why are you interested in working for TSA as a Security Screener/Supervisor?

National Guard

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

National Guard 25 yrs. - managed up to 50 people
master sargent (combat crew)

What are/were your major responsibilities and duties with (x organization)?

Unemployed - Retired Aug 2001

What are/were your reasons for leaving your current/previous employer?

Benefits -

What relevant equipment do/did you operate?

X-Ray equipment

What relevant certifications do you have (e.g., EDS, ETD)?

bomb check training & No certificate

Relevant Interviewer Notes/Comments:

**DECISION TOOL**
**FOR**
**CREDITABLE EXPERIENCE AND SALARY OFFER**

**TRANSPORTATION SECURITY SCREENER**

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY<br>*Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | unemployed |
| WORK EXPERIENCE | | | SPECIALIZED EXPERIENCE YES OR NO |
| 1) 25 years - National Guard (Master Sergent) | | | yes |
| - 19 as a manager + Sr. manager | | | yes |
| - up to 50 people | | | |
| - Bomb & check training of luggage + cargo | | | yes |
| * - All training took place at McCord | | | yes. |
| airport * | | | |
| | | | |
| | | | |

LOCALITY PAY ADJUSTMENT: $ 3236.75

SALARY OFFER: $ 27,500.

TOTAL SALARY OFFER: $ 30,736.75

HUMAN RESOURCES REPRESENTATIVE: [signature] TSA REPRESENTATIVE: [signature]

001045

[redacted]

# Transportation Security Administration Application for Employment

| 1 Job Titles | 2 Grades Applying For | 3 Announcement Number |
|---|---|---|
| SUPERVISOR SCREENER | | |

| 4 Name (Last, First, MI) | 5 Social Security Number |
|---|---|
| [redacted] | [redacted] |

| 6 Address (Address, City, State, Zip, Country) | 7 Phone Numbers |
|---|---|
| [redacted] [redacted]SA | Day [redacted]<br>Evening |

**8 Work Experience** *Note: Questions 2 through 8 were not asked of general screeners

1) I have experience in identifying dangerous or deadly objects in baggage, cargo, and on passengers and preventing those objects from being transported onto the aircraft.
Yes

2) I have performed the duties of a ground security coordinator (GSC) for an airline.
I am not currently performing these duties, but I do have less than 3 years of experience

3) I have performed the duties of a second-line/shift-supervisor or manager of airport security screeners.
I am not currently performing these duties, but I do have more than 5 years of experience

4) I have performed the duties of a checkpoint security supervisor (CSS) at an airport.
I have never performed these duties

5) I have performed the duties of an airport security screener-in-charge.
I have never performed these duties

6) I have performed the duties of an airport security screener team/work leader.
I have never performed these duties

7) I have performed the duties of an airport security screener.
I have never performed these dutes

8) Do you have experience performing calibration and maintenance on security equipment?
I am not currently performing these duties, but I do have less than 3 years of experience

9) Do you have experience performing security screening using a walk through metal detector/mangetometer?
I have never performed these duties

10) Do you have experience performing security screening of property using X-ray equipment?
I have never performed these duties

11) Do you have experience performing security screening of individuals using a hand held metal detector?
I have never performed these duties

12) Do you have experience performing security screening of property using explosive detection systems (EDS)?
I am not currently performing these duties, but I do have less than 3 years of experience

13) Do you have experience performing security screening of property using explosive trace detection (ETD)?
I have never performed these duties



002092

[redacted]

**8 Work Experience Cont.**

14) Do you have experience performing physical inspections of property such as bags, briefcases, cargo, etc.?
I am not currently performing these duties, but I do have more than 5 years of experience

15) Do you have experience performing physical inspections of property such as vehicles, buildings, etc.?
I am not currently performing these duties, but I do have more than 5 years of experience

16) Do you have experience performing pat-down searches of individuals?
I am not currently performing these duties, but I do have more than 5 years of experience

17) Do you have experience managing security incidents as they occurred (e.g., attempted security breaches, interference with screening personnel, or actual security threat incidents)?
I am not currently performing these duties, but I do have more than 5 years of experience

18) Do you have experience responding to security emergencies, such as bomb threats, according to established policies or procedures?
I am not currently performing these duties, but I do have more than 5 years of experience

19) Do you have experience performing in a supervisory role evaluating or directing other workers?
I am not currently performing these duties, but I do have more than 5 years of experience

20) Which answer best describes your experience in security work or avaiation screener work, or with X-ray technician work?
I do not have 1 year of cumulative experience

**9 May We Contact Your Current Supervisor?**

**10 Education:** Note: Questions 1 through 8 were only asked of individuals applying for General and Supervisor Screener

| | |
|---|---|
| 1) I am a high school graduate. | Yes |
| 2) I have a G.E.D. or High School Equivalency. | No |
| 3) I have an Associate's degree. | No |
| 4) I have a Bachelor's degree. | No |
| 5) I have a Master's degree. | No |
| 6) I have a Doctorate. | No |

7) What is the highest level of education you have completed?

**11 Last High School or GED School:**

**12 Colleges and Universities Attended**

**13 Other Qualifications**

1) Describe your highest level of aviation screener training.
I have on-the-job training

2) Describe your highest level of training or education with X-ray equipment.
I have no education or training

3) Describe your highest level of training or education with explosive detection system (EDS) equipment.
I have on-the-job training

4) Describe your highest level of training or education with explosive trace detection (ETD) devices.
I have on-the-job training

5) Describe your highest level of training or education with a hand held metal detector.
I have no education or training

6) Describe your highest level of training or education with walk through metal detector/magnetometer equipment.
I have no education or training

[redacted]

**Other Qualifications Cont.**

7) Describe your highest level of training or education with physical searches of property.
I have completed a specialized course, program, or seminar

8) Describe your highest level of training or education with pat-down searches of individuals.
I have completed a specialized course, program, or seminar

9) Describe your highest level of training or education with computer-aided tomography (CAT) equipment.
I have no education or training

10) Describe your highest level of training or education with explosive ordinance disposal.
I have completed a specialized course, program, or seminar

11) Describe your highest level of training or education with the aviation checkpoint security/screener-in-charge position.
I have no education or training

12) Describe your highest level of training or education with the aviation ground security coordinator position.
I have on-the-job training

**14 Citizenship**

1) I am a citizen of the United States. Yes

**15 Veterans' Preference**

I am not eligible to claim a veterans' preference

**16 Federal Civilian Employee Status**

1) I am currently a permanent civilian employee, or I have been a permanent civilian employee of a Federal agency.
No

2) I am currently a temporary civilian employee of a Federal agency.
No

**17 Are you eligible for reinstatement based on career-conditional Federal Status?**

**18 Certification**

I certify that, to the best of my knowledge and belief, ALL of the information provided on this application is true, accurate, and complete and that this application for employment with the Transportation Security Administration is made in good faith.

Yes

**19 Additional Information**

1) I am registered with the Selective Service System, or I have a valid exemption from registration. Yes

2) I am able to read, write, and speak the English language. Yes

3) I am available for full-time employment (40 hours per week). Yes

4) I am available for part-time employment. Yes

5) I am available for temporary emplyment. Yes

6) I am able to work irregular hours and/or shifts. Yes

7) I am able to read, write, and speak a foreign language. No

**20 Airport Employment Status**

Are you currently employed at an airport?
No, I have never been employed at an airport

# 166

EXHIBIT 8

TRANSPORTATION SECURITY ADMINISTRATION
TRANSPORTATION SECURITY SCREENER/SUPERVISOR
WORK EXPERIENCE INTERVIEW FORM

Name: [redacted]

Date: 08/29/02 Airport: SEA

SSN: [redacted]

Candidate ID No: 309 1982

STSS LTSS (TSS)

Circle One Rating:

1 No relevant experience or relevant interests/Not suitable
2 Fair
(3) Satisfactory experience and interest/Suitable
4 Good
5 Extremely relevant experience and interest/Very Suitable

Why are you interested in working for TSA as a Security Screener/Supervisor?

likes airport environment and energy - loves the airport
wants to contribute to public good
likes helping people & working w/ people

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

worked for shuttle service at airport SEA Park n Fly

Security work at High school - office manager

What are/were your major responsibilities and duties with (x organization)?

N/A

What are/were your reasons for leaving your current/previous employer?

unemployed

What relevant equipment do/did you operate?

none

What relevant certifications do you have (e.g., EDS, ETD)?

No

~~001~~113

*Relevant Interviewer Notes/Comments:*

001117

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | $28,000 |
| [redacted] | | | |
| | | | SPECIALIZED EXPERIENCE YES OR NO |
| WORK EXPERIENCE | | | |
| 1) Management: (A) Lead Valet, managed crew of 15 for 6 months | | | Yes |
| (B) School Office Manager for 1 year, staff of 3-4 | | | NO |
| 2) Police or Military Experience: No | | | |
| 3) Experience: (A) School security Administrator (no wand or pat-down) | | | |
| 4) Salary: (A) Teacher - estimated at $28,000 (B) Office Manager $13.50 per hr. | | | |
| 5) Education: MS degree in Teaching | | | |
| | | | |
| | | | |

LOCALITY PAY ADJUSTMENT: $ 3060.20

SALARY OFFER: $ 26,000

TOTAL SALARY OFFER: $ 29,060.20

HUMAN RESOURCES REPRESENTATIVE: [signature] TSA REPRESENTATIVE: [signature]

[redacted]

## Transportation Security Administration: Application for Employment

| 1 Job Title | 2 Grades Applying For | 3 Announcement Number |
|---|---|---|
| GENERAL SCREENER | | |

| 4 Name (Last, First, MI) | 5 Social Security Number |
|---|---|
| [redacted] | [redacted] |

| 6 Address (Address, City, State, Zip, Country) | 7 Phone Numbers |
|---|---|
| [redacted] | Day [redacted] |
| [redacted] USA | Evenin[redacted] |

8 Work Experience

1) I have experience in identifying dangerous or deadly objects in baggage, cargo, and on passengers and preventing those objects from being transported onto the aircraft.

No

2) I have performed the duties of a ground security coordinator (GSC) for an airline.

3) I have performed the duties of a second-line/shift-supervisor or manager of airport security screeners.

4) I have performed the duties of a checkpoint security supervisor (CSS) at an airport.

5) I have performed the duties of an airport security screener-in-charge.

6) I have performed the duties of an airport security screener team/work leader.

7) I have performed the duties of an airport security screener.

I have never performed these duties

8) Do you have experience performing calibration and maintenance on security equipment?

I have never performed these duties

9) Do you have experience performing security screening using a walk through metal detector/mangetometer?

I have never performed these duties

10) Do you have experience performing security screening of property using X-ray equipment?

I have never performed these duties

11) Do you have experience performing security screening of individuals using a hand held metal detector?

I have never performed these duties

12) Do you have experience performing security screening of property using explosive detection systems (EDS)?

I have never performed these duties

13) Do you have experience performing security screening of property using explosive trace detection (ETD)?

I have never performed these duties

[redacted]

**8 Work Experience Cont.**

14) Do you have experience performing physical inspections of property such as bags, briefcases, cargo, etc.?
I have never performed these duties

15) Do you have experience performing physical inspections of property such as vehicles, buildings, etc.?
I have never performed these duties

16) Do you have experience performing pat-down searches of individuals?
I have never performed these duties

17) Do you have experience managing security incidents as they occurred (e.g., attempted security breaches, interference with screening personnel, or actual security threat incidents)?
I have never performed these duties

18) Do you have experience responding to security emergencies, such as bomb threats, according to established policies or procedures?
I have never performed these duties

19) Do you have experience performing in a supervisory role evaluating or directing other workers?

20) Which answer best describes your experience in security work or avaiation screener work, or with X-ray technician work?
I do not have 1 year of cumulative experience

**9 May We Contact Your Current Supervisor?**

**10 Education** [illegible]

| | |
|---|---|
| 1) I am a high school graduate. | Yes |
| 2) I have a G.E.D. or High School Equivalency. | No |
| 3) I have an Associate's degree. | Yes |
| 4) I have a Bachelor's degree. | Yes |
| 5) I have a Master's degree. | Yes |
| 6) I have a Doctorate. | No |

7) What is the highest level of education you have completed?

**11 Last High School or GED School**

**12 Colleges and Universities Attended**

**13 Other Qualifications**

1) Describe your highest level of aviation screener training.
I have no education or training

2) Describe your highest level of training or education with X-ray equipment.
I have no education or training

3) Describe your highest level of training or education with explosive detection system (EDS) equipment.
I have no education or training

4) Describe your highest level of training or education with explosive trace detection (ETD) devices.
I have no education or training

5) Describe your highest level of training or education with a hand held metal detector.
I have no education or training

6) Describe your highest level of training or education with walk through metal detector/magnetometer equipment.
I have no education or training

[redacted]

**Other Qualifications Cont.**

7) Describe your highest level of training or education with physical searches of property.
I have no education or training

8) Describe your highest level of training or education with pat-down searches of individuals.
I have no education or training

9) Describe your highest level of training or education with computer-aided tomography (CAT) equipment.
I have no education or training

10) Describe your highest level of training or education with explosive ordinance disposal.
I have no education or training

11) Describe your highest level of training or education with the aviation checkpoint security/screener-in-charge position.
I have no education or training

12) Describe your highest level of training or education with the aviation ground security coordinator position.
I have no education or training

**14 Citizenship**

1) I am a citizen of the United States. Yes

**15 Veterans' Preference**

I am not eligible to claim a veterans' preference

**16 Federal Civilian Employee Status**

1) I am currently a permanent civilian employee, or I have been a permanent civilian employee of a Federal agency.
No

2) I am currently a temporary civilian employee of a Federal agency.
No

**17 Are you eligible for reinstatement based on career-conditional Federal Status?**

**18 Certification**

I certify that, to the best of my knowledge and belief, ALL of the information provided on this application is true, accurate, and complete and that this application for employment with the Transportation Security Administration is made in good faith.

Yes

**19 Additional Information**

| | |
|---|---|
| 1) I am registered with the Selective Service System, or I have a valid exemption from registration. | Yes |
| 2) I am able to read, write, and speak the English language. | Yes |
| 3) I am available for full-time employment (40 hours per week). | Yes |
| 4) I am available for part-time employment. | Yes |
| 5) I am available for temporary emplyment. | Yes |
| 6) I am able to work irregular hours and/or shifts. | Yes |
| 7) I am able to read, write, and speak a foreign language. | Yes |

**20 Airport Employment Status**

Are you currently employed at an airport?
No, I have never been employed at an airport

# 281

EXHIBIT 9

001288

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | 13,000 |

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| Military | No |
| Education B.A. Business | Yes |
| Experience (2 mo. Security Screener) | Yes |
| Management (20 years) Insurance Company | Yes |
| | |
| | |
| | |
| | |

SALARY OFFER: $ 25,500 LOCALITY PAY ADJUSTMENT: $ 3001.35

TOTAL SALARY OFFER: $ 28,501.35

HUMAN RESOURCES REPRESENTATIVE: ____________ TSA REPRESENTATIVE: ____________

[redacted]

**EXPERIENCE:**
02/99 – present

**University Insurance Services**
**Allstate Affiliate**
**Seattle, WA**
Sales Agent and Representative -Responsible for selling and reviewing risks in commercial and personal lines including homeowners, marine, and auto insurance. Also responsible for field safety inspection for various risks.

06/96 - 07/98

**Franks Insurance Agency**
**Allstate Affiliate**
**Sherman Oaks, CA**
Owner -Responsible for all aspects of sales and customer service and training for agency. Developed strong background in sales and outside inspections, negotiation and problem solving. Participated in programs of risk management, including field underwriting, accident investigation and claims report taking.

01/76 - 06/96

**Allstate Insurance Company**
**Los Angeles, CA**
Account Agent – Responsible for sales in commercial, marine and personal lines. Won sales and service awards for local, regional and national title including Honor Ring, Conference of Champions, One in One Hundred and Life Millionaire.

**EDUCATION**

**California State University, Northridge**
Bachelor of Arts, Communications

**Allstate Insurance Company**
Continuous on-going training in insurance practices and field underwriting. Training also includes programs in risk management, claims paying, consumer relations, and consultation in claims settlement and loss prevention.

**REFERENCES:** Available upon request.