# 376

EXHIBIT 10

STATE OF WASHINGTON - EMPLOYMENT SECURITY DEPARTMENT

| | CLAIMANT'S NAME | | | SOCIAL SECURITY NUMBER | | | | CK |
|---|---|---|---|---|---|---|---|---|
| | BYE | PROCESS DATE | LWP | BALANCE | WBA | EXT | BATCH | PR |
| 770 | 05/25/02 | 08/13/02 | 08/10/02 | 622 | 375 | C | 9612 | 01 |
| | | | | | | | | 8 |

| GROSS AMT | EARNING DED | OTHER | SELF EMPL | PENS DED | DAYS NE | OP OFFSET | OSE | SS | IRS | NET AMT |
|---|---|---|---|---|---|---|---|---|---|---|
| 375 | 0.00 | 0.00 | 0.00 | 0 | 0 | 0 | 0 | | 0 | 375 |

WEEK(S) PAID
08/10/02

YOUR FEDERAL TEMPORARY EMERGENCY UNEMPLOYMENT COMPENSATION (TEUC) BENEFITS ARE ABOUT TO RUN OUT; SEE BOX MARKED "BALANCE" ABOVE. HOWEVER, OUR RECORDS INDICATE YOU HAVE A BALANCE REMAINING FROM THE STATE EXTENDED BENEFITS PROGRAM. CONTINUE TO FILE YOUR WEEKLY CLAIMS AS INSTRUCTED. WE WILL BEGIN PAYING YOU STATE EXTENDED BENEFITS WHEN YOUR TEUC BENEFITS RUN OUT.

AN ADVISORY IS BEING MAILED TO REMIND YOU OF THE JOB SEARCH REQUIREMENTS YOU MUST MEET TO BE ELIGIBLE FOR STATE EXTENDED BENEFITS. IF YOU DO NOT RECEIVE THE ADVISORY, OR HAVE QUESTIONS ABOUT THE REQUIREMENTS, CONTACT YOUR CLAIMS TELECENTER. FOR HELP IN FINDING WORK, CONTACT YOUR WORKSOURCE OFFICE OR AFFILIATE.

PLEASE NOTE: IF YOU WERE PREVIOUSLY DENIED STATE EXTENDED BENEFITS, THIS DENIAL WILL REMAIN IN EFFECT. NO FURTHER PAYMENTS WILL BE MADE WHEN YOUR TEUC BENEFITS RUN OUT. CONTACT YOUR CLAIMS TELECENTER IF YOU HAVE QUESTIONS.

Important Tax Information—Unemployment benefits are taxable income. You may choose to have 10% of your unemployment benefits withheld for income taxes. If you do not have taxes withheld, you may have to file estimated income tax on a quarterly basis to avoid penalties. For more information on how this affects you, contact your local Internal Revenue Service (IRS) office.

# STATE OF WASHINGTON - EMPLOYMENT SECURITY DEPARTMENT

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CLAIMANT'S NAME | | | | SOCIAL SECURITY NUMBER | | | | | | 8 CK |
| | BYE | PROCESS DATE | LWP | BALANCE | | WBA | EXT | BATCH | | PR |
| 770 | 05/25/02 | 08/19/02 | 08/17/02 | 247 | | 375 | C | 9619 | | 01 |
| 375 | 0.00 | 0.00 | 0.00 | 0 | 0 | 0 | 0 | 0 | | 375 |
| GROSS AMT | EARNING DED | OTHER | SELF EMPL | PENS DED | DAYS NP | OP OFFSET | OSE | IRS | | NET AMT |

WEEK(S) PAID
08/17/02

Important Tax Information—Unemployment benefits are taxable income. You may choose to have 10% of your unemployment benefits withheld for income taxes. If you do not have taxes withheld, you may have to file estimated income tax on a quarterly basis to avoid penalties. For more information on how this affects you, contact your local Internal Revenue Service (IRS) office.

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| | | | 18.38 = $38,230 - |
| [redacted] | | | |
| WORK EXPERIENCE | | | SPECIALIZED EXPERIENCE YES OR NO |
| 1.) Security work Experience: 1992-1997 Part-time Retail Security Officer | | | |
| 2.) Education: AA Drafting | | | |
| 3.) Law Enforcement: 8 month in 1991 Corrections Officer, left because | | | |
| he had to commute 60 miles (one way) each day | | | |
| 4) Base Salary: $38,230 | | | |
| 5) Supervision: none | | | |
| | | | |
| | | | |

SALARY OFFER: $ 25,000

LOCALITY PAY ADJUSTMENT: $ 2942.50

TOTAL SALARY OFFER: $ 27,942.50

HUMAN RESOURCES REPRESENTATIVE: [signature]

TSA REPRESENTATIVE: [signature]

002410

# 383

EXHIBIT 11

# Transportation Security Administration: Application for Employment

| 1 Job Title | 2 Grades Applying For | 3 Announcement Number |
|---|---|---|
| SUPERVISOR SCREENER | | |
| 4 Name (Last, First, MI) | | 5 Social Security Number |
| [redacted] | | [redacted] |
| 6 Address (Address, City, State, Zip, Country) | | 7 Phone Numbers |
| [redacted] [redacted] [redacted] USA | | Day [redacted] Evening [redacted] |

8 Work Experience **Note. Questions 2 through 6 were not asked of general screeners

1) I have experience in identifying dangerous or deadly objects in baggage, cargo, and on passengers and preventing those objects from being transported onto the aircraft.
Yes

2) I have performed the duties of a ground security coordinator (GSC) for an airline.
I have never performed these duties

3) I have performed the duties of a second-line/shift-supervisor or manager of airport security screeners.
I have never performed these duties

4) I have performed the duties of a checkpoint security supervisor (CSS) at an airport.
I have never performed these duties

5) I have performed the duties of an airport security screener-in-charge.
I have never performed these duties

6) I have performed the duties of an airport security screener team/work leader.
I have never performed these duties

7) I have performed the duties of an airport security screener.
I am not currently performing these duties, but I do have more than 5 years of experience

8) Do you have experience performing calibration and maintenance on security equipment?
I have never performed these duties

9) Do you have experience performing security screening using a walk through metal detector/mangetometer?
I have never performed these duties

10) Do you have experience performing security screening of property using X-ray equipment?
I have never performed these duties

11) Do you have experience performing security screening of individuals using a hand held metal detector?
I have never performed these duties

12) Do you have experience performing security screening of property using explosive detection systems (EDS)?
I have never performed these duties

13) Do you have experience performing security screening of property using explosive trace detection (ETD)?
I have never performed these duties

[redacted]

8 Work Experience Cont.

14) Do you have experience performing physical inspections of property such as bags, briefcases, cargo, etc.?
I am not currently performing these duties, but I do have more than 5 years of experience

15) Do you have experience performing physical Inspections of property such as vehicles, buildings, etc.?
I have never performed these duties

16) Do you have experience performing pat-down searches of individuals?
I have never performed these duties

17) Do you have experience managing security incidents as they occurred (e.g., attempted security breaches, interference with screening personnel, or actual security threat incidents)?
I have never performed these duties

18) Do you have experience responding to security emergencies, such as bomb threats, according to established policies or procedures?
I have never performed these duties

19) Do you have experience performing in a supervisory role evaluating or directing other workers?
I currently perform the duties and have more than 5 years of experience

20) Which answer best describes your experience in security work or avaiation screener work, or with X-ray technician work?
I have one year or more of cumulative experience in one job

9 May We Contact Your Current Supervisor?

10 Education **Note Questions 1 through 8 were only asked of Individuals applying for General and Supervisor Screener

| | |
|---|---|
| 1) I am a high school graduate. | Yes |
| 2) I have a G.E.D. or High School Equivalency. | No |
| 3) I have an Associate's degree. | No |
| 4) I have a Bachelor's degree. | Yes |
| 5) I have a Master's degree. | Yes |
| 6) I have a Doctorate. | No |

7) What is the highest level of education you have completed?

11 Last High School or GED School

12 Colleges and Universities Attended

13 Other Qualifications

1) Describe your highest level of aviation screener training.
I have completed a specialized course, program, or seminar

2) Describe your highest level of training or education with X-ray equipment.
I have no education or training

3) Describe your highest level of training or education with explosive detection system (EDS) equipment.
I have no education or training

4) Describe your highest level of training or education with explosive trace detection (ETD) devices.
I have no education or training

5) Describe your highest level of training or education with a hand held metal detector.
I have no education or training

6) Describe your highest level of training or education with walk through metal detector/magnetometer equipment.
I have no education or training

[redacted]

**Other Qualifications Cont.**

7) Describe your highest level of training or education with physical searches of property.
I have completed a specialized course, program, or seminar

8) Describe your highest level of training or education with pat-down searches of Individuals.
I have no education or training

9) Describe your highest level of training or education with computer-aided tomography (CAT) equipment.
I have no education or training

10) Describe your highest level of training or education with explosive ordinance disposal.
I have no education or training

11) Describe your highest level of training or education with the aviation checkpoint security/screener-in-charge position.
I have no education or training

12) Describe your highest level of training or education with the aviation ground security coordinator position.
I have no education or training

**14 Citizenship**

1) I am a citizen of the United States. Yes

**15 Veterans' Preference**

5-Point Preference (TP)

**16 Federal Civilian Employee Status**

1) I am currently a permanent civilian employee, or I have been a permanent civilian employee of a Federal agency.
No

2) I am currently a temporary civilian employee of a Federal agency.
No

**17 Are you eligible for reinstatement based on career-conditional Federal Status?**

**18 Certification**

I certify that, to the best of my knowledge and belief, ALL of the information provided on this application is true, accurate, and complete and that this application for employment with the Transportation Security Administration is made in good faith.

Yes

**19 Additional Information**

1) I am registered with the Selective Service System, or I have a valid exemption from registration. Yes
2) I am able to read, write, and speak the English language. Yes
3) I am available for full-time employment (40 hours per week). Yes
4) I am available for part-time employment. Yes
5) I am available for temporary emplyment. Yes
6) I am able to work irregular hours and/or shifts. Yes
7) I am able to read, write, and speak a foreign language No

**20 Airport Employment Status**

Are you currently employed at an airport?
Yes, I am currently employed at an airport

001444

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | 26,894.40 12.93/H |

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| ✓ 13yrs in Air Cargo & Ticket Counter Agent @ Airport | YES |
| ✓ 20yrs Air Force | YES |
| ✓ MBA - Business Administration 12/77 | YES |
| ✓ Current Cargo Agent @ Aeroground | YES |

SALARY OFFER: $ 29,500.00

LOCALITY PAY ADJUSTMENT: $ 3,477.15 11.79%

TOTAL SALARY OFFER: $ 32,977.15

HUMAN RESOURCES REPRESENTATIVE: ____

TSA REPRESENTATIVE: [signature]

# 446

EXHIBIT 12

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT

**PERSONAL DATA**

1. LAST NAME-FIRST NAME-MIDDLE NAME: [redacted]
2. SERVICE NUMBER: D80 29 32
3. SOCIAL SECURITY NUMBER: [redacted]
4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS: NAVY - USN
5a. GRADE, RATE OR RANK: SA
b. PAY GRADE: E-2
6. DATE OF RANK: DAY 29 MONTH OCT YEAR 70
7. U.S. CITIZEN: [X] YES [ ] NO
8. PLACE OF BIRTH (City and State or Country): [redacted]
9. DATE OF BIRTH: [redacted]

**SELECTIVE SERVICE DATA**

10a. SELECTIVE SERVICE NUMBER: 4500 6 51 1614
b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE: 8, SEATTLE, WA.
c. DATE INDUCTED: DAY NA

**TRANSFER OR DISCHARGE DATA**

11a. TYPE OF TRANSFER OR DISCHARGE: DISCHARGED
b. STATION OR INSTALLATION AT WHICH EFFECTED: SSC, NTC, SAN DIEGO, CALIFORNIA
c. REASON AND AUTHORITY: REFER TO DD FORM 215
d. EFFECTIVE DATE: DAY 26 MONTH FEB YEAR 71
12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: SSC, NTC, SDIEGO, CALIFORNIA
13a. CHARACTER OF SERVICE: REFER TO DD FORM 215
b. TYPE OF CERTIFICATE ISSUED: REFER TO DD FORM 215
14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED: NA
15. REENLISTMENT CODE: RE-4

**SERVICE DATA**

16. TERMINAL DATE OF RESERVE/UMTS OBLIGATION: DAY NA
17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION
a. SOURCE OF ENTRY: [X] ENLISTED (First Enlistment) [ ] ENLISTED (Prior Service) [ ] REENLISTED [ ] OTHER
b. TERM OF SERVICE (Years): 04
c. DATE OF ENTRY: DAY 27 MONTH JUL YEAR 70
18. PRIOR REGULAR ENLISTMENTS: NONE
19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC: SR
20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State): SEATTLE, WA.
21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code): SEATTLE, KING, WA.
23a. SPECIALTY NUMBER & TITLE: 0000/0000
b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER: 000.000

22. STATEMENT OF SERVICE

| | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 00 | 06 | 16 |
| | (2) OTHER SERVICE | 00 | 00 | 00 |
| | (3) TOTAL (Line (1) plus Line (2)) | 00 | 06 | 16 |
| b. TOTAL ACTIVE SERVICE | | 00 | 06 | 16 |
| c. FOREIGN AND/OR SEA SERVICE | | 00 | 00 | 00 |

24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED: NATIONAL DEFENSE SERVICE MEDAL X X X

25. EDUCATION AND TRAINING COMPLETED: DEFENSIVE DRIVING COURSE X X X X X X

**VA AND EMP. SERVICE DATA**

26a. NON-PAY PERIODS/TIME LOST (Preceding Two Years): EXLV: 12/20/70 TO 01/03/71; TL: 01/07/71 TO 01/20/71
b. DAYS ACCRUED LEAVE PAID: REFER TO DD FORM 215
27a. INSURANCE IN FORCE (NSLI or USGLI): [ ] YES [X] NO
b. AMOUNT OF ALLOTMENT: $ NA
c. MONTH ALLOTMENT DISCONTINUED: NA
28. VA CLAIM NUMBER: C NA
29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE: [X] XXXXX [ ] $5,000 [ ] NONE 15,000

**REMARKS**

30. REMARKS: HIGH SCHOOL -04- YEARS X X X X X

001458

**AUTHENTICATION**

31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County, State and ZIP Code): [redacted]
32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED: [redacted]
33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER: R. B. SPINNER, CHSHPCLK, W-2, USN, ASS'T TO PERSONNEL OFFICER BY DIRECTION OF THE CO
34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN: R B Spinner

DD FORM 214 N — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE — ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE

| DATE OF CORRECTION | CORRECTION TO DD FORM 214, ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE | DEPARTMENT, COMPONENT AND BRANCH OR CLASS |
|---|---|---|
| 10 MAR 71 | | NAVY - USN |

**IDENTIFICATION DATA**

| LAST NAME - FIRST NAME - MIDDLE NAME | SERVICE NUMBER / SOC SEC ACCT NO. | EFFECTIVE DATE OF TRANSFER OR DISCHARGE (Year, Month, Day) | SELECTIVE SERVICE LOCAL BOARD NUMBER (City, County and State) |
|---|---|---|---|
| [redacted] | D80 39 32 / [redacted] | 71/02/30 | 4500-6-51-1614 SEATTLE, WA. |

| HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code) | PERMANENT ADDRESS FOR MAILING GIVEN ON ORIGINAL DD FORM 214 |
|---|---|
| [redacted] | [redacted] |

**CORRECTIONS**

THE ORIGINAL ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE (DD Form 214) FOR THE ABOVE-NAMED INDIVIDUAL IS CORRECTED AS INDICATED BELOW:

| ITEM NO. | CORRECTED TO READ |
|---|---|
| 11a. | BUPERSINST 1910.22; BUPERSMAN 3420180 & BUPERS LSC 021147Z MAR 71. CODE 265. |
| 13a. | UNDER HONORABLE CONDITIONS |
| 13b. | DD FORM 257N |
| 26b. | 18 DAYS EXCESS LEAVE FROM 12/20/70 TO 01/03/71. |

R. B. SPINNER, CHSHPCLK, W-2, USN, ASS'T TO PERSONNEL OFFICER BY DIRECTION OF THE CO
(Signature of Authenticating Officer)

DD FORM 215 MAR 68 REPLACES EDITION OF 1 NOV 66, WHICH IS OBSOLETE AFTER 31 DEC 68.

3

001453

**DECISION TOOL**
**FOR**
**CREDITABLE EXPERIENCE AND SALARY OFFER**

**TRANSPORTATION SECURITY SCREENER**

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | 46,600 |

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| – BOEING COMPANY – SUPPLY CHAIN ANALYST | |
| 21 YEARS | |
| – NAVY – 6.5 MONTHS – E2 – NATIONAL DEFENSE SVC MEDAL | |
| – 1986–1989 – SUPERVISORY EXPERIENCE OWNING | |
| A JANITORIAL COMPANY | |
| – MANAGER – SKIPPERS FISH N' SHIP RESTAURANT | |
| – DEGREE EDMONDS COMMUNITY COLLEGE – | |
| BUSINESS – 1995 | |

SALARY OFFER: $ 25,350 LOCALITY PAY ADJUSTMENT: $ 2,983.70

TOTAL SALARY OFFER: $ 28,333.70

HUMAN RESOURCES REPRESENTATIVE: Jeffrey Jasmani TSA REPRESENTATIVE: [signature]

# 492

EXHIBIT 13

[redacted]

# Transportation Security Administration: Application for Employment

| 1 Job Title | 2 Grades Applying For | 3 Announcement Number |
|---|---|---|
| LEAD SCREENER | | |

| 4 Name (Last, First, MI) | 5 Social Security Number |
|---|---|
| [redacted] | [redacted] |

| 6 Address (Address, City, State, Zip, Country) | 7 Phone Numbers |
|---|---|
| [redacted] [redacted] [redacted] USA | Day [redacted] Evening[redacted] |

8 Work Experience *Note: Questions 2 through 6 were not asked of general screeners

1) I have experience in identifying dangerous or deadly objects in baggage, cargo, and on passengers and preventing those objects from being transported onto the aircraft.
No

2) I have performed the duties of a ground security coordinator (GSC) for an airline.
I have never performed these duties.

3) I have performed the duties of a second-line/shift-supervisor or manager of airport security screeners.
I have never performed these duties.

4) I have performed the duties of a checkpoint security supervisor (CSS) at an airport.
I have never performed these duties.

5) I have performed the duties of an airport security screener-in-charge.

6) I have performed the duties of an airport security screener team/work leader.
I have never performed these duties.

7) I have performed the duties of an airport security screener.
I have never performed these duties.

8) Do you have experience performing calibration and maintenance on security equipment?
I have never performed these duties.

9) Do you have experience performing security screening using a walk through metal detector/mangetometer?
I have never performed these duties.

10) Do you have experience performing security screening of property using X-ray equipment?
I have never performed these duties.

11) Do you have experience performing security screening of individuals using a hand held metal detector?
I have never performed these duties.

12) Do you have experience performing security screening of property using explosive detection systems (EDS)?
I have never performed these duties.

13) Do you have experience performing security screening of property using explosive trace detection (ETD)?
I have never performed these duties.

[redacted]

8 Work Experience Cont.

14) Do you have experience performing physical inspections of property such as bags, briefcases, cargo, etc.?
I have never performed these duties.

15) Do you have experience performing physical inspections of property such as vehicles, buildings, etc.?
I am not currently performing these duties, but I do have between 1 and 3 years of experience

16) Do you have experience performing pat-down searches of individuals?
I have never performed these duties.

17) Do you have experience managing security incidents as they occurred (e.g., attempted security breaches, interference with screening personnel, or actual security threat incidents)?
I have never performed these duties.

18) Do you have experience responding to security emergencies, such as bomb threats, according to established policies or procedures?
I am not currently performing these duties, but I do have less than 1 year of experience

19) Do you have experience performing in a supervisory role evaluating or directing other workers?
I am not currently performing these duties, but I do have between 1 and 3 years of experience

20) Which answer best describes your experience in security work or avaiation screener work, or with X-ray technician work?
I have one year or more of cumulative experience in one job

9 May We Contact Your Current Supervisor?

10 Education **Note: Questions 1 through 6 were only asked of individuals applying for General and Supervisor Screener

1) I am a high school graduate.
2) I have a G.E.D. or High School Equivalency.
3) I have an Associate's degree.
4) I have a Bachelor's degree.
5) I have a Master's degree.
6) I have a Doctorate.

7) What is the highest level of education you have completed?
A bachelor's degree

11 Last High School or GED School

12 Colleges and Universities Attended

13 Other Qualifications

1) Describe your highest level of aviation screener training.
I have no education or training

2) Describe your highest level of training or education with X-ray equipment.
I have no education or training

3) Describe your highest level of training or education with explosive detection system (EDS) equipment.
I have no education or training

4) Describe your highest level of training or education with explosive trace detection (ETD) devices.
I have no education or training

5) Describe your highest level of training or education with a hand held metal detector.
I have no education or training

6) Describe your highest level of training or education with walk through metal detector/magnetometer equipment.
I have no education or training



002198

[redacted]

**Other Qualifications Cont.**

7) Describe your highest level of training or education with physical searches of property.
I have no education or training

8) Describe your highest level of training or education with pat-down searches of individuals.
I have no education or training

9) Describe your highest level of training or education with computer-aided tomography (CAT) equipment.
I have no education or training

10) Describe your highest level of training or education with explosive ordinance disposal.
I have no education or training

11) Describe your highest level of training or education with the aviation checkpoint security/screener-in-charge position.
I have no education or training

12) Describe your highest level of training or education with the aviation ground security coordinator position.
I have no education or training

**14 Citizenship**

1) I am a citizen of the United States. Yes

**15 Veterans' Preference**

I am not eligible to claim a Veterans' preference

**16 Federal Civilian Employee Status**

1) I am currently a permanent civilian employee, or I have been a permanent civilian employee of a Federal agency.
No

2) I am currently a temporary civilian employee of a Federal agency.
No

**17 Are you eligible for reinstatement based on career-conditional Federal Status?**

**18 Certification**

I certify that, to the best of my knowledge and belief, ALL of the information provided on this application is true, accurate, and complete and that this application for employment with the Transportation Security Administration is made in good faith.

Yes

**19 Additional Information**

1) I am registered with the Selective Service System, or I have a valid exemption from registration. Yes
2) I am able to read, write, and speak the English language. Yes
3) I am available for full-time employment (40 hours per week). Yes
4) I am available for part-time employment. Yes
5) I am available for temporary emplyment. Yes
6) I am able to work irregular hours and/or shifts. No
7) I am able to read, write, and speak a foreign language.

**20 Airport Employment Status**

Are you currently employed at an airport?
No, I have never been employed at an airport

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| | | | 53,056.10 |
| [redacted] | | | |

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| * 2 B Degrees BA Chemistry BS Chemical Engineering | YES |
| BA – William Jewell College 1977 | |
| BS – Kansas University 1983 | |
| * Security Guard @ Chemical Plant 1981 | NO |
| * No Current Security Experience | NO |
| | |
| | |
| | |

SALARY OFFER: $ 26,600

LOCALITY PAY ADJUSTMENT: $ 11.77% $3,130.82

TOTAL SALARY OFFER: $ 29,730.82

HUMAN RESOURCES REPRESENTATIVE: [signature]

TSA REPRESENTATIVE: [signature]

# 599

EXHIBIT 14

Date: 14-Aug-2002

Site ID: 48794

TSA Competency Inventory for STSS Results

Name: [redacted]

Candidate ID: 1831032

Registration Number: 5325458

Validation Number: 253285355

Test Status: Fail

TRANSPORTATION SECURITY ADMINISTRATION
TRANSPORTATION SECURITY SCREENER/SUPERVISOR
WORK EXPERIENCE INTERVIEW FORM

Name: [redacted]

Date: 9-6-02 Airport: SEA

SSN: [redacted]

Candidate ID No: 1773351

STSS LTSS (TSS)

Circle One Rating:

1 No relevant experience or relevant interests/Not suitable
2 Fair
3 Satisfactory experience and interest/Suitable
4 Good
(5) Extremely relevant experience and interest/Very Suitable

Why are you interested in working for TSA as a Security Screener/Supervisor?

- enjoys customer service
-

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

- Military 6yrs. - Infantry - Army - E-4
- Huntleigh - managed personnel - screening (3 or 4 mo Nov to Feb 2001)

What are/were your major responsibilities and duties with (x organization)?

Screening - personel - handle complaints

What are/were your reasons for leaving your current/previous employer?

- Still there
- miss working for the gov. - good benefits - structu

What relevant equipment do/did you operate?

- hand held wands
- walk-thru / X-Ray machine

What relevant certifications do you have (e.g., EDS, ETD)?

EDS / ETD

Relevant Interviewer Notes/Comments:

001649

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | $32K/yr |

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| * Army - 6yrs / '95 - 2000 - Infantry | Yes |
| * Mgr in Army - '98 - 2000 | Yes |
| * Currently @ Mgr. w/ Huntleigh - $32K/yr. ↳ Consolation group | Yes |
| * Screener - Supervisor - <1yr. ↳ Special Services | Yes |
| ↳ Checkpoint Security Supervisor | |
| ↳ @ SEATAC | |
| | |
| | |

LOCALITY PAY ADJUSTMENT: $ 3295.60

SALARY OFFER: $ 28,000

TOTAL SALARY OFFER: $ 31,295.60

HUMAN RESOURCES REPRESENTATIVE: Amy Green

TSA REPRESENTATIVE: ____________

[redacted]

# Transportation Security Administration: Application for Employment

| 1 Job Title | 2 Grades Applying For | 3 Announcement Number |
|---|---|---|
| GENERAL SCREENER | | |

| 4 Name (Last, First, MI) | 5 Social Security Number |
|---|---|
| [redacted] | [redacted] |
| **6 Address (Address, City, State, Zip, Country)** | **7 Phone Numbers** |
| [redacted] | Day [redacted]<br>Evening [redacted] |

8 Work Experience *Note: Questions 2 through 6 were not asked of general screeners

1) I have experience in identifying dangerous or deadly objects in baggage, cargo, and on passengers and preventing those objects from being transported onto the aircraft.
Yes

2) I have performed the duties of a ground security coordinator (GSC) for an airline.

3) I have performed the duties of a second-line/shift-supervisor or manager of airport security screeners.

4) I have performed the duties of a checkpoint security supervisor (CSS) at an airport.

5) I have performed the duties of an airport security screener-in-charge.

6) I have performed the duties of an airport security screener team/work leader.

7) I have performed the duties of an airport security screener.
I am not currently performing these duties, but I do have less than 3 years of experience

8) Do you have experience performing calibration and maintenance on security equipment?
I currently perform the duties and have less than 3 years of experience

9) Do you have experience performing security screening using a walk through metal detector/mangetometer?
I currently perform the duties and have less than 3 years of experience

10) Do you have experience performing security screening of property using X-ray equipment?
I am not currently performing these duties, but I do have less than 3 years of experience

11) Do you have experience performing security screening of individuals using a hand held metal detector?
I currently perform the duties and have less than 3 years of experience

12) Do you have experience performing security screening of property using explosive detection systems (EDS)?
I have never performed these duties

13) Do you have experience performing security screening of property using explosive trace detection (ETD)?
I currently perform the duties and have less than 3 years of experience



002239

[redacted]

8 Work Experience Cont.

14) Do you have experience performing physical inspections of property such as bags, briefcases, cargo, etc.?
I currently perform the duties and have less than 3 years of experience

15) Do you have experience performing physical inspections of property such as vehicles, buildings, etc.?
I currently perform the duties and have between 3 and 5 years of experience

16) Do you have experience performing pat-down searches of individuals?
I currently perform the duties and have less than 3 years of experience

17) Do you have experience managing security incidents as they occurred (e.g., attempted security breaches, interference with screening personnel, or actual security threat incidents)?
I currently perform the duties and have between 3 and 5 years of experience

18) Do you have experience responding to security emergencies, such as bomb threats, according to established policies or procedures?
I currently perform the duties and have more than 5 years of experience

19) Do you have experience performing in a supervisory role evaluating or directing other workers?

20) Which answer best describes your experience in security work or avaiation screener work, or with X-ray technician work?
I have one year or more of cumulative experience in one job

9 May We Contact Your Current Supervisor?

10 Education **Note: Questions 1 through 6 were only asked of individuals applying for General and Supervisor Screener

| | |
|---|---|
| 1) I am a high school graduate. | Yes |
| 2) I have a G.E.D. or High School Equivalency. | No |
| 3) I have an Associate's degree. | No |
| 4) I have a Bachelor's degree. | No |
| 5) I have a Master's degree. | No |
| 6) I have a Doctorate. | No |
| | No |

7) What is the highest level of education you have completed?

11 Last High School or GED School

12 Colleges and Universities Attended

13 Other Qualifications

1) Describe your highest level of aviation screener training.
I have a certification

2) Describe your highest level of training or education with X-ray equipment.
I have a certification

3) Describe your highest level of training or education with explosive detection system (EDS) equipment.
I have on-the-job training

4) Describe your highest level of training or education with explosive trace detection (ETD) devices.
I have a certification

5) Describe your highest level of training or education with a hand held metal detector.
I have a certification

6) Describe your highest level of training or education with walk through metal detector/magnetometer equipment.
I have a certification

[redacted]

**Other Qualifications Cont.**

7) Describe your highest level of training or education with physical searches of property.
I have a certification

8) Describe your highest level of training or education with pat-down searches of individuals.
I have a certification

9) Describe your highest level of training or education with computer-aided tomography (CAT) equipment.
I have on-the-job training

10) Describe your highest level of training or education with explosive ordinance disposal.
I have no education or training

11) Describe your highest level of training or education with the aviation checkpoint security/screener-in-charge position.
I have a certification

12) Describe your highest level of training or education with the aviation ground security coordinator position.
I have on-the-job training

**14 Citizenship**

1) I am a citizen of the United States. Yes

**15 Veterans' Preference**

10-Point Disability Preference (XP)

**16 Federal Civilian Employee Status**

1) I am currently a permanent civilian employee, or I have been a permanent civilian employee of a Federal agency.
No

2) I am currently a temporary civilian employee of a Federal agency.
No

**17 Are you eligible for reinstatement based on career-conditional Federal Status?**

**18 Certification**

I certify that, to the best of my knowledge and belief, ALL of the information provided on this application is true, accurate, and complete and that this application for employment with the Transportation Security Administration is made in good faith.

Yes

**19 Additional Information**

| | |
|---|---|
| 1) I am registered with the Selective Service System, or I have a valid exemption from registration. | No |
| 2) I am able to read, write, and speak the English language. | Yes |
| 3) I am available for full-time employment (40 hours per week). | Yes |
| 4) I am available for part-time employment. | Yes |
| 5) I am available for temporary emplyment. | Yes |
| 6) I am able to work irregular hours and/or shifts. | Yes |
| 7) I am able to read, write, and speak a foreign language. | No |

**20 Airport Employment Status**

Are you currently employed at an airport?
Yes, I am currently employed at an airport