# 621

EXHIBIT 15

001693

**DECISION TOOL**
**FOR**
**CREDITABLE EXPERIENCE AND SALARY OFFER**

**TRANSPORTATION SECURITY SCREENER**

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | $12.00 |
| [redacted] | | | |
| WORK EXPERIENCE ETD, X-ray, Front mac/back → | | | SPECIALIZED EXPERIENCE YES OR NO |
| 1. Security experience – 5½ mo. as a Screener | | | Yes |
| 2 Military | | | |
| 3. Supervisory – 21 years of experience | | | |
| 4. current pay – $12.00 hr. | | | |
| 5. Resume | | | |
| 6. Education – M.A in Economics | | | |
| B.A in Economics | | | |
| PHD in Economics program @ university of WA. | | | |

SALARY OFFER: $ 27,750

LOCALITY PAY ADJUSTMENT: $ 3266.18

TOTAL SALARY OFFER: $ 31016.18

HUMAN RESOURCES REPRESENTATIVE: [signature]

TSA REPRESENTATIVE: [signature]

Huntleigh USA
10332 Old Olive Street
St. Louis, MO 63141

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

[redacted]

SSN [redacted]

| | | | | | | |
|---|---|---|---|---|---|---|
| Emp No | [redacted] | FIT | S | 0 | Check No | 1343988 |
| Location | SEA | | | | Check Date | 10/07/2002 |
| Service | 2 | | | 0 | Period End | 09/30/2002 |
| Profit Ctr | 6 | | | | Paygroup | SEMIH |
| Department | SEA210 | LIT work | S | 0 | Job | PBS |
| | | | | | Pay Rate | 12.0000 |

COMPANY MESSAGE

EARNINGS

| Pay Type | Department | Pay Rate | Current Hours | Current | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | 0.00 | 0.00 | | 432.00 |
| Overtime Pay | SEA210 | 6.07 | 8.25 | 50.10 | 573.50 |
| Regular Pay | SEA210 | 12.00 | 89.25 | 1,071.00 | |
| Regular Pay | SEA204 | 14.00 | 7.00 | 98.00 | 10,373.00 |
| Trans Reimb | SEA210 | 0.00 | 0.00 | | 150.00 |

MISCELLANEOUS

DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|

TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income T | 154.01 | 1,497.74 |
| Employee Medicar | 17.68 | 164.99 |
| Social Security | 75.58 | 705.47 |
| WA LABOR & IND E | 9.35 | 76.20 |

EMPLOYEE ACCRUALS

SEA\SEA210\

[redacted]

NET PAY DISTRIBUTION

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 1,219.10 | 255.62 | 0.00 | 963.48 |
| YTD | 11,528.60 | 2,444.40 | 0.00 | 9,084.20 |

| | |
|---|---|
| Check Amount | 963.48 |
| Total Net Pay | 963.48 |

U.S. DEPARTMENT OF TRANSPORTATION
TRANSPORTATION SECURITY ADMINISTRATION
400 7TH STREET
WASHINGTON, D.C. 20590

Date: Airport: SEA

Applicant First Name: [redacted]

Applicant Last Name: [redacted]

Applicant ID#: 1884158

Applicant SSN: [redacted]

Location: Seattle, Washington

The Transportation Security Agency (TSA) appreciates your interest in employment. We are pleased that you took the time to apply for a position at TSA and attend the assessment center.

This letter is to advise you that you did not successfully pass the assessment for the position of :

LEAD TRANSPORTATION SECURITY SCREENER

We are unable to continue processing your application at this time.

It is important that you know that the TSA is not able to provide any detailed information regarding your results on the tests or interview. This is a pass/fail assessment system; therefore you will receive no further information by calling the agency, its employees, or its contractors.

Thank you for your interest in employment with TSA. We wish you every success in your future endeavors.

______________________________
Human Resources Representative

[redacted]

OBJECTIVE:

Seeking responsible position and opportunity in the areas of Business Management & Customer Service.

EXPERIENCE:

08/99 – 05/00 HMS HOST Sea Tac Int'l Airport, WA
Food & Beverage Manager

Responsible for Financial Plans in achieving Financial Goals. Detailed organizational skills dealing with associates attendance, Scheduling Employee Relations, Food Ordering / Receiving, Trouble-shooting, Cash handling Over / Shorts, Hiring & Training, and other restaurant's duties as needed.

08/98 – 08/99 FRED MEYER RETAIL STORE Bellevue, WA
Accessories Department Manager

Responsible for all displaying of the products, Achieving Sales Goals within Department, Customer Service, Cashiering, and Manager in Charge of all apparel Departments.

01/94 – 07/98 SKIPPER'S SEAFOOD & CHOWDER HOUSE Renton, WA
Restaurant Manager

Responsible for Financial Plans in Achieving Financial Goals. Hiring & Training of Management and Production Employees, Scheduling, Food Ordering & Food Cost Analysis, Local Advertising to promote Sales, and other Managerial duties.

05/88 – 10/93 FOOD MAKER, INC. Renton, WA
Designated Restaurant Manager

Rated number one Manager in the Region in 1990 in overall rating, as well as in Customer Service Achievements. Duties Responsible for Achieving Financial Goals, Employee Relations and Retention, Scheduling Food Ordering & Food Cost Analysis, Accounting & Payrolls, Hiring & Training of both Management & Production Employees, Public Relations & Local Advertising to promote Sales, Developed Incentive Systems, Preventive Maintenance Programs for Building and Restaurant Equipment, and other Managerial duties.

09/81 – 04/88 FOOD MAKER, INC. Seattle, WA
Restaurant Assistant Manager

Direct Supervision and Training of Production Employees, Performed Administrative tasks, Register Audits and Hourly Readings. Assist Manager in interviewing, Hiring & Training, and Writing Business Action Plans.

04/80 – 06/83 UNIVERSITY OF WASHINGTON Seattle, WA
Computer Consultant

Acted as Consultant by assisting students with their Basic Language Programming Problems. Also responsible for CDC Main Frame and VAX mini Computer Operations in good working conditions.

EDUCATION:

Worked on the Ph.D. in Economics Program at the University of Washington, Seattle, Washington, from 1978 – 1984. Also in rolled in Secondary Teaching Certification in Mathematics at the University of Washington from 1984 – 1985.

M.A. in Economics and Business at the University of Nebraska, Lincoln, Nebraska, 1977.
B.A. in Economics and Accounting at the Babolsar University, Babolsar. IRAN, 1975.

STRONG POINTS AND ABILITIES:

A Team player, Fast leaner and Perform quality work.
Strong Customer Service Abilities
Muli-lingual and Capable of adapting to different cultures.

[redacted]

## Transportation Security Administration: Application for Employment

| | | |
|---|---|---|
| 1 Job Title<br>LEAD SCREENER | 2 Grades Applying For | 3 Announcement Number |
| 4 Name (Last, First, MI)<br>[redacted] | | 5 Social Security Number<br>[redacted] |
| 6 Address (Address, City, State, Zip, Country)<br>[redacted] [redacted] USA | | 7 Phone Numbers<br>Day [redacted]<br>Evening [redacted] |

8 Work Experience **Note: Questions 2 through 6 were not asked of general screeners

1) I have experience in identifying dangerous or deadly objects in baggage, cargo, and on passengers and preventing those objects from being transported onto the aircraft.
Yes

2) I have performed the duties of a ground security coordinator (GSC) for an airline.
I am not currently performing these duties, but I do have more than 5 years of experience

3) I have performed the duties of a second-line/shift-supervisor or manager of airport security screeners.
I am not currently performing these duties, but I do have more than 5 years of experience

4) I have performed the duties of a checkpoint security supervisor (CSS) at an airport.
I have never performed these duties

5) I have performed the duties of an airport security screener-in-charge.

6) I have performed the duties of an airport security screener team/work leader.
I am not currently performing these duties, but I do have less than 1 year of experience

7) I have performed the duties of an airport security screener.
I currently perform the duties, but have less than 1 year of experience

8) Do you have experience performing calibration and maintenance on security equipment?
I have never performed these duties

9) Do you have experience performing security screening using a walk through metal detector/mangetometer?
I currently perform the duties, but have less than 1 year of experience

10) Do you have experience performing security screening of property using X-ray equipment?
I currently perform the duties, but have less than 1 year of experience

11) Do you have experience performing security screening of individuals using a hand held metal detector?
I currently perform the duties, but have less than 1 year of experience

12) Do you have experience performing security screening of property using explosive detection systems (EDS)?
I currently perform the duties, but have less than 1 year of experience

13) Do you have experience performing security screening of property using explosive trace detection (ETD)?
I currently perform the duties, but have less than 1 year of experience

[redacted]

8 Work Experience Cont.

14) Do you have experience performing physical inspections of property such as bags, briefcases, cargo, etc.?
I currently perform the duties, but have less than 1 year of experience

15) Do you have experience performing physical inspections of property such as vehicles, buildings, etc.?
I have never performed these duties.

16) Do you have experience performing pat-down searches of individuals?
I currently perform the duties, but have less than 1 year of experience

17) Do you have experience managing security incidents as they occurred (e.g., attempted security breaches, interference with screening personnel, or actual security threat incidents)?
I currently perform the duties, but have less than 1 year of experience

18) Do you have experience responding to security emergencies, such as bomb threats, according to established policies or procedures?
I currently perform the duties, but have less than 1 year of experience

19) Do you have experience performing in a supervisory role evaluating or directing other workers?
I am not currently performing these duties, but I do have more than 5 years of experience

20) Which answer best describes your experience in security work or avaiation screener work, or with X-ray technician work?
I have one year or more of cumulative experience in one job

9 May We Contact Your Current Supervisor?

10 Education **Note: Questions 1 through 6 were only asked of individuals applying for General and Supervisor Screener

1) I am a high school graduate.
2) I have a G.E.D. or High School Equivalency.
3) I have an Associate's degree.
4) I have a Bachelor's degree.
5) I have a Master's degree.
6) I have a Doctorate.

7) What is the highest level of education you have completed?
A master's degree or professional degree such as an MBA

11 Last High School or GED School

12 Colleges and Universities Attended

13 Other Qualifications

1) Describe your highest level of aviation screener training.
I have a certification

2) Describe your highest level of training or education with X-ray equipment.
I have a certification

3) Describe your highest level of training or education with explosive detection system (EDS) equipment.
I have a certification

4) Describe your highest level of training or education with explosive trace detection (ETD) devices.
I have a certification

5) Describe your highest level of training or education with a hand held metal detector.
I have a certification

6) Describe your highest level of training or education with walk through metal detector/magnetometer equipment.
I have a certification

[redacted]

[redacted]

Other Qualifications Cont.

7) Describe your highest level of training or education with physical searches of property.
I have a certification

8) Describe your highest level of training or education with pat-down searches of individuals.
I have a certification

9) Describe your highest level of training or education with computer-aided tomography (CAT) equipment.
I have on-the-job training

10) Describe your highest level of training or education with explosive ordinance disposal.
I have no education or training

11) Describe your highest level of training or education with the aviation checkpoint security/screener-in-charge position.
I have on-the-job training

12) Describe your highest level of training or education with the aviation ground security coordinator position.
I have on-the-job training

14 Citizenship

1) I am a citizen of the United States. Yes

15 Veterans' Preference

I am not eligible to claim a Veterans' preference

16 Federal Civilian Employee Status

1) I am currently a permanent civilian employee, or I have been a permanent civilian employee of a Federal agency.
No

2) I am currently a temporary civilian employee of a Federal agency.
No

17 Are you eligible for reinstatement based on career-conditional Federal Status?

18 Certification

I certify that, to the best of my knowledge and belief, ALL of the information provided on this application is true, accurate, and complete and that this application for employment with the Transportation Security Administration is made in good faith.

Yes

19 Additional Information

1) I am registered with the Selective Service System, or I have a valid exemption from registration.

2) I am able to read, write, and speak the English language. Yes

3) I am available for full-time employment (40 hours per week). Yes

4) I am available for part-time employment. No

5) I am available for temporary emplyment. No

6) I am able to work irregular hours and/or shifts. Yes

7) I am able to read, write, and speak a foreign language. Yes

20 Airport Employment Status

Are you currently employed at an airport?
Yes, I am currently employed at an airport

BALTIMORE

# 806

EXHIBIT 16

U.S. DEPARTMENT OF TRANSPORTATION
TRANSPORTATION SECURITY ADMINISTRATION
400 7TH STREET
WASHINGTON, D.C. 20590

Date: 5-30-02 Testing Location: BWI Airport: BWI

Name: [redacted]

SSN: [redacted]

Candidate ID #: 475414

The Transportation Security Agency (TSA) appreciates your interest in employment. We are pleased that you took the time to apply for a position at TSA and attend the assessment center.

This letter is to advise you that you did not successfully pass the assessment for the position of SCREENER in the TSA. We are unable to continue processing your application at this time.

If your disqualification is a result of your inability to meet the medical or physical requirements of the position, you will be told that information. Otherwise, it is important that you know that the TSA is not able to provide any detailed information regarding your results on the tests or interview. This is a pass/fail assessment system; therefore you will receive no further information by calling the agency, its employees, or its contractors.

Thank you for your interest in employment with TSA. We wish you every success in your future endeavors.

[signature]
Human Resources Representative

Received: [redacted] Date: 5-30-02
[redacted]

**Date:** 30-May-2002

TSA Competency Inventory for TSS Results

Name: [redacted]

Candidate ID: 475414

Registration Number: 4551091

Validation Number: 283058152

Test Status: Fail

EXHIBIT 17

001936

**DECISION TOOL**
**FOR**
**CREDITABLE EXPERIENCE AND SALARY OFFER**

**TRANSPORTATION SECURITY SCREENER**

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | Unkn |
| WORK EXPERIENCE | | | SPECIALIZED EXPERIENCE YES OR NO |
| Top Secret Clearance of Security @ Bosnia in USA / Fire | | | |
| | | | |
| Credits Towards AA Degree | | | |
| | | | |
| Current Nat. Guard. | | | |
| | | | |
| | | | |
| | | | |

SALARY OFFER: $ 26,000.00

LOCALITY PAY ADJUSTMENT: $ 3,060.20

TOTAL SALARY OFFER: $ 29,060.20

HUMAN RESOURCES REPRESENTATIVE: [signature]

TSA REPRESENTATIVE: by: [signature]

# Transportation Security Administration: Application for Employment

| 1 Job Title | 2 Grades Applying For | 3 Announcement Number |
|---|---|---|
| SUPERVISOR SCREENER | | |

| 4 Name (Last, First, MI) | 5 Social Security Number |
|---|---|
| | |

**8 Work Experience** **Note: Questions 2 through 6 were not asked of general screeners.

1) I have experience in identifying dangerous or deadly objects in baggage, cargo, and on passengers and preventing those objects from being transported onto the aircraft.
Yes

2) I have performed the duties of a ground security coordinator (GSC) for an airline.
I have never performed these duties

3) I have performed the duties of a second-line/shift-supervisor or manager of airport security screeners.
I have never performed these duties

4) I have performed the duties of a checkpoint security supervisor (CSS) at an airport.
I have never performed these duties

5) I have performed the duties of an airport security screener-in-charge.
I have never performed these duties

6) I have performed the duties of an airport security screener team/work leader.
I am not currently performing these duties, but I do have less than 3 years of experience

7) I have performed the duties of an airport security screener.
I am not currently performing these duties, but I do have less than 3 years of experience

8) Do you have experience performing calibration and maintenance on security equipment?
I have never performed these duties

9) Do you have experience performing security screening using a walk through metal detector/mangetometer?
I have never performed these duties

10) Do you have experience performing security screening of property using X-ray equipment?
I have never performed these duties

11) Do you have experience performing security screening of individuals using a hand held metal detector?
I am not currently performing these duties, but I do have less than 3 years of experience

12) Do you have experience performing security screening of property using explosive detection systems (EDS)?
I am not currently performing these duties, but I do have less than 3 years of experience

13) Do you have experience performing security screening of property using explosive trace detection (ETD)?
I have never performed these duties

**8 Work Experience Cont.**

14) Do you have experience performing physical inspections of property such as bags, briefcases, cargo, etc.?
I am not currently performing these duties, but I do have less than 3 years of experience

15) Do you have experience performing physical inspections of property such as vehicles, buildings, etc.?
I am not currently performing these duties, but I do have less than 3 years of experience

16) Do you have experience performing pat-down searches of individuals?
I am not currently performing these duties, but I do have less than 3 years of experience

17) Do you have experience managing security incidents as they occurred (e.g., attempted security breaches, interference with screening personnel, or actual security threat incidents)?
I am not currently performing these duties, but I do have less than 3 years of experience

18) Do you have experience responding to security emergencies, such as bomb threats, according to established policies or procedures?
I am not currently performing these duties, but I do have between 3 and 5 years of experience

19) Do you have experience performing in a supervisory role evaluating or directing other workers?
I currently perform the duties and have between 3 and 5 years of experience

20) Which answer best describes your experience in security work or avaiation screener work, or with X-ray technician work?
I have one year or more of cumulative experience in one job

**9 May We Contact Your Current Supervisor?**

**10 Education** **Note: Questions 1 through 6 were only asked of individuals applying for General and Supervisor Screener

| | |
|---|---|
| 1) I am a high school graduate. | Yes |
| 2) I have a G.E.D. or High School Equivalency. | Yes |
| 3) I have an Associate's degree. | Yes |
| 4) I have a Bachelor's degree. | No |
| 5) I have a Master's degree. | No |
| 6) I have a Doctorate. | No |

7) What is the highest level of education you have completed?

**11 Last High School or GED School**

**12 Colleges and Universities Attended**

**13 Other Qualifications**

1) Describe your highest level of aviation screener training.
I have completed a specialized course, program, or seminar

2) Describe your highest level of training or education with X-ray equipment.
I have no education or training

3) Describe your highest level of training or education with explosive detection system (EDS) equipment.
I have completed a specialized course, program, or seminar

4) Describe your highest level of training or education with explosive trace detection (ETD) devices.
I have completed a specialized course, program, or seminar

5) Describe your highest level of training or education with a hand held metal detector.
I have on-the-job training

6) Describe your highest level of training or education with walk through metal detector/magnetometer equipment.
I have no education or training

**Other Qualifications Cont.**

7) Describe your highest level of training or education with physical searches of property.
I have completed a specialized course, program, or seminar

8) Describe your highest level of training or education with pat-down searches of individuals.
I have completed a specialized course, program, or seminar

9) Describe your highest level of training or education with computer-aided tomography (CAT) equipment.
I have no education or training

10) Describe your highest level of training or education with explosive ordinance disposal.
I have completed a specialized course, program, or seminar

11) Describe your highest level of training or education with the aviation checkpoint security/screener-in-charge position.
I have no education or training

12) Describe your highest level of training or education with the aviation ground security coordinator position.
I have no education or training

**14 Citizenship**

1) I am a citizen of the United States. Yes

**15 Veterans' Preference**

10-Point Disability Preference (XP)

**16 Federal Civilian Employee Status**

1) I am currently a permanent civilian employee, or I have been a permanent civilian employee of a Federal agency.
No

2) I am currently a temporary civilian employee of a Federal agency.
No

**17 Are you eligible for reinstatement based on career-conditional Federal Status?**

**18 Certification**

I certify that, to the best of my knowledge and belief, ALL of the information provided on this application is true, accurate, and complete and that this application for employment with the Transportation Security Administration is made in good faith.

Yes

**19 Additional Information**

| | |
|---|---|
| 1) I am registered with the Selective Service System, or I have a valid exemption from registration. | Yes |
| 2) I am able to read, write, and speak the English language. | Yes |
| 3) I am available for full-time employment (40 hours per week). | Yes |
| 4) I am available for part-time employment. | Yes |
| 5) I am available for temporary emplyment. | Yes |
| 6) I am able to work irregular hours and/or shifts. | Yes |
| 7) I am able to read, write, and speak a foreign language. | Yes |

**20 Airport Employment Status**

Are you currently employed at an airport?
No, I have never been employed at an airport



002645

# 953

EXHIBIT 18

001952

**DECISION TOOL**
**FOR**
**CREDITABLE EXPERIENCE AND SALARY OFFER**

**TRANSPORTATION SECURITY SCREENER**

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| [redacted] | [redacted] | | $13.80 |

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| military – | |
| Screener – 6 months ETD → | yes |
| Education – 2 years of college | |
| Sup – | |
| Law – | |
| | |
| | |
| | |

SALARY OFFER: $ 25,500

LOCALITY PAY ADJUSTMENT: $ 3001.35

TOTAL SALARY OFFER: $ 28501.35

HUMAN RESOURCES REPRESENTATIVE: [signature]

TSA REPRESENTATIVE: [signature]

+ 6 months as Screener

$13.00 — military

— Education — 2 years college

* certified X ray, ETD,

Bag checker

$15.00

TSA [illegible]



# TRANSPORTATION SECURITY ADMINISTRATION
# TRANSPORTATION SECURITY SCREENER/SUPERVISOR
# WORK EXPERIENCE INTERVIEW FORM

| | |
|---|---|
| First Name: [redacted] | Circle One Rating: |
| Last Name: [redacted] | 1 No relevant experience or relevant interests/Not suitable |
| Date: 10/03/02 | 2 Fair |
| SSN: [redacted] | 3 Satisfactory experience and interest/Suitable |
| | (4) Good |
| | 5 Extremely relevant experience and interest/Very Suitable |
| Candidate ID No: 2049589 | TRANSPORTATION SECURITY SCREENER |

Why are you interested in working for TSA as a Security Screener/Lead/Supervisor?
Federal Job; Got Laid off last year

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions): Screener (6 mo.)

What are/were your major responsibilities and duties with (x organization)?
- Securing safe travel
- cabin sweep
- checking luggage at gate

What are/were your reasons for leaving your current/previous employer? Laid Off

What relevant equipment do/did you operate? X-Ray machine; Wand

What relevant certifications do you have (e.g., EDS, ETD)? certified - X-ray, hand wand; Explosive device

*Relevant Interviewer Notes/Comments:*

001970

# TRANSPORTATION SECURITY ADMINISTRATION
# TRANSPORTATION SECURITY SCREENER/SUPERVISOR
# WORK EXPERIENCE INTERVIEW FORM

| | |
|---|---|
| First Name: [redacted]<br>Last Name: [redacted]<br>Date: 10/3/02<br>SSN [redacted]<br>Candidate ID No: 1903297 | Circle One Rating:<br>1 No relevant experience or relevant interests/Not suitable<br>2 Fair<br>(3) Satisfactory experience and interest/Suitable<br>4 Good<br>5 Extremely relevant experience and interest/Very Suitable<br><br>TRANSPORTATION SECURITY SCREENER |

Why are you interested in working for TSA as a Security Screener/Lead/Supervisor?

- Love Security.
- Team work

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

Olympic (9 mos - Security)

What are/were your major responsibilities and duties with (x organization)?

Screener -

What are/were your reasons for leaving your current/previous employer?

$13/Hr -

What relevant equipment do/did you operate?

Wands, patdowns.

What relevant certifications do you have (e.g., EDS, ETD)?

ETD -

**EXHIBIT 19**

*Relevant Interviewer Notes/Comments:*

001751

002075

# DECISION TOOL
# FOR
# CREDITABLE EXPERIENCE AND SALARY OFFER

## TRANSPORTATION SECURITY SCREENER

Identify applicant's additional work experience. Determine the specialized experience required for the position.

| NAME | SSN | | BASE SALARY *Current or most recent* |
|---|---|---|---|
| | | | ~ 20K |

[redacted]

| WORK EXPERIENCE | SPECIALIZED EXPERIENCE YES OR NO |
|---|---|
| → Tacoma Courthouse | |
| * Currently Working @ Olympic Security ~10.00/hr. | Yes |
| * Retired Navy – Aviation Electronics technician | |
| E6 = In flight technician | Yes |
| – TOP Secret Clearance | Yes |
| * Security Exp – Weapons Qualified – Guarded Aircraft – Armed | Yes |
| * Associates Degree – AS | Yes |
| * Mgmt Exp: | |
| Avionics Work Center Supervisor (70 + people) | |

SALARY OFFER: $ 29,000

LOCALITY PAY ADJUSTMENT: $ ______

TOTAL SALARY OFFER: $ 32413.30

HUMAN RESOURCES REPRESENTATIVE: ______

TSA REPRESENTATIVE: [signature]

# TRANSPORTATION SECURITY ADMINISTRATION
## TRANSPORTATION SECURITY SCREENER/SUPERVISOR
## WORK EXPERIENCE INTERVIEW FORM

ame: _

ate: 08/21/02 Airport: SBH

SN: ___

andidate ID No: 3341751

STSS **(LTSS)** TSS

Circle One Rating:

1 No relevant experience or relevant interests/Not suitable
2 Fair
3 Satisfactory experience and interest/Suitable
**(4)** Good
5 Extremely relevant experience and interest/Very Suitable

Why are you interested in working for TSA as a Security Screener/Supervisor?

— "Opportunity to serve my country"!

Please describe briefly the relevant work experience to this job that you have had (include how long you held these related positions):

- currently working at olympic Security
- Screening people / magnetic sweep
- Search Bags

What are/were your major responsibilities and duties with (x organization)?

— making sure the doors are locked.
- Checking a other Buildings.

What are/were your reasons for leaving your current/previous employer?

- no Benefits - No challenge.
- pay is very low

What relevant equipment do/did you operate?

— Wand

What relevant certifications do you have (e.g., EDS, ETD)?

none

Relevant Interviewer Notes/Comments:

002080

* Currently working
  - Olympic Security
    # Tacoma Courthouse
  - $7.75/hr.

Military Exp.

* Retired Navy
  - Aviation Electronics technician
  - In flight tech
  - TOP Secret Clearance

Security Exp.

* Weapons Qualified -
  - Guarded Aircraft - armed guard
  - military patrol
  - Security guard in Guam

* Associates degree - AS

* Mgmt Exp.
  Work center Supervisor - 70+ people
  (avionics)

002081