IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAULA R. MOOREHEAD,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-654C<br>(Judge Miller) |

DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 29-day enlargement of time, to and including August 29, 2008, within which to file its reply in support of its motion for summary judgment. Our reply is currently due on July 31, 2008. This is defendant's first request for an enlargement of time for this purpose. The undersigned has contacted plaintiff's counsel, who has stated that plaintiff consents to this motion.

The additional time requested within which to file our reply is necessary to allow counsel to draft the brief, to incorporate comments of agency counsel, and to obtain internal review of our brief. Plaintiff filed her response to our motion for summary judgment on July 14, 2008. From July 19 through July 27, the undersigned will be on active duty for the United States Army Reserve and, thus, will not be able to work on our brief during that time. Further, counsel is schedule to participate in oral argument in Frazier v. United States, No. 2008-5015 (Fed. Cir.), on August 8 and in Universal Polybag v. United States, 07-0043 (Ct. Int'l Trade) on August 11. Further still, counsel has been and will be involved in extensive discovery proceedings in Metcalf Construction Co., Inc. v. United States, No. 07-777C (Fed. Cl.), the drafting of a reply in support of our motion to dismiss in Almond Brothers v. United States, 08-0036 (Ct. Int'l Trade), the

drafting of a response to plaintiff's motion to dismiss our counterclaim in Saudi Logistics and Technical Support v. United States, No. 08-142C (Fed. Cl.), and drafting appeal briefs in Flathead Contractors v. Schaffer, 2008-1183, and Gilda Indus. v. United States, 2008-1344 (Fed. Cir.), as well as various other matters requiring counsel's time.

For the foregoing reasons, defendant respectfully requests that the Court grant this consent motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

/s/ David S. Silverbrand
DAVID S. SILVERBRAND
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 305-3278
fax: (202) 353-7988

July 17, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 17th day of July, 2008, a copy of the foregoing consent motion for an enlargement of time, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court's system.

s/ DAVID S. SILVERBRAND