# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PAULA R. MOOREHEAD,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-654 C<br><br>Filed July 18, 2008 |

**ORDER**

On July 17, 2008, defendant filed a consent motion for enlargement of time, requesting that its deadline for filing a reply in support of its motion for summary judgment be postponed from July 31, 2008, to August 29, 2008. Because the parties agree that the extension of time is warranted, and because the Court appreciates that counsel for defendant has ample reasons for requesting the extension of time, the Court hereby **GRANTS** the motion. Defendant shall file its reply not later than **Friday, August 29, 2008**.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge