IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAULA R. MOOREHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-654C |
| | ) | (Judge Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO FILE**
**PROPOSED FINDINGS OF UNCONTROVERTED FACT OUT OF TIME**

Pursuant to Rules 7(b) and 56(h)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests leave of Court to file our proposed findings of uncontroverted fact out of time.

The Government did not file a separate proposed findings of undisputed fact when we filed our motion for summary judgment on June 13, 2008. The reason defendant failed to file its proposed findings of uncontroverted fact is that the undersigned counsel for defendant misread the rules of the Court. Specifically, the undersigned counsel read Rule 56(a) as permitting the filing of a motion for summary judgment "with or without supporting affidavits . . . ." Further, Rule 56(c) provides that "judgment sought shall be rendered forthwith if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." Because neither Rule 56(a) nor Rule 56(c) state that a separate proposed findings of uncontroverted fact is required, and the undersigned overlooked Rule 56(h)(1), which requires "[t]he moving or cross-moving party shall file, together with its motion, a separate document titled Proposed Findings of Uncontroverted Fact," we failed to

include a separate proposed findings of uncontroverted fact with our motion for summary judgment.

The delay in filing this document will not prejudice plaintiff and it could assist the Court in resolving the matters before it. Specifically, our proposed findings are limited to the facts and citations set forth in our motion for summary judgment and add no additional proposed findings based upon Ms. Mooreahead's response to our motion. Additionally, pursuant to Rule 56(h)(2), Ms. Moorehead should be allowed an opportunity to file a response to our proposed findings.

For the foregoing reason, we respectfully request that the Court permit the filing of defendant's proposed findings of uncontroverted fact in this case.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd. M. Hughes
TODD M. HUGHES
Deputy Director
/s/ David S. Silverbrand
DAVID S. SILVERBRAND
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3278
Fax: (202) 353-7988

Attorneys for Defendant

Of Counsel:

GILLIAN FLORY
Attorney Advisor
Transportation Security Administration

August 29, 2008

**CERTIFICATE OF SERVICE**

I certify under that on this 29th day of August, 2008 a copy of the foregoing "DEFENDANT'S MOTION TO FILE PROPOSED FINDINGS OF UNCONTROVERTED FACT OUT OF TIME" and "DEFENDANT's PROPOSED FINDINGS OF UNCONTROVERTED FACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ DAVID S. SILVERBRAND