# In the United States Court of Federal Claims

| | |
|---|---|
| PAULA R. MOOREHEAD,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-654 C<br><br>Filed September 2, 2008 |

**ORDER**

On August 29, 2008, defendant filed a motion to file proposed findings of uncontroverted fact out of time, requesting that its proposed findings of uncontroverted fact be considered by the Court even though they were not filed along with its summary judgment motion. Because the Court does not believe the delay in filing this document will prejudice the plaintiff and plaintiff will be allowed time to respond to the requested findings, the Court hereby **GRANTS** the motion. Plaintiff shall file its response to defendant's proposed findings of uncontroverted fact not later than **Tuesday, September 16, 2008**.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge